**CHARISSE S. MOORE**
140 East 56th Street, Apt 4A
New York, New York, 10022
CharisseSM8@proton.me
415-940-6805

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK**
**EMPLOYMENT DISCRIMINATION COMPLAINT REQUEST**

Plaintiff Charisse Samantha Moore, herein after known as Charisse S. Moore appears before this court seeking damages in excess of $10,000,000 from Defendant Stripe, Inc., as part of Constructive Discharge from her role as Payroll Program Manager at Stripe, Inc. from May 2022 through July 2023.

Stripe, Inc. is a multi-national organization (MNC) with dual headquarters in San Francisco, California, and Dublin, Ireland. Stripe, Inc. has offices located globally with key market hubs in Dublin, San Francisco, Seattle, Chicago, New York, London, Bangalore and Singapore.

As Payroll Program Manager at Stripe, Inc., I, Charisse S. Moore served as an internal Business Partner and cultivated strong relationships across the Finance Operations, Corporate Tax, State and Local Tax, Employment Legal, HR and HR Technology teams. My direct reporting manager was Alessandro Giagodi, Global Payroll Lead. At Stripe, Inc. the Payroll organization fell under the Finance Operations business unit and reported to Dave Auckland, Finance Operations Leader.

This Employment Discrimination Complaint request for Constructive Discharge is being made due to Alessandro Giagodi's participation in the Unauthorized Recording, Publication and Distribution of Interviews at Stripe, Inc., Therapy Sessions and/or TV or Radio shows. Alessandro Giagodi participation in the Unauthorized Recording, Publication and Distribution of Interviews, Therapy Sessions and/or TV or Radio shows was clearly identified by his reaction to my personal therapy session held of Wednesday, July 5, 2023.

Alessandro Giagodi's behavior and actions stem from a multi-year Stalking scheme in which multiple World Intelligence Agencies, to include, but not limited to the United States Department of Justice (DOJ), Secret Intelligence Service (SIS), the Federal Bureau of Investigation (FBI) and other agencies may be involved in as well.

Alessandro Giagodi, Global Payroll Lead for Stripe, Inc. a private multi-national company behavior and the ensuing events that took place between May 2022 through July 2023, detailed within the body of this document lead to my Constructive Discharge from Stripe, Inc. on July 18, 2023.

**World Intelligence Agencies**
- US Department of Justice - Interstate Stalking Guidance
  - Northern District of Georgia
  - Central District of California
- United Kingdom – Secret Intelligence Service Guidance
  - Secret Intelligence Service (SIS)
  - C's

**WORLD INTELLIGENCE AGENCIES**
**19 July 2023 | Speech by Sir Richard Moore, head of SIS, United Kingdom**
**Sir Richard Moore, head of the Secret Intelligence Service, spoke about the current focus of the
Service and the value of the "human factor" in the age of AI.**
https://www.gov.uk/government/speeches/speech-by-sir-richard-moore-head-of-sis-19-july-2023

- This Speech was posted the day after my **Constructive Discharge** from Stripe, Inc. on Tuesday, July 18, 2023.
- **AS A MATTER OF INTERNATIONAL SECURITY:** As a matter of International Security my Grand Uncle is Sir Patrick Allen, Governor-General of Jamaica, Vice Regal of the British Royal Monarchy reporting to King Charles III.


**4 April 2023 | US Department of Justice, Central District of California, Interstate Stalking**
https://www.justice.gov/usao-cdca/interstate-stalking

- Per the US Department of Justice, Central District of California, Interstate Stalking website, "In 1996 Congress passed an anti-stalking law as part of the Violence Against Women Act (VAWA). Under this law it is a federal felony to cross state lines to stalk or harass an individual if the conduct causes fear of serious bodily injury or death to the stalking victim or to the victim's immediate family members. It is a federal felony to stalk or harass on military or U.S. territorial lands, including Indian country (18 U.S.C. § 2261A). It is also a federal crime to cross state lines or enter or leave Indian country in violation of a qualifying Protection Order (18 U.S.C. § 2262).

  A state law has been enacted in California to deal with the crime of stalking (Penal Code § 646.9).This law specifically prohibits a person from willfully, maliciously and repeatedly following or harassing another person and who makes a credible threat with the intent to place a person or his or her immediate family, in reasonable fear for his or her safety."


**23 December 2021 | US Department of Justice, Northern District of Georgia, Interstate Stalking**
https://www.justice.gov/usao-ndga/victim-witness-assistance/interstate-stalking

- **Per the US Department of Justice, Northern District of Georgia, Interstate Stalking website,** "In 1996 Congress passed an anti-stalking law as part of the Violence Against Women Act (VAWA). Under this law it is a federal felony to cross state lines to stalk or harass an individual if the conduct causes fear of serious bodily injury or death to the stalking victim or to the victim's immediate family members. It is a federal felony to stalk or harass on military or U.S. territorial lands, including Indian country (18 U.S.C. § 2261A). It is also a federal crime to cross state lines or enter or leave Indian country in violation of a qualifying Protection Order (18 U.S.C. § 2262)."
  - **December 25, 2021 |** I, Charisse S. Moore spent the holidays with Dan Saucier, Ryanne Duffie Saucier, Terry Duffie, Sharon Duffie and Elias Beaux Saucier and their dog Belle.


**30 November 2021 | C's speech to the International Institute for Strategic Studies**
The Chief of the Secret Intelligence Service (MI6) Richard Moore spoke about human intelligence in the digital age.
https://www.gov.uk/government/speeches/cs-speech-to-the-international-institute-for-strategic-studies

- **November 27, 2021 – December 3, 2021 |** This was posted at the same time that I housesat for Ryanne Duffie Saucier, Dan Saucier and Elias Beaux Saucier as they headed to Walt Disney World on a surprise vacation for Elias to see the Walt Disney Christmas World Tree Lighting.

My name is Charisse S. Moore and I am the victim of a multi-year stalking scheme. The multi-year stalking scheme ranges in timelines from 2021 - Present, possibly earlier than the provided timeline, as I met the suspected stalkers in 2011 in the State of Mississippi.

Below I have identified the suspected stalkers and provided a high-level background of each individual:

**Potential Stalkers of Charisse S. Moore Multi-Year STALKING SCHEME**
- 2014 - Present | Dan Saucier, Ryanne Duffie Saucier, Terry Duffie, Tara Duffie and Skip Duffie
- 2021 - Present  | Dan Saucier, Ryanne Duffie Saucier, Terry Duffie, Tara Duffie, Skip Duffie, Laura Norton, Derek Norton, Mayor of Smyrna, GA and additional unknown co-conspirators

**Background of Potential Stalkers of Charisse S. Moore Multi-Year STALKING SCHEME**
**Ryanne Duffie Saucier, Fox News**
- Ryanne Duffie Saucier is the Vice President of Legal Affairs at Fox News Stations at Fox News Atlanta, in charge of the following regional markets:
  - Orlando, Florida
  - Tampa, Florida
  - Gainesville, Florida
- Ryanne Duffie Saucier reported to Margaret McPhillips at Mississippi Public Broadcasting (MPB)
  - **NOTE:** I blocked Ryanne Duffie Saucier's phone and email, as of January / February 2022

**Daniel (Dan) Saucier, Real Estate Agent at Keller Knapp Realty**
- Dan Saucier holds a Juris Doctorate (J.D.) from Mississippi College School of Law
- Dan Saucier reported to me, Charisse S. Moore at the Mississippi Development Authority (MDA)
  - **NOTE:** I blocked Dan Saucier's phone and email, as of January / February 2022

**Terry Duffie, Founder of WKMX Radio Station**
- Terry Duffie is a member of Alabama Broadcasters Association
- Terry Duffie is also the Founder of Scenic Cable Network & Productions, Founder of WKMX, Executive Director of Trinity Bank, Dothan AL and sits on the Governor's Advisory Board of Educational TV of Alabama (appointed by Governor Forrest "Fob" James).

**Tara Duffie, MA, DNP, PMHNP-BC**
- Tara Duffie is a Psychiatric Mental Health Nurse Practitioner at Vanderbilt University
- Professional website -  https://www.vanderbilt.edu/ucc/person/2356/

**Skip Duffie (Terry Jr.)**
- Skip Duffie is a Senior Officer in charge at Pardon & Parole, Alabama Department of Corrections

**Laura Norton, Peachtree Relations**
- Laura Norton, per the Peachtree Government Relations website (as seen in the screenshot below), "Laura Norton began her political career in 2002 when she worked as the fundraising assistant on Governor Sonny Perdue's first gubernatorial campaign. After a victorious campaign in 2002, Norton took a position in fundraising at the Georgia Republican Party. She served two years as the fundraising assistant for the Party and two years as the finance director. During this time, the fundraising team at the Georgia Republican Party posted record numbers. Following her time at

the Georgia Republican Party, Norton formed her own company focused on fundraising consulting."

**Derek Norton, Mayor of Smyrna, Georgia**

- Derek Norton, is a graduate from the University of Georgia, Derek went to work as a congressional staffer in Washington, D.C. as a legislative aide, where he spent six years working to help Georgians in Cobb County and across the state. He has worked in the government relations space for over 20 years, most recently as the Director of Government Relations for the [Medical Association of Georgia](), where he represented Georgia physicians and patients. In 2021, Derek formed and currently serves as the CEO of Topspin Strategies, Inc., a governmental affairs firm representing multiple clients at the State Capitol."

    - **NOTE:** *Ryanne Duffie Saucier and Dan Saucier were adamant about building a relationship with Laura Norton and Mayor Derek Norton, for unknown reasons.*

**EMPLOYMENT DISCRIMINATION COMPLAINT BACKGROUND**

My name is **Charisse S. Moore** and I am the victim of a multi-year stalking scheme. The multi-year stalking scheme ranges in timelines from 2021 - Present, possibly earlier than the provided timeline, as I met the suspected stalkers in 2011 in the State of Mississippi.

Below I have identified how the multi-year stalking scheme is related to my Constructive Discharge from Stripe, Inc. in July 2023, to include the following:
- Unauthorized Recording and Publication of Therapy Sessions
- Unauthorized Recording and Publication of Interviews
- Military Tactical Hold in Charlotte, North Carolina
- Global Payroll Offsite in Dublin, Ireland
- Unauthorized Recording and Publication of Therapy Sessions
- Retaliation and Constructive Discharge

In February 2022, I originally reporting the initial instance to stalking to Officer Glenn Meyer, Cobb County Police Department in the Atlanta, Georgia metropolitan area. At the time of speaking to Officer Glenn Meyer, I noted that the potential stalkers were the same people that called the Cobb County Police Department to perform a wellness check on me Ryanne Duffie Saucier and Dan Saucier of Smyrna, Georgia.

I previously shared the holidays with Ryanne Duffie Saucier and Dan Saucier from 2011, 2016-2021, including Thanksgiving, Christmas, and/or New Year's. In December 2021, I spent my last holiday with Ryanne Duffie Saucier, Dan Saucier, Terry Duffie and Sharon Duffie due to challenging language used within the Duffie and Saucier family discussed on Christmas Day (December 25, 2021).

As a result of stalking by Dan Saucier, Ryanne Duffie Saucier, Terry Duffie, Tara Duffie, Skip Duffie, Laura Norton, Derek Norton, Mayor of Smyrna, GA and additional unknown co-conspirators between 2020 - Present, the following activities have taken place - Moves in state and/or out of state, direct contact with police departments, changes to technology hardware and software, published (and potentially distributed) therapy sessions with Ingrid Jones, Licensed Mental Health Counselor, my former therapist.

I have moved and/or traveled across multiple countries and state lines, whether as a direct result of stalking or traveling for work (domestically and internationally), as noted below:
- Orlando, Florida
- Smyrna, Atlanta, Georgia
- Charlotte, North Carolina
- San Francisco, California (to include Stripe, Inc. United States Headquarters)
- Seattle, Washington (to include the Stripe, Inc. Seattle office and Airbnb stay)
- New York City, New York (to include the Stripe, Inc. New York office, Airbnb stay and my apartment)

In June 2023, I move from Charlotte, North Carolina to New York, New York as part of Relocation Strategy due to Stalking. This Relocation Strategy was documented as part of the Stripe US Leave of Absence process and administered by The Larkin Company of Atlanta, Georgia, in which stalking cases, which are closely aligned to domestic violence cases and are covered under the Family Medical Leave Act (FMLA), the State of New York Paid Sick Leave Program and the City of New York Paid Sick (and Safe) Leave Act.

**Organizations that I have worked for include the following:**
- Stripe, Inc.
- RedHat, an IBM Company
- Deloitte Consulting, LLP
- Ernst and Young, LLP

**Key Activities Identified in the Charisse Moore_Friend Issue 2022_04.24_CCPD document sent to the Cobb Country Police Department include, but are not limited to:**

**2021 | Deloitte Consulting, LLP**
- **In June 2021 |** I moved from Orlando, Florida to Atlanta, Georgia to align with the Deloitte Consulting, LLP office in Atlanta. Atlanta, Georgia serves as major hub for the Deloitte Consulting service line that I was a member of HR Transformation. While at Deloitte, within the Atlanta, Georgia metropolitan area I worked on several projects to include – Nike, Inc.
- **October 7, 2021 |** While staffed on the Nike project as the US Payroll Strategy, Process and Technology Lead, Charisse S. Moore invited Ryanne Duffie Saucier to attend a Deloitte hosted dinner with the Nike team in Atlanta, GA with key Deloitte Leaders - Derrick Jenkins and Kelly Taylor.
  - Ryanne Duffie Saucier seem to get into a bit of a conflict with Derrick Jenkins wife at the dinner, which was embarrassing. For some reason Ryanne started to talk about getting married at Disney and comparing beauty products, cleaning and washing clothes schedule with Derrick's wife.
  - From Ryanne Duffie Saucier's LinkedIn profile, she proudly proclaims that she is a second-generation Media attorney. She has never stated that she does not like her work. In fact, during the Deloitte dinner that I took her to in October 2021, she proudly proclaimed to the table that she loves her work and that she is a "gunloader" (Attorney Strategist).

**2021 | RedHat, an IBM Company**
- November 2021 | RedHat, an IBM Company, Global Payroll Manager
  - **OF INTEREST:** I accepted the role of Global Payroll Manager starting in November 2021 and left the role after eight (8) days.
  - Point of Contact: Cleo Tunnell, Global Payroll Program Director

**Additional critical details that provide a deeper level of understanding of this stalking case can be found in Charisse Moore_Friend Issue 2022_04.24_CCPD document.**

**Unauthorized Recording and Publication of Therapy Sessions**

I believe that my therapy sessions have been published and distributed, without my expressed authorization as noted below:
- **In July 2021 |** I believe that my therapy sessions have been published and distributed, without my expressed authorization as noted below: Ryanne Duffie Saucier and Dan Saucier asked to me housesit for them while their lot a trip to Alabama and Mississippi. During their time away, I watched their dog, Belle. I took a therapy session at Ryanne and Dan's house in July 2021, in which I discussed with Ingrid that time was running out to have children, and if I had children, their

names would be Asher Sterling and Victoria Grace and talked about the song "Scar Tissue" by the Red Hot Chili Peppers.

- o Asher: One of the Twelve tribes; Blessed, Child of God
- o Sterling: I wanted my son to be of excellent quality
- o Victoria: I wanted my daughter to be victorious
- o Grace: To have her would be by God's grace

- ▪ **In Fall 2021** | I believe that my therapy sessions have been published and distributed, without my expressed authorization as noted below: Ryanne Duffie Saucier and I were talking and Ryanne looked at towers within the West Village, Smyrna, GA, area and discussed showing her son, Elias Beaux Saucier, that these are "communication towers."
  - o Channel Master - Broadcast Tower Map and Technical Info
    - ▪ Smyrna, GA 30082 - TV Antenna Map
  - o Ryanne Duffie Saucier is the Vice President of Legal Affairs at Fox News Stations at **Fox News Atlanta**, in charge of the following regional markets:
    - ▪ Orlando, Florida
    - ▪ Tampa, Florida
    - ▪ Gainesville, Florida
  - o Ryanne Duffie Saucier previously worked for the following organizations:
    - ▪ Cumulus Media
    - ▪ Mississippi Public Broadcasting (MPB)

- ▪ **December 1, 2021** | While housesitting for Dan Saucier and Ryanne Duffie Saucier, I received a text message from Ryanne on Wednesday, December 1, 2021 – "Are you up? Wanted to hear your voice. But just realized it is late" provides a bit of clarity.  Ryanne and I did not talk on the phone a lot, primary mode of communication was via text and/or in person. Perhaps subtle projection of what Ryanne was up to – recording me without permission while I watched her home.

- ▪ **Summer 2022 - Summer 2023** | Further, Ingrid Jones, Licensed Mental Health Counselor from Summer 2022 - Summer 2023 (possibly earlier), were broadcasted over the internet without permission, and details from those sessions were used to build various business and/or business empires.

**EMPLOYMENT DISCRIMINATION COMPLAINT**
**Unauthorized Recording and Publication of Interviews**

**Additionally, there was a series of fake interviews and/or real Interviews that were recorded without my permission and/or the permission of the organizations that I interviewed with during June 2021 through April 2022 in Smyrna, Atlanta, GA.**

**March 2022 | Russell Reynolds Associates, Executive Search**
- I interviewed with Russell Reynolds Associates, as a former Deloitte Consulting, LLP Partner from the HR Transformation service line, Anthony Abbatiello was working at Russell Reynolds at the time.
  - Rachel (Fratt) Vargas, Executive Recruiter from Russell Reynolds, was the lead recruiter who reached out to me to initiate the interview process. Rachel (Fratt) Vargas may have strong ties to the Atlanta, Georgia metropolitan area as Rachel (Fratt) Vargas is a graduate of the Georgia Institute of Technology.
  - I believe that Rachel (Fratt) Vargas in partnership with Dan Saucier, Ryanne Duffie Saucier, Terry Duffie, Tara Duffie, Laura Norton, Derek Norton, Mayor of Smyrna, GA and additional unknown co-conspirators either used Fox News Atlanta, the University of Georgia and/or Scenic Productions to record, publish and distribute my interview with Russell Reynolds and possible **Snap Inc. / Snapchat** and **Stripe, Inc.**
  - I distinctly remember Rachel (Fratt) Vargas telling me that she flew down from up north to Atlanta and was taking the interview from the Atlanta area. There was a week gap between the scheduling interview and the actual interview taking place.
  - **OF SIGNIFICANT IMPORTANCE:** Note that the interview with Rachel (Fratt) Vargas was held at the same time of the Snap Inc. / Snapchat and Stripe, Inc. interviews.

**March 2022 - April 2022 | Snap Inc. / Snapchat**
- Interviewed with Snapchat in March 2022 - April 2022
- Point of Contact: Jaime John
  - **OF INTEREST:** Followed and traded Snap / Snapchat stock during the pandemic, within TD Ameritrade account.

**March 2022 - April 2022 | Stripe, Inc.**
- Interviewed with Stripe, Inc. in March 2022 - April 2022
- Point of Contact: Alessandro Giagodi, Global Payroll Lead
  - **OF INTEREST:** Accepted role as Payroll Program Manager with a start date of Monday, May 8, 2022.

**2022 - 2023 | Stripe, Inc.**
**May 2022 | Stripe, Inc. Onboarding**
- **Monday, May 8, 2022:** Alessandro Giagodi, Global Payroll Lead and my direct reporting manager did not take the time to introduce me to colleagues at Stripe, Inc.; however, Alessandro Giagodi strongly encouraged me to meet with Maggie Gallardo within the first week of me joining Stripe, Inc.
- **NOTE:** My first day of onboarding at Stripe, Inc. was not smooth, as I received conflicting emails from the Onboarding team as to whether or not I would join Stripe, Inc. on Monday, May 8, 2022, on Monday, May 8, 2022.

- Additionally, there were problems with logging into the Stripe, Inc. systems and there was a rush to meet with Global Payroll team members that conflicted with the Onboarding schedule.

**May 2022 | Temporary Move to Charlotte, North Carolina**
- **Week of Monday, May 9, 2022:** An initial swarming event took place at the Elevate West Village apartments in Smyrna, Georgia, after a therapy session with Ingrid Jones in which I mentioned the names Ryanne Duffie Saucier and Laura Norton.
  - Thursday, May 12, 2022: Had a therapy session with Ingrid Jones of Change to Grow, Coral Springs, Florida.
  - Saturday, May 14, 2022: The Tops Friendly Markets shooting occurred in Buffalo, New York. This mass shooting occurred after my personal therapy session with Ingrid Jones which took place on Thursday, May 12, 2022.
    - **OF HIGH INTEREST:** My Mother, Leslie-Anne Haffenden Moore was born in Buffalo, New York.
- **Week of Monday, May 16, 2022:**  Temporarily moved to Charlotte, North Carolina where my cousin Andre Gilgeous lived due to swarming and stalking as noted above by Ryanne Duffie Saucier, Dan Saucier and Laura Norton.

**May 2022 - June 2022 | One-on-One's with Key Stakeholders at Stripe, Inc.**
- Met with each member of the Global Payroll team and key stakeholders across the Stripe, Inc. organization, to include:
  - People Systems
  - People Operations
  - Finance Operations Transformation
  - HR Technology
  - Corporate Tax
  - State and Local Tax (SALT)
- **OF INTEREST:** Upon joining Stripe in May 2022, I partnered with a member of the Stripe, Inc. US Payroll team to perform an assessment of the end-to-end US Leave of Absence process. We identified multiple inefficiencies with The Larkin Company US Leave of Absence (LOA) process and disclosed the findings to Alessandro Giagodi, Global Payroll Lead and Finance Operations Transformation Team.
- **OF INTEREST:** Some Stripe employees were standoffish to me upon joining Stripe, Inc., while others were not. Again, Alessandro Giagodi, Global Payroll Lead and my direct reporting manager did not take the time to introduce me to key stakeholders across the Stripe, Inc. organization.

**July 2022 | Project Solis** (Fair Labor Standards Act - FLSA)
- **OF SIGNIFICANT IMPORTANCE:**
  - In partnership with Employment Legal, HR Technology, People (HR), Ashley Palmer, Jen Zale, and Ashley Palmer, we initiated Project Solis. In late July 2022, I had several one-on-one conversations with Alessandro Giagodi, Jen Zale, Ashley Palmer, Roisin Daly and the Employment Legal team due to the critical nature of this project. Alessandro Giagodi continuous tried to remove himself from the processes of Project Solis and stated, "that he (Alessandro Giagodi) does not know the US labor laws and was not interested in them."

**2022 – 2023 | While a resident at the Lincoln at Dilworth apartment complex in Charlotte, North Carolina, I strongly believe that there were HIDDEN CAMERAS installed in my apartment and the following activities took place:**

**August 2022 | Permanent Move to Charlotte, North Carolina**
- **Sunday, August 14, 2022:** Moved from Elevate West Village in Smyrna, Georgia to Lincoln at Dilworth, in Charlotte, North Carolina, due to ongoing stalking by Ryanne Duffie Saucier, Dan Saucier, Terry Duffie, Tara Duffie, Laura Norton, Derek Norton, Mayor of Smyrna, Georgia and additional known / unknown co-conspirators.

**August 2022 | Stripe US Leave of Absence review (The Larkin Company)**
- Upon joining Stripe in May 2022, I partnered with a member of the Stripe, Inc. US Payroll team to perform an assessment of the end-to-end US Leave of Absence (LOA) process, as part of the US Department of Labor, Family Medical Leave Act (FMLA). We identified multiple inefficiencies with The Larkin Company, Leave of Absence (LOA) process and disclosed the findings to Alessandro Giagodi, Global Payroll Lead.
  - The Larkin Company, based in Atlanta, Georgia

**September 2023 | Traveled from Charlotte, North Carolina to Atlanta, Georgia**
- Final Invisalign appointment with Cohen Orthodontics, Dr. Cohen and Dr. Cohen. I drove from Charlotte, North Carolina to Atlanta, Georgia Perimeter Mall area to get my final pair of Invisalign retainers. I was abruptly stopped by a Black Jeep Wrangler with black tinted windows in front of McDonald's near the Perimeter Mall. I went Sephora to the Perimeter Mall to purchase Keratase Curl Manifesto Shampoo and Conditioner and Youth To The People 15% Vitamin C + Caffeine Energy Serum.

**October 2022 | Payroll Program Activities and Global Payroll Offsite**
- **Monday, October 4 - Thursday, October 7, 2022:** Attended the 2022 Global Payroll Offsite at the Stripe, Inc. United States Headquarters in South San Francisco, California.  Global Payroll Team activities included, team dinners, walking around the San Francisco Piers and a trip to Alcatraz Island.

**October 2022 | Use of Personal Phone for Stripe, Inc. Business**
- **As Payroll Program Manager, my personal phone was used to conduct business on behalf of Stripe, Inc. to include, but not limited to, calls to the following organizations:**
  - Ultimate Kronos Group (UKG) - United States Payroll, Stripe Inc. subsidiaries
    - **OF INTEREST:** I asked Alessandro Giagodi, Global Payroll Lead, to reach out to Pat Wadors, former Chief Human Resource Officer (CHRO) at LinkedIn now Chief People Officer UKG - Board Member for assistance with UKG and Stripe, Inc. matters. Note that Alessandro Giagodi previously worked at LinkedIn where Pat Wadors was CHRO.
  - Gusto – United States Payroll, Stripe Inc. subsidiaries
    - **OF INTEREST:** Partnered with leadership across Finance Operations, Dave Auckland, Corporate Tax, Kristen Bauer, State and Local Taxes (SALT), Paul Klopping and Mindy Mayo, KPMG, to resolve the State of Maryland Payroll Employer Quarterly taxes, Baltimore County and City of Baltimore taxes for Helm Services.

**October 2022 | Stripe Takes Steps To Prune Workforce**

https://www.forbes.com/sites/jeffkauflin/2022/10/20/stripe-takes-steps-to-prune-workforce/?sh=4daa9cfb2d13

- "Stripe, the most valuable private company on the Forbes' Fintech 50 list, follows a period of rapid hiring at the company, cofounded by Irish-born brothers Patrick and John Collison in 2010. In recent years, Stripe has opened international offices in cities like Amsterdam, Bangalore and Singapore and expanded its product line from its core payments software to a range of products including tax processing and company formation. It has also made a number of acquisitions. Stripe reached nearly $2.5 billion in net revenue in 2021, Forbes reported in a May profile, with hundreds of millions in profit on an EBITDA basis, according to two sources."
- Stripe, Inc. is a federal contractor or subcontractor and must comply with the Office of Federal Contract Compliance Programs (OFCCP).  The law requires us to provide equal employment opportunity to qualified people with disabilities. We have a goal of having at least 7% of our workers as people with disabilities.

**November 3, 2022 | Stripe, Inc. lays off 14% of workers | CNBC**

https://www.cnbc.com/2022/11/03/stripe-plans-to-lay-off-14percent-of-workers.html

- "San Francisco-based Stripe became the most valuable U.S. startup last year, with a valuation of $95 billion, though it reportedly lowered its internal valuation in July to $74 billion amid economic uncertainty and a prolonged tech rout, according to The Wall Street Journal. It processes billions of dollars in transactions each year from the likes of Amazon, Salesforce and Google, and it competes with Block's Square payments and PayPal."
  - **OF INTEREST:** Occurred on November 3, 2022, which coincides with my brother's birthday.

**November 2022 | Upcoming Holidays**

- **November 11, 2022:** Two Hispanic men exited my neighbor's apartment (Apartment 477) at Lincoln at Dilworth. I instantly knew that something was not right. These individuals then followed me down the elevator and studied me.
- **November 12, 2022:** I used a new release called Apple Lockdown Mode. I decided to use Lockdown Mode to protect myself from Ryanne Duffie Saucier, as a swarming incident happened at my former apartment, Elevate West Village.
- **November 24, 2022**: I participated in the Thanksgiving Day - CPI Charlotte Turkey Trot near South Park Mall. When I returned to my apartment at Lincoln at Dilworth from the Thanksgiving Day - Charlotte Turkey Trot, Jax had a bloody eye.

**Military Tactical Hold within the Lincoln at Dilworth apartment complex**

For months and months (December 21, 2022 through March 31, 2023), every time that I took Jax out for a walk, people lined their cars up in the driveway at Lincoln at Dilworth, stood in the garage at Lincoln at Dilworth, lined up on the walking path for Jax and/or followed down the elevator.  There was an unknown social media frenzy to me.

The elevator episodes were of particular interest as, each time that I pushed the button for the elevator, the elevator went up to the fifth (5th) floor prior to coming to the fourth (4th) floor. I sensed that the men that were in the elevator were following me and/or watched me take a shower and watched the video of me showering.

**As Payroll Program Manager at Stripe, Inc. I had full access to HR master data, Payroll master data, Financial data and Benefits data for all of Stripe, Inc. and its subsidiaries, to include, but not the following:**
https://aspe.hhs.gov/sites/default/files/documents/248275672affa2035cccfbcdaa3670d2/aspe-working-paper-data-terms.pdf
- Personal Identifiable Information (PII)
- Personal Health Information (PHI)
- Business Identifiable Information (BII)
  - Trade secrets, commercial or financial information that is privileged or confidential.
- Confidential Information (CI) to include Mergers & Acquisitions

**January 15, 2023 | Called Charlotte-Mecklenburg Police Department for Help**
- Contacted the **Charlotte-Mecklenburg Police Department** to perform a search of my apartment due to possible hidden cameras located within the fire alarms in the apartment. There was a noted uptick of visitors to the Lincoln at Dilworth apartment complex at multiple points of the days to coincide with my walks with Jax (7:30am, 12:30pm, 4:30pm, 7:30pm and sometimes 9:30pm)

**January 2023 | Stripe, Inc. tells employees it will decide on an IPO within the next year**
https://www.cnbc.com/2023/01/26/stripe-tells-employees-it-will-decide-on-an-ipo-within-the-next-year-.html
- Co-founders and brothers John Collison and Patrick Collison told employees Thursday that they will set a goal of taking the company public or letting them sell shares via a secondary transaction.
- Stripe, Inc. is considering a direct listing or private market transaction and has hired Goldman Sachs and JP Morgan to advise on the deal.
- As Payroll Program Manager, during this time I also started to utilize the PwC - Roadmap for an IPO: A guide to going public to understand the initial public offering (IPO) process for Stripe, Inc.

**March 2023 | Mergers & Acquisitions (M&A) Payroll Wind-down Operations**
As Payroll Program Manager, I made calls to the State of California Employment Development Division (CA EDD) for Payroll Employer Quarterly Tax purposes, this occurred during the same time of the Silicon Valley Bank (SVB) crash.
- **Silicon Valley Bank's Abrupt Closure Leaves Venture Capitalists And Founders Scrambling**
  https://www.forbes.com/sites/alexkonrad/2023/03/10/silicon-valley-bank-closure-vc-startups-reaction/
- "On Friday, Silicon Valley Bank's rich 40-year history came to an abrupt, ignominious end as regulators closed the bank and appointed the Federal Deposit Insurance Corporation as its

receiver. And for the startups and investors that SVB has financed and served as a bank – spanning the entire venture capital-backed ecosystem – it's raised new questions about when deposits and financing will be returned, if at all."

- o **March 10, 2023:** Federal Deposit Insurance Corporation (FDIC) | Failed Bank Information for Silicon Valley Bank, Santa Clara, CA
- **What Happened to Signature Bank?** https://www.investopedia.com/what-happened-to-signature-bank-7370710
- "Signature Bank was shut down on March 12, 2023, after depositors withdrew large sums of money on the heels of the collapse of Silicon Valley Bank (SVB). Regulators feared continued contagion in the banking sector and closed Signature Bank to try to contain the panic."
  - o **March 12, 2023:** Federal Deposit Insurance Corporation (FDIC) | Failed Bank Information for Signature Bank, New York, NY
- **SVB, now First Republic: How it all started** https://www.npr.org/2023/05/01/1173175098/svb-now-first-republic-how-it-all-started
- "The turmoil in the banking industry isn't over yet. Today, First Republic Bank was seized, following the failures of Signature Bank and Silicon Valley Bank back in March. How did we get here? And how do we prevent banks from failing in the future? A show-stopping mea culpa from the Federal Reserve provides some answers."
  - o **May 1, 2023:** Federal Deposit Insurance Corporation (FDIC) | Failed Bank Information for First Republic Bank, San Francisco, CA
- **March 1 – March 10, 2023:** During this time I also made calls to the United States Department of Treasury and/or the Internal Revenue Service (IRS), to recover and/or seek a refund on behalf of Stripe, Inc. with the Bureau of the Fiscal Service, Treasury Offset Program (TOP) and could audibly hear a call drop in the background, this occurred in March 2023 (on my phone 917-386-5745).
  - o The call was dropped after the recorded statement of "*This is a recorded line of the United States Department of Treasury and/or the Internal Revenue Service."*
- During this time, I also made calls to the State of Maryland, Baltimore County and/or City of Baltimore related to Helm Services and/or Patrick Mahoney, President of Helm Services, a subsidiary of Stripe, Inc.


**March 2023 | Stripe, Inc.: Navigating a Tender Offer in 2023 | Stripe, Inc.**
https://www.harnesswealth.com/articles/stripe-ipo-tender-offer-what-to-know-for-2023/

- Current reports from insiders suggest that Stripe, Inc. tender offers will begin in April 2023 before settling one month later in May.
- **OF INTEREST:** As Payroll Program Manager, this coincided with the Stripe Tender Offer scheduled for March 2023.  Additionally, I made calls with the State of California attempting to recovering ~$500K on behalf of Stripe, Inc., the State of Maryland in partnership with Kristen Bauer, Corporate Tax, Paul Klopping, State and Local Tax (SALT) and Dave Auckland, Finance Operations and Jeremy Gordon, Real Estate ~$3.0M and the City of Baltimore.
- **OF INTEREST:**  I reviewed the US Department of Treasury - Electronic Federal Tax Payment System® tax payment webpage or the Internal Revenue Service (IRS) - EFTPS: The Electronic Federal Tax Payment System, as part of the Tender Offer next day payment requirements to the Internal Revenue Service (IRS).

**March 2023 | X / Twitter - Cory Weinberg at The Information, Email to current & former Stripe employees from John and Patrick Collison, on the firm's 47% down round from 2021:**
https://twitter.com/coryweinberg/status/1637985669447335940
- "We raised money at a $20 billion valuation at the end of 2019. If you told us then that, four years later, interest rates would be surging, the economy would be teetering, and high-growth tech companies would be suffering declines last seen in the dot-come crash...and yet Stripe would be valued at $50 billion, we would have been delighted."

**March 2023 | Amazon simplifies cross-border payments with Stripe, Inc.**
https://stripe.com/customers/amazon
- As a Stripe employee, I had access to this ***Privileged and Confidential*** information. Note that there were multiple hidden cameras within my apartment, and I called the police to ask for help on January 15, 2023. See above.
- Whenever I left the apartment to walk Jax, go to the grocery store or run errands in Charlotte, North Carolina, the apartment was left alone. Whenever I went shopping at Target, Trader Joes, Nordstrom Rack, Bed Bath and Beyond and possibly Publix, people were following me and/or watching me. I am a single woman and with hidden cameras watching everything that I did, I could only control so much. If people entered the apartment without my authorization, there is nothing that I could do.
  - **April 11, 2024 | Amazon Pay on Stripe https://pay.amazon.com/integration/stripe**
    - "Amazon Pay and Stripe help businesses of all sizes grow internet commerce through frictionless customer checkout experiences and innovative payment options. Easy to set up - grow your business through expansive customer reach, optimized checkout with improved conversions, and more payment options."

**March 21, 2023 | Called Charlotte-Mecklenburg Police Department for Help**
- Again, contacted the Charlotte-Mecklenburg Police Department to perform a search of my apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment complex.
  - **NOTE:** Tuesday, March 21st - Case Number 20230321155300

**March 23, 2023 | Called Charlotte-Mecklenburg Police Department for Help**
- Again, contacted the Charlotte-Mecklenburg Police Department to perform a search of my apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment complex. The Responding Officer was Officer Jackson, and it took Officer Jackson two (2) hours to come to my apartment after the initial call to the Charlotte-Mecklenburg Police Department.
  - **NOTE:** Thursday, March 23rd - Case Number 20230323101700

**March 25, 2023, | Team Leaders of the Three Groups**
- **Saturday, March 25, 2023:** The leaders of each group made their presence known, as I started to pack my apartment. I was able to see them clearly in the Lincoln at Dilworth - East Morehead Street Parking Garage drive through.
  - Driven by a Hispanic Man - White Pickup Truck without tint, I think that Jose of the Lincoln at Dilworth Maintenance team drove this truck with Texas tags.
  - Driven by a White Man - Olive Green Pickup Truck, I think that this vehicle was a four door Truck with tinted windows.

- o Driven by a Black man - Grey Jeep Wrangler with tinted windows (same vehicle that followed me to church).
  - ■ **NOTE:** This guy let me see his face multiple times. He seemed to clean cut for whatever was happening.  He did not pose a threat.

**April 2023 | Temporary Transition to Seattle, Washington**
- ■ **March 31, 2023:** Upon arrival at Seattle-Tacoma Washington (SEATAC) airport, a teenage girl with blonde hair video recorded Jax and I while riding the airport tram to get my luggage. I made a hotel reservation at the Hotel Pineapple and then a reservation at <u>**Sentral South Lake Union (SLU)**</u> through the <u>Airbnb</u> application.
- ■ **April 1, 2023:**  After Charlotte, North Carolina, I went to Seattle for the month as there was a Finance Operations Leadership Conference scheduled the week of Monday, April 17th. When I opened by <u>Google Maps</u> on April 1, 2023, there was a map of Tulsa, Oklahoma.  At the time, I had no clue what to think of the map, as I knew that I was doxxed and hacked in Charlotte.
- ■ **April 4, 2023:** Had a meeting with Dan Johnson, Stripe, Inc. Corporate Security to discuss at a super high-level stalking in Charlotte, North Carolina and hidden cameras within my apartment at Lincoln at Dilworth.
  - o **OF SIGNIFICANT IMPORTANCE**: As Payroll Program Manager, I was aware and initially involved in the Stripe, Inc. Tender Offer process scheduled for March 2023.

**April 4, 2023 | Purchased new Apple iPhone from Verizon**
- ■ Apple iPhone 14 <u>ProductRed</u> from Verizon near Nordstrom in Seattle, Washington. My first call to Ingrid Jones was hacked as in the middle of the call when Ingrid said that I could come to Colombia the call was dropped and went into <u>SOS Mode</u>.
  - o **OF SIGNIFICANT IMPORTANCE:** In April 2024, I, Charisse S. Moore became aware of Verizon as a client of Peachtree Relations, where Laura Norton is employed.



Technology Abuse - Opened Google Maps and see Tulsa (is this to highlight the Tulsa race riots)?
Seattle · April 1, 2023 at 8:24:53 PM · 37 of 101

**Unauthorized Publication of Personal Therapy Sessions**

The continued stalking by Ryanne Duffie Saucier, Dan Saucier, Terry Duffie, Tara Duffie, Laura Norton, Derek Norton, Mayor of Smyrna, Georgia and additional known / unknown co-conspirator has severely impacted my life, to include but not limited to:

**May 2023 | Leave of Absence (Relocation Strategy)**
- As a result of continued stalking by Ryanne Duffie Saucier, Dan Saucier, Terry Duffie, Tara Duffie, Laura Norton, Derek Norton, Mayor of Smyrna, Georgia and additional known / unknown co-conspirators, I partnered with my former therapist to implement a Relocation Strategy from Charlotte, North Carolina, to New York, New York, in May 2023.
- **May 4, 2023:** While meeting Ingrid Jones, Licensed Mental Health Counselor, in person at the Sawgrass Mills Mall, on May 4, 2023, my birthday, Ingrid Jones noted that I was "helping people". Ingrid Jones did not clearly state that your personal therapy sessions are being published and distributed without my authorization or that my phone was "hacked".
  - **Phone Hacking** – Per Kaspersky, "Phone hacking involves any method where someone forces access into your phone or its communications. This can range from advanced security breaches to simply listening in on unsecured internet connections. It can also involve physical theft of your phone and forcibly hacking into it via methods like brute force. Phone hacking can happen to all kinds of phones, including Androids and iPhones. Since anyone can be vulnerable to phone hacking, we recommend that all users learn how to identify a compromised device."
  - https://usa.kaspersky.com/resource-center/threats/how-to-stop-phone-hacking
- This Relocation Strategy was documented as part of the Stripe US Leave of Absence process, in which stalking cases, which are closely aligned to domestic violence cases and are covered under the Family Medical Leave Act (FMLA), the State of New York Paid Sick Leave Program and the City of New York Paid Sick (and Safe) Leave Act.
- The Stripe US Leave of Absence process was administered by Cassandra Holt, of The Larkin Company (211 Perimeter Center Pkwy NE, Atlanta, GA 30346)
  - **OF SIGNIFICANT IMPORTANCE:** Atlanta, Georgia connection between Ryanne Duffie Saucier, Dan Saucier, Laura Norton, Derek Norton, Mayor of Smyrna, Georgia and Cassandra Holt of The Larkin Company based in Atlanta, Georgia.

**Denied Cost of Living Adjustment (COLA) resulting in an Equal Pay issue, as I moved from Charlotte, North Carolina to New York, New York**

**Equal Pay Act** – Stripe pays by geographical location with variations in pay differentials based on Remote-based work and Office-based work in four key United States office, to include San Francisco (headquarters), Seattle, Chicago and New York.

- Per the Society of Human Resources (SHRM), "Geographic Pay Differential Practices article dated December 2009 by Culpepper & Associates, Methods to Assign Locations to Geographic Pay Differentials section, Sixty percent of companies with geographic pay differentials use individual city data to assign locations to geographic pay differentials. Market pricing jobs by city is widely considered a best practice for assigning locations to geographic pay differentials. However, it is not always practical or possible to do so. As an alternative, 24 percent of companies create geographic pay differentials by grouping locations with similar market rates (geographic pay zones)."

- Types of Data Used as Basis to Determine Geographic Pay Differentials, Eighty-nine percent of companies with geographic pay differentials use salary surveys gauging cost of labor to determine geographic pay differentials, may include the following:
  - Cost of labor (e.g., salary surveys)
  - Cost of living differentials
  - Inflation data (e.g., consumer price index)
  - Employment and unemployment data"
- The difference in cost per location may be due to the Consumer Price Index and inflation data related to each market. This is reflected most notably in San Francisco, New York and Atlanta markets, per the Bureau of Labor Statistics.
- Per the Bureau of Labor Statistics, "Each year, soon after the publication of the September Consumer Price Index (CPI) data in October, the Social Security Administration (SSA) announces the amount of any annual increases in its benefit payments for the coming year. This can mean increases in payments received from Social Security's Old-Age, Survivors, and Disability Insurance (OASDI) and Supplemental Security Income (SSI) programs."

**OF SIGNIFICANT IMPORTANCE:**
- I was denied a salary adjustment and/or cost of living adjustment (COLA) as I moved from Charlotte, North Carolina to the State of New York and City of New York as part of my Relocation Strategy due to due to ongoing stalking by Ryanne Duffie Saucier, Dan Saucier, Terry Duffie, Tara Duffie, Laura Norton, Derek Norton, Mayor of Smyrna, Georgia and additional known / unknown co-conspirators by Alessandro Giagodi.
- Alessandro Giagodi, Global Payroll Lead and my direct reporting manager, stated the following: "For context, when reviewing these requests, our goal is to ensure that any personal transfers are justified by the needs of the business, including cost considerations. In this case, unfortunately there is no business need justifying the cost implications for a move to the NYC area. I know this is likely disappointing, but unfortunately we can't move forward here."
- After receiving the Denial of Transfer to the New York area for Stalking, I reached out to Lea Stern, People Partner for understand the thought process behind the denial of the transfer. Lea Stern then reached out to Dave Auckland, Finance Operations Leaders to review the Transfer Request.
- My Transfer Request was then approved by Dave Auckland, Finance Operations Leader.
  - See H. Charisse S. Moore | Stripe, Inc. - Internal Movement - Transfer Request_Denied
  - **NOTE:** See this example from NerdWallet – Cost of Living Calculator – Charlotte, North Carolina to New York, New York.

**June 5, 2023 | Return from Leave of Absence**
- Unable to gain access to Stripe, Inc. New York. When I reached out to Alessandro Giagodi for assistance with IT requests and/or requests to access 199 Water Street, New York, Alessandro was not available to assistance. Although Alessandro Giagodi is based in Dublin, Ireland, he normally took calls, returned emails and/or Slack messages until 4pm EST.
- Alessandro Giagodi, Global Payroll Lead my direct reporting manager made it a point to continuously invite me to Global Payroll Offsite in Dublin Offsite. Jen Zale, US Payroll Manager share a Stripe, Inc. internal Google Document which contained the Stripe, Inc. Global Payroll team's personal identifiable information (PII), Stripe, Inc. Dublin, Ireland headquarters location, hotel reservations and flight information.
- The Global Payroll team stayed at one of the hotels below:
  - The Mont - 1-4 Merrion Street Lower, Dublin 2, DO2, H525, Ireland

- o The Alex Hotel Dublin– 41-47 Fenian St, Dublin, DO2 H678, Ireland
  - o The Davenport – 8-10 Merrion Street Lower, Dublin, Ireland
- While I stayed at the following hotel:
  - o The Hilton Dublin - Charlemont Place, Dublin, Ireland DO2 A893 35314029988
- Stripe, Inc. Dublin headquarters
  - o The One Building- Grand Canal Street Lower, Grand Canal Dock, Dublin, 2, Ireland

**June 22, 2023 | Therapy Session with Ingrid Jones, Licensed Mental Health Counselor**
- Held recurring therapy session with Ingrid Jones, Licensed Mental Health Counselor to discuss my transition to (back) New York, New York and discussed my new apartment in Midtown East – 140 East 56th Street, New York, New York, 10022.

**June 2023 | Global Payroll Offsite (Dublin, Ireland)**
*Sunday, June 26, 2023 – Saturday, July 1, 2023*
- **In early June 2023**:  In preparation for the 2023 Global Payroll Offsite in Dublin, Ireland, I shared with Alessandro Giagodi, Global Payroll Lead and my direct reporting manager, that at Deloitte Consulting, LLP, we utilized a tool called Business Chemistry.
- Per Deloitte Consulting, LLP website, Business Chemistry, "Expressly designed for use in a business context, Business Chemistry can help you grasp where others are coming from, appreciate the value they bring, and determine what they need in order to excel. It is used by hundreds of thousands of professionals around the world to build stronger relationships, increase team performance, and create exceptional organizations."
  - o My Deloitte Consulting, LLP Business Chemistry personality type is Driver with a sub-type of Scientist. Per Deloitte Consulting, LLP, "Drivers are quantitative, logical, with the sub-type of Scientist being experimental and deeply curious.
- Additionally, I shared that personally, I utilized an individual personality assessment called 16personalities.com. Per the 16personalities.com website, "In our free type descriptions you'll learn what really drives, inspires, and worries different personality types, helping you build more meaningful relationships."
  - o My 16personalities.com.  Personality Assessment is an the Advocate Personality, INFJ – A. Per the 16personalities.com website, "the INFJ (Advocate) is a personality type with the Introverted, Intuitive, Feeling, and Judging traits.
- Alessandro Giagodi opted to use the 16personalities assessment during the Global Payroll Offsite in Dublin, Ireland - June 2023.

**OF IMPORTANCE:**
The shift in the timeline and location for the Global Payroll Offsite, to include team members from APAC, EMEA, LATAM and NA
- **2022:** Global Payroll Offsite held in November 2022 at the Stripe, Inc. United States headquarters in San Francisco, California.
  - o I, Charisse S. Moore planned the 2022 Global Payroll Offsite in San Francisco, California.
- **2023:**  Global Payroll Offsite held in June 2023 at the Stripe, Inc. Ireland headquarters in Dublin, Ireland.
  - o The 2023 Global Payroll Offsite was planned by Alessandro Giagodi, in partnership with Bruno Giannella, as I was on Leave of Absence due to stalking by Ryanne Duffie Saucier, Dan Saucier, Terry Duffie, Tara Duffie, Laura Norton and possibly Derek Norton, Mayor of Smyrna, Georgia.

**OF SIGNIFICANT IMPORTANCE:**
- The key point of differentiation when comparing the two (2) personality assessments above is that one is focused on how an individual shows up in the workplace versus how an individual shows up in a personal relationship.
- Previously, I was a Business Chemistry certified practitioner at Deloitte Consulting, LLP and utilized this tool with clients as a way to understand individuals and how they show up in the workplace (which can be completely different than how they show up in real-life).

**OF SIGNIFICANT IMPORTANCE:**
- While on at the Global Payroll Offsite in Dublin, Ireland, on Thursday, June 29, 2023, there was a team dinner and we took a trip to Howth, Ireland. Howth, Ireland was absolutely beautiful, we walked along the Howth Cliff Trail took pictures and then took the train back into the City of Dublin. Alessandro took a bicycle ride home, while I took a taxi drive back to my hotel – Hilton Dublin.
- I reflected on the past couple of days in Dublin, Ireland and the walk that I took from the Hilton Dublin to The Mont hotel to meet Ashley Palmer for breakfast and remember a couple of men following.

**July 2023 | Unauthorized Publication of Personal Therapy Sessions**
- **Wednesday, July 5, 2023:**  I, Charisse S. Moore met with Ingrid Jones, Licensed Mental Health Counselor and I mentioned that after our previous session on Thursday, June 22, 2023, that people were laughing at me as I walked around my neighborhood in Midtown East.
- I, Charisse S. Moore, also noted that during the Global Payroll Offsite in Dublin, Ireland, that we, the Stripe, Inc. Global Payroll team utilized the 16personalities.com Personality Assessment and that each member of the team from APAC, EMEA, LATAM and NA equally shared their personality type and discussed parts of our personality traits.
- As each member of the Global Payroll team highlighted their personality type and discussed their key trait descriptions, I recorded each team members answers in my team notes. When Alessandro Giagodi, Global Payroll Lead and team leader discussed his personality type, he noted that his personality trait has low empathy.
- During my session with Ingrid Jones, Licensed Mental Health Counselor, I noted one of the Global Payroll team members had a personality type which noted that they had low empathy.
  - **NOTE: *I did not state the Global Payroll team member's name.*** However, I was talking about Alessandro Giagodi, Global Payroll Lead and my direct reporting manager as our relationship was initially distant and beginning in January 2023, Alessandro cancelled the majority of one-on-one meetings. This was a cause of concern, as my role as Payroll Program Manager was aligned to Alessandro Giagodi's role as Global Payroll Lead.
  - To work around the distanced relationship, I continued to partner with Ashley Palmer, Payroll Transformation Manager, Global Payroll leaders across APAC, EMEA, LATAM and NA, in addition to key stakeholders across Stripe, Inc. to include Alessandro's boss Dave Auckland, Finance Operations Leader, Kristen Bauer, Corporate Tax, Paul Klopping, State and Local Tax, Jeremy Gordon, Real Estate and Transactions, Angelos Christoforou, M&A Integration and the Finance Operations Transformation team – Matt Tougas, Emmanuel Aouad and Hannah Tedore.
- To conclude this session, I ended the call by mentioning the Health Insurance Portability and Accountability Act or specifically, the term **HIPAA** to Ingrid Jones, Licensed Mental Health Counselor on Wednesday, July 5, 2023.

**RETALIATION and CONSTRUCTIVE DISCHARGE**
**July 2023 | Losing my job at Stripe, Inc. in July 2023**

- **Thursday, July 13, 2023:** Ask the Global Payroll team about Alessandro Giagodi, Global Payroll Lead, changing his 16personalities.com assessment after my therapy session on Thursday, July 5, 2023. I believe that low empathy or anything related to narcissism was a trigger word for the Alessandro Giagodi and the following set of activities that occurred, resulting in Constructive Discharge.
  - I believe strongly believe that there is video footage of the Therapy Session - Alessandro tried to act like I was not doing a good job and wrote this in my 2023 Performance Evaluation.
  - Alessandro Giagodi, Global Payroll Lead and my direct reporting manager, used the 2023 Performance Evaluation process, to include but not limited to the performance evaluation submitted in Workday (HR technology platform) and the 2023 Performance Review meeting to record his opinion of my work via Zoom (web-based meeting platform) to ursup himself, his role and the responsibilities for completing Mergers & Acquisitions (M&A) projects in which Alessandro Giagodi, Global Payroll Lead previously did not take responsibility for his participation in the unauthorized recording, publication and/or distribution of my therapy sessions and/or performance evaluation.
- **Friday, July 14, 2023**: Sent Lea Stern, People Partner and Brad Dalton, People Partner a letter regarding my experience with Alessandro Giagodi, the 2023 Performance Evaluation process and my experience at Stripe as a direct reportee to Alessandro Giagodi.
  - Received request from Stripe HR / People team to discuss the Stripe Discussion Points_2023.07.14_vF document and potential next steps with the organization.
    - See J. Charisse S. Moore | Stripe, Inc. - See Follow Up to Thursday's Sync Meeting email_2023.07.17.pdf document,
    - **REQUEST FROM STRIPE:** Provide Stripe Discussion Points_2023.07.14_vF email
- **Monday, July 17, 2023:** Swarming event near my apartment at 140 East 56ht Street, Apt 4A, New York, New York, between East 56th Street, Lexington Avenue and Third Avenue that initially started at 6:45am with a Hispanic man approximately 6'2" or 6'3", 250lbs+ that wore a tan Dickies outfit, black beanie, had shoulder length hair with a slight curl at the end with a tear tattoo below his left eye.
- **Monday, July 17, 2023:** Due to swarming event, that was a result of the Unauthorized Publication and Distribution of Therapy sessions which I strongly believe included discussion points regarding and not naming Alessandro Giagodi (re: 16personalities.com Assessment) I chose to leave Stripe, Inc. rather than work in a hostile environment under Alessandro Giagodi.
  - See J. Charisse S. Moore | Stripe, Inc. - See Follow Up to Thursday's Sync Meeting email_2023.07.17.pdf document,
- **Monday, July 17, 2023:** Received notification from Stripe, Inc. HR / People Team that "we'll kick off offboarding today ET, making today your last working day at Stripe. You'll remain on payroll, paid as usual, through this Friday, July 21st, making your last day as an employee.
  - **OF INTEREST:** This approach from the Stripe, Inc. HR / People Team differ vastly from the traditional two weeks that is customary in the termination process.
- **Tuesday, July 18, 2023:** Received Separation Details from Stripe, Inc. HR / People Team.

**Constructive Discharge**

▪ Prior to leaving Stripe, Inc. in July 2023 (Constructive Discharge), Alessandro Giagodi held a meeting with me to discuss my 2023 Performance Evaluation and stated that I needed to complete all Merger & Acquisition activities prior to his return on August 22, 2023, to include but not limited to:

- State of Maryland, Employer Quarterly Taxes
  - February 14, 2023 | Case Number - 24L21001738, in the amount of $14,259.00
  - March 2, 2023 | Case Number - 24L22008468, in the amount of $350,254.00
  - Additional Payroll Employer Quarterly Taxes may be pending with the State of Maryland, in addition to other States and Local tax authorities.

**Additional Information related to Constructive Discharge**

▪ While meeting Ingrid Jones, Licensed Mental Health Counselor, in person at the Sawgrass Mills Mall, on May 4, 2023, Ingrid Jones noted that I was "helping people", Ingrid Jones did not clearly state that your personal therapy sessions are being published and distributed without my authorization.

▪ Ingrid Jones, Licensed Mental Health Counselor, lack of directness in stating that "your phone, laptop and other technology platforms are compromised" put Charisse S. Moore on a path to Alessandro Giagodi's poor reaction for mentioning (without saying Alessandro's name) that Alessandro has low empathy during my therapy session on Wednesday, July 5, 2023.

▪ This set the stage for the following events: resulted in Charisse S. Moore - Constructive Discharge from Stripe, Inc. on July 17, 2023.

- **OF SIGNIFICANT IMPORTANCE:** Stripe, Inc. is a multi-national organization (MNC) with dual headquarters in San Francisco, California, and Dublin, Ireland. For each of the countries that Stripe, Inc. operates in, 50+ countries, there are Employer Payroll Taxes that accrue on a Quarterly bases, in addition to Annual taxes.

- **OF SIGNIFICANT IMPORTANCE:** The Unintended Consequences of Charisse S. Moore leaving Stripe, Inc. are still being calculated as a Payroll Program Manager, who was working on Employer Quarterly Payroll Taxes that are accrued on a Country, Federal, State and Local levels in accordance to rules and regulations.

**Level of Non-Compliance identified at Stripe, Inc. in notes captured during my tenure at Stripe, Inc. compiled and distributed to the Alessandro Giagodi, Global Payroll Lead, Jen Zale, US Payroll Manager, Ashley Palmer, Payroll Transformation Manager, Annie Brody, EMEA Payroll Partner, Toon Tharamas, APAC Finance Operations (Payroll) Manager, Bruno Giannella, LATAM Finance Operations (Payroll) Manager.**

Of particular importance, is that I tried continuously during my tenure at Stripe, Inc. to address the issues noted below with my direct reporting manager – Alessandro Giagodi. Alessandro Giagodi was notably absence from key critical Payroll and the Business infrastructure projects, as noted below:

**UNITED STATES**
**Internal Revenue Service (IRS)**
- Topic no. 653, IRS notices and bills, penalties, and interest charges

**US Department of Labor (DOL)**
- Fair Labor Standards Act (FLSA) – Project Solis
- Family Medical Leave Act (FMLA)
    - The Larkin Company, based in Atlanta, Georgia
- State Sick Leave

**National Labor Relations Board (NLRB)**

**US Senate Committee on Finance**
- Secure 2. 0 Act of 2022

**State of California**
- California Employment Development Department (CA EDD)
- County and City of San Francisco
    - City and County of San Francisco, Administrative Tax Office (ATO) and Gross Receipts - I, Charisse S. Moore, Payroll Program Manager sent to Jen Zale, US Payroll Manager on December 15, 2022 documentation, to include but not limited too the following:
        - The City of San Francisco, Administrative Tax was not implemented in Workday at Stripe, Inc. and should be reviewed in partnership with Corporate Tax, State and Local Tax (SALT) and Ashley Palmer to determine whether this should be implemented in Workday to align with internal Stripe, Inc. Financial policies and processes.

**State of Maryland**
- During this time, I also made calls to the State of Maryland, Baltimore County and/or City of Baltimore related to Helm Services and/or Patrick Mahoney, President of Helm Services, a subsidiary of Stripe, Inc
- Submitted State of Maryland, Form 548 Power of Attorney to include Drivers Licenses for - Dave Auckland, Kristen Bauer and Charisse S. Moore
  Partnered with leadership, to include Dave Auckland, Finance Operations Leader, Kristen Bauer, Corporate Tax, Paul Klopping, State and Local Tax (SALT) and Mindy Mayo, KPMG, to resolve the State of Maryland Payroll Employer Quarterly taxes, Baltimore County and City of Baltimore taxes for Helm Services.
- Prior to leaving Stripe, Inc. in July 2023, Alessandro Giagodi, Global Payroll Lead and my direct reporting manager and I met to review and discuss my 2023 Performance Evaluation and during this meeting which I believe was recorded and distributed without my authorization and/or the expressed authorization of Stripe, Inc, I was informed that I needed to complete all Merger & Acquisition activities prior to Alessandro Giagodi's return on August 22, 2023.  An example of the Mergers & Acquisition (M&A) wind-down operations that I was working on, includes but is not limited to:
    - State of Maryland, Payroll Employer Quarterly Taxes
        - February 14, 2023 | Case Number - 24L21001738, in the amount of $14,259.00
        - March 2, 2023 | Case Number - 24L22008468, in the amount of $350,254.00

- ▪ Baltimore County
- ▪ City of Baltimore
- ▪ State of New York, Department of Labor
- ▪ City of Chicago, Department of Labor

**INTERNATIONAL COUNTRIES**
**Ireland**
- ▪ PAYE - PAYE stands for 'Pay As You Earn'. If you are an employee, you normally pay tax through PAYE.
  - ○ Every time your salary is paid, your employer deducts Income Tax, Pay Related Social Insurance (PRSI) and Universal Social Charge (USC) and pays the amount deducted to Revenue. PAYE ensures that the yearly amounts you have to pay are collected evenly on each pay day over the course of the tax year.
- ▪ Lack of Timeclocks

**United Kingdom**
- ▪ HM Revenue Customs - Pay As You Earn (PAYE) – You must pay your PAYE Bill to HM Revenue and Customs (HMRC) by:
  - ○ The 22nd of the next tax month if you pay monthly
  - ○ The 22nd after the end of the quarter if you pay quarterly – for example, 22nd of July for the 6th of April through 5th of July quarter

**OF SIGNIFICANT IMPORTANCE:**
- ▪ I am not sure that Alessandro Giagodi understand the full gravity of the Merger & Acquisition (M&A) activities that I was working on, as Alessandro Giagodi continuously cancelled one-on-one meetings with me. Alessandro Giagodi was present for the weekly Global Payroll Leadership meeting held on Thursdays. In this meeting, I compiled and presented the key projects impacting Payroll, Finance Operations, HR and the Business – Stripe, Inc.
- ▪ Additionally, Annie Briody and I discussed the potential non-compliance issue of lack of Timeclocks in Ireland. I addressed this issue with Alessandro Giagodi, Global Payroll Lead our direct reporting manager, who is based in Dublin, Ireland. Alessandro Giagodi casually dismissed this issue multiple times, for unknown reasons.
  - ○ **NOTE:** Ashley Palmer and Annie Briody are seasoned Payroll veterans who I turned to for review and guidance on the issues that I identified. Ashley Palmer and Annie Briody always provided direct feedback and provided an opportunity for correction to help move Stripe, Inc. forward. The lesson learned here is that I wish that I could have worked with Ashley Palmer and Annie Briody in an office versus remote work.

**December 2023 | Request for Chief Technology Officer email**
- ▪ December 15, 2023: Sent email to Jen Zale, US Payroll Manager requesting email address of Dave Singleton, Chief Technology Officer to report potential compromise of Wi-Fi at Lincoln at Dilworth apartment in Charlotte, North Carolina.  Within the body of the text message, I noted that I was being stalked, to include the following:
  - ○ "If my Wi-Fi was compromised then there may be downstream impacts to my Stripe laptop. There were additional incidences that occurred in which I called the Charlotte-Mecklenburg

police department in regard(s) to hidden cameras within my apartment. This occurred around the time to the tender offer in January - March 2023."



**April 1, 2024 | Follow up Request for Chief Technology Officer email**
- On April 1, 2024, after reviewing the Federal Bureau of Investigation (FBI) website, I noticed the following guidance and reached out to Jen Zale by email to address the issue related to Stalking.
- **FBI Guidance to Victims of Cyber Incidents on SEC Reporting Requirements**
  https://www.fbi.gov/investigate/cyber/fbi-guidance-to-victims-of-cyber-incidents-on-sec-reporting-requirements

- ▪ As of Thursday, April 11, 2024, I have not received a response from Jen Zale, Stripe, Inc. US Payroll Manager in regards to this issue. Note that I previously submitted an Federal Bureau of Investigation (FBI) IC3 Complaint Form on March 14, 2023 to identify the initial issue of stalking and the potential technology compromise to Stripe, Inc.

**CRITICAL BUSINESS INFILTRATION**

**FBI Guidance to Victims of Cyber Incidents on SEC Reporting Requirements**
https://www.fbi.gov/investigate/cyber/fbi-guidance-to-victims-of-cyber-incidents-on-sec-reporting-requirements

Per the Federal Bureau of Investigation, Cyber Crime, FBI Guidance to Victims of Cyber Incidents on SEC Reporting Requirements, "The Securities and Exchange Commission's new requirements for companies to disclose material cybersecurity incidents take effect on December 18, 2023. The FBI, in coordination with the Department of Justice, is providing guidance on how victims can request disclosure delays for national security or public safety reasons. The FBI recommends all publicly traded companies establish a relationship with the cyber squad at their local FBI field office.

You can click on the buttons at the bottom of this page to read guidance on requesting a delay and providing necessary information to the FBI, to view the SEC Rule, to view the Justice Department's material cybersecurity incident delay determinations guidelines, and to read the FBI's Policy Notice about how victim requests are processed.

The FBI strongly encourages companies to contact the FBI directly or through the U.S. Secret Service (USSS), another federal law enforcement agency, the Cybersecurity and Infrastructure Security Agency (CISA), or another sector risk management agency soon after a registrant believes disclosure of a newly-discovered cybersecurity incident may pose a substantial risk to national security or public safety. This early outreach allows the FBI to familiarize itself with the facts and circumstances of an incident before the company makes a materiality determination. If the victim of a cyber intrusion engages with the FBI or another U.S. government agency, this engagement doesn't trigger a determination of materiality. However, it could assist with the FBI's review if the company determines that a cyber incident is material and seeks a disclosure delay. "

## RESTUTITION – CONSTRUCTIVE DISCHARGE

Per the United States Department of Labor, Compliance Assistance Resources – WARN Advisor website, "Constructive Discharge is when a worker's resignation or retirement may be found not to be voluntary because the employer has created a hostile or intolerable work environment or has applied other forms of pressure or coercion which forced the employee to quit or resign."

In the case of my Constructive Discharge from Stripe, Inc. the date of termination occurred on Monday, July 17, 2023, and I received notification of Separation details on Tuesday, July 18, 2023.

I am seeking full restitution of my total compensation package to include, but not limited to the amounts below.  Note, that the amounts requested below align to the  Stripe, Inc. severance package noted within the following CNBC article -  Stripe lays off 14% of workers on Thursday, November 3, 2022.

| Payroll Program Manager Location – Remote (Charlotte, North Carolina) | |
|---|---|
| **Description** | **Amounts** |
| Annual Salary | $161,500 |
| Sign-on Bonus | $32,000 |
| Bonus | $24,225 (15% of annual salary) |
| Equity | $88,000 |
| Recurring Equity | $55,000 |
| Benefits | $18,000 ($1,500 per month) |
| 401K Contribution | $20,5000 (missing due to stalking) |
| PTO | $28,803<br>Vacation: Stripe provides 21 vacation days per year.<br>Holidays: Stripe observes up to 10 public holidays per year. |
| Career Support | $20,000 |
| Benefits | $9,171,750<br>($305,725 X 30 years for Long Term Disability) |
| **Total** | **$9,619,778** |

**RESTUTITION - EQUAL PAY ACT OF NEW YORK**

In addition to full restitution of compensation, benefits, bonus and equity, I am also asking for a review of the New York Equal Pay Act for my role as Payroll Program Manager.

My initial request for a transfer to the State of New York, City of New York, for safety purposes, as noted in the emails due to stalking, was initially denied by my direct manager, Alessandro Giagodi, Global Payroll Lead.  The transfer to the State of New York, City of New York, as part of my Relocation Strategy for safety purpose due to stalking was later approved by my business unit leader Dave Auckland, Finance Operations.

| #1 – Deloitte Consulting, LLP - Employment Tax Manager - Global Employer Services Location – New York, New York ||
|---|---|
| Description | Amounts |
| Annual Salary | $ 223,990 X 2 years = $447,980 |
| Double Pay | $ 223,990 X 2 years = $447,980 |
| Sign-on Bonus | $32,000 |
| Bonus | $33,600 (15% of annual salary) |
| Equity | $88,000 |
| Recurring Equity | $80,000 |
| Benefits | $18,000 ($1,500 per month) |
| 401K Contribution | $20,5000 (missing due to stalking) |
| PTO | $28,803.00<br>Vacation: Stripe provides 21 vacation days per year<br>Holidays: Stripe observes up to 10 public holidays per year |
| Career Support | $20,000 |
| **Total** | **$1,216,863** |

| #2 – Deloitte Consulting, LLP – Workday HCM Payroll Module Lead<br>Location – New York, New York | |
|---|---|
| **Description** | **Amounts** |
| Annual Salary | $229,500 X 2 years = $459,000 |
| Double Pay | $229,500 X 2 years = $459,000 |
| Sign-on Bonus | $32,000 |
| Bonus | $34,425 (15% of annual salary) |
| Equity | $88,000 |
| Recurring Equity | $80,000 |
| Benefits | $18,000 ($1,500 per month) |
| 401K Contribution | $20,500 (missing due to stalking) |
| PTO | $28,803.00<br>Vacation: Stripe provides 21 vacation days per year<br>Holidays: Stripe observes up to 10 public holidays per year |
| Career Support | $20,000 |
| **Total** | **$1,2139,728** |

| #3 - Stripe \| Manager, Program Management<br>Location – New York, New York | |
|---|---|
| **Description** | **Amounts** |
| Annual Salary | $269,800 X 2 years = $539,600 |
| Double Pay | $269,800 X 2 years = $539,600 |
| Sign-on Bonus | $32,000 |
| Bonus | $40,470 (15% of annual salary) |
| Equity | $88,000 |
| Recurring Equity | $80,000 |
| Benefits | $18,000 ($1,500 per month) |
| 401K Contribution | $20,5000 (missing due to stalking) |
| PTO | $28,803.00<br>Vacation: Stripe provides 21 vacation days per year<br>Holidays: Stripe observes up to 10 public holidays per year |
| Career Support | $20,000 |
| **Total** | **$1,406,973** |

**DOCUMENTATION**

- A. Charisse S. Moore | SDNY Employment Discrimination Complaint Form_vF
- B. Charisse S. Moore | SDNY Employment Discrimination Complaint, Supporting Documentation_vF
- C. Charisse Moore_Friend Issue 2022_04.24_CCPD copy 2
- D. Charisse S. Moore | Federal Bureau of Investigation (FBI) IC3 Form_2024.03.14
- E. Charisse S. Moore | Stripe, Inc. - Documentation of Stalking request to HR (Part 1)_2023.05.10.pdf
- F. Charisse S. Moore | Stripe, Inc. - Medical Leave Certification Form_Final_2023.06.02.pdf
- G. Charisse S. Moore | Stripe, Inc. - Lincoln Financial Group Health Disability Claim_2023.06.08.pdf
- H. Charisse S. Moore | Stripe, Inc. - Separation Details - Charisse Moore_2023.07.18
- I. Charisse S. Moore | Stripe, Inc. - Transfer Request to NYC area - Approval by Dave Auckland
- J. Charisse S. Moore | Stripe, Inc. - See Follow Up to Thursday's Sync Meeting email_2023.07.17
- K. Charisse S. Moore | Stripe, Inc. - Separation Details - Charisse Moore_2023.07.18

**EQUAL PAY DOCUMENTATION**

- L. Charisse S. Moore - #1 | Equal Pay Act - Deloitte Consulting, LLP – Employment Tax Manager – Global Employer Services
- M. Charisse S. Moore - #2 | Equal Pay Act - Deloitte Consulting, LLP – Workday HCM Payroll Module Lead
- N. Charisse S. Moore - #3 | Equal Pay Act - Stripe – Manager, Program Management

**POINTS OF CONTACT**

**Claimant**
- Charisse S. Moore, former Payroll Program Manager, Stripe, Inc.
  - Phone Number - 415-940-6805
  - Email - CharisseSM8@proton.me
  - LinkedIn Profile - https://www.linkedin.com/in/charissemoore/

**Deloitte Consulting, LLP**
- Punit Renjen, Deloitte Global Emeritus
- Joseph Ucuzoglu, Global Chief Executive Officer (CEO)
- Dan Helfrich, Chair and Chief Executive Officer (CEO)
- Janet Foutty, Chair of the Board
- Cathy Engelbert, Former Chief Executive Officer (CEO)
- Larry Quinlan, Former Chief Information Officer (CIO)
- Erica Volini, Former Global Head of Human Capital
- Douglas Beaudoin, Chief Technology Officer (CTO) at Deloitte Consulting, LLP
- Trevear Thomas, Deloitte Global Board of Director and US Strategic Growth Offerings (SGO) Leader at Deloitte Consulting, LLP
- Jannine Zucker, Chief Commercial Officer
- Derrick Jenkins, Managing Director at Deloitte Consulting, LLP - Workday Nike
- Art Mazor, Deloitte's Global Human Capital Practice Leader
- Brian Proctor, Global Payroll and Workforce Advisory Leader
- Matthew Kraus, Partner at Deloitte Consulting, LLP HR Strategy and Greenhouse
  - Former Coach at Deloitte Consulting, LLP
- D. Chip Newton, Managing Director at Deloitte Consulting, LLP - Payroll Workforce Advisory
- Marty Marchetti, Managing Director at Deloitte Consulting, LLP - Workday
- Jason Greene, Senior Consultant at Deloitte Consulting, LLP - HR Transformation
- Amy Bugyis, Sr. Director, M&A Global Integration Leader at Honeywell
- Tony Heringer, Specialist Leader at Deloitte Consulting, LLP - Workday SME (Deloitte & Workday)
- Charles Williamson, Specialist Leader at Deloitte Consulting, LLP - Workday SME (Deloitte & Workday)
- Percy Coleman, Former Senior Consultant at Deloitte Consulting, LLP, now at Meta
- Anthony Abbatiello, Former Partner at Deloitte Consulting, LLP, now at Russell Reynolds
- Brent Moran, Former Manager at Deloitte Consulting, LLP, now Project Manager at Accenture – Workday
  - Former Coach at Deloitte Consulting, LLP

**Ernst & Young, LLP - Points of Contact | Houston 2019**
- Alexander Miller, Transaction Advisory Services (TAS), Managing Director
- Jeff Brown, Board Member, Retired EY Partner, COO
- Sherri Sullivan, Global Payroll Operate
- Jeff Kimbell, Americas EY-Parthenon Turnaround & Restructuring Leader

**RedHat, an IBM company | Smyrna 2021**
- Arvind Krishna, Chairman and Chief Executive Officer (CEO) of IBM
- Matt Hicks, Chief Executive Officer (CEO)

- Chris Wright, Chief Technology Officer (CTO) and Senior Vice President Global Engineering
- Mark Lubas, Vice President and Chief Accounting Officer (CAO)
- Cleo Tunnell, Senior Director, Global Pay Compliance

**Stripe, Inc.**
- John Collison, Co-Founder
- Patrick Collison, Co-Founder
- Trish Walsh, General Counsel
- Roisin Daly, Corporate HR Portfolio Leader
- Dave Auckland, Finance Operations Leader
- Ashley Palmer, Payroll Transformation Manager
- Kristen Bauer, Corporate Tax
- Paul Klopping, State and Local Tax (SALT)
- Jeremy Gordon, Real Estate and Transactions
- Jackie Opritza, People Manager (HR)
- Lea Stern, People Partner (HR)
- Brad Dalton, People Partner (HR)
- Elon Musk, Investor
- Peter Thiel, Investor
- Alex Karp, Investor
- Ben Horowitz, Y Combinator and Andreessen Horowitz
- Jaime Dimon, Chairman and Chief Executive Officer of J.P. Morgan Chase, Inc.
  - Part of Stripe, Inc. Initial Public Offering (IPO) Strategy - February 2023
- David Solomon, Chairman and Chief Executive Officer (CEO) of Goldman Sachs
  - Part of Stripe, Inc. Initial Public Offering (IPO) Strategy - February 2023
- Patrick Mahoney, President of Helm Services, a subsidiary of Stripe, Inc.
- Mindy Mayo, KPMG

**Family Medical Leave Act (FMLA) - Leave of Absence vendors**
- The Larkin Company - 211 Perimeter Center Pkwy NE, Atlanta, GA 30346
  - Tom Larkin, Founder & Chair
  - Jack Larkin, President & Chief Executive Officer (CEO)
- The Lincoln National Life Insurance Company - Disability and Life Claims, PO Box 2578, Omaha, NE 68172-9688

**Therapy sessions (Unauthorized Publication of Therapy Sessions - HIPAA and Electronic Communications Privacy Act of 1986 (ECPA) violation)**
- Ann Mayfield, Licensed Professional Counselor, NCC, CSAT, RRT-P
  - Location – Atlanta, Georgia
  - Psychology Today - https://www.psychologytoday.com/us/therapists/anne-s-mayfield-marietta-ga/82047
  - Personal Website - https://atlantasexaddictionhelp.com/
  - Rapid-Resolution Therapy (RRT)
    - Anne is a wonderful Licensed Professional Counselor who created two (2) Meditations for me based on my Generalized Anxiety Disorder (GAD). I used Rapid-Resolution Therapy (RRT) with Anne Mayfield, instead of Eye Movement Desensitization and Reprocessing (EMDR) therapy that Ingrid Jones, Licensed

Mental Health Counselor (noted above) used to process her healing from the Marjorie Stoneman Douglas Shooting in 2018.

- Ingrid Jones, Licensed Mental Health Counselor (LMHC)
  - Location – South Florida
  - LinkedIn profile - https://www.linkedin.com/in/ingridjoneslmhc/
  - Psychology Today - https://www.psychologytoday.com/us/therapists/ingrid-jones-coral-springs-fl/105964
  - Personal Website - https://www.changetogrow.com
    - Ingrid used Eye Movement Desensitization and Reprocessing (EMDR) therapy to resolve the issues about her daughter's involvement in the Marjorie Stoneman Douglas shooting, as known as the Parkland shooting.

**TECHNOLOGY ABUSE**

Technology Abuse activities to include, but not limited to, the following:

- Wi-Fi hacking
  - AT&T Password 2022 - SolisMoonDior9!
    - The targeting, stalking, hacking and harassment of me is so bad that my Elon Musk and the House of Christian Dior partnered together to create the 2023 Dior Carousel of Dreams that sat on top of the Saks Fifth Avenue store during November 2023 - January 2024. See the picture below.
    - https://www.youtube.com/watch?v=lHojCWLjwPo
- Job Wi-Fi hacking
  - Stripe, Inc.
  - RedHat, an IBM company
  - Deloitte Consulting, LLP
  - Ernst & Young, LLP
- Email hacking
  - CharisseM9@gmail.com and CydReis9@gmail.com
    - CharisseM9@gmail.com - My therapist, Ingrid Jones, sent emails to my CharisseM9@gmail.com address that were deleted and/or removed in May 2022. This occurred after emailing the Cobb County Police Department regarding Ryanne Duffie Saucier's threatening behavior and Dan Saucier's voicemail threatening me because I refused to contact them and they (Dan and Ryanne) introduced me to their child, Elias Beaux Saucier, on April 28, 2022.
    - **May 2023: Purchased Proton email to prevent email hacking, compromise and deletion from Gmail accounts.**
- NOTE: Per the Lookout App my email address was included in the following data leaks:
  - June 5, 2023 - Vendor of Major Eyewear Company
  - OF SIGNIFICANT IMPORTANCE: I purchased my Gucci sunglasses from the Charlotte SouthPark mall in late March 2023 - Solstice Sunglass Boutique | E0C14, 4400 Sharon Rd, Charlotte, NC 28211
- Phone hacking
  - My personal phone number 917-386-5745
  - NOTE: Per the Lookout App my phone number was included in the following data leaks:
    - November 5, 2016 - Unknown source
    - November 6, 2020 - Minted.com
    - November 6, 2020 - Minted.com
    - December 14, 2020 - Unknown source
    - April 23, 2022 - Unknown source

**I have changed phone carriers, email addresses and Apple IDs, as noted below:**

Change in phone carriers: AT&T to Verizon (in Seattle in early April 2023)
  - AT&T phone would go into SOS Mode at various times.
  - New Verizon phone went into SOS mode after making my first call to Ingrid Jones to request a therapy session after the Military Tactical hold in Charlotte, North Carolina.
    - See What does SOS mode on iPhone mean? Symbol appears during AT&T outage Thursday - https://www.usatoday.com/story/tech/2024/02/22/sos-symbol-iphone/72696239007/

- **OF SIGNIFICANT IMPORTANCE:** Verizon is a client of Peachtree Relations, the firm that Laura Norton works for.

**LAWS**

**Unauthorized Publication of Interviews, Therapy Sessions and/or as part of my role at Stripe, Inc. as Payroll Program Manager, are subject to, but not limited to, the following:**

- Electronic Communications Privacy Act of 1986 (ECPA) & 18 U.S. Code § 2511
- Health Insurance Portability and Accountability Act (HIPAA)
- Family Medical Leave Act (FMLA)
- Americans with Disability Act (ADA)
- Genetic Information Nondiscrimination Act of 2008 (GINA)

**As Payroll Program Manager at Stripe, Inc. I had full access to HR master data, Payroll master data, Financial data and Benefits data for all of Stripe, Inc. and its subsidiaries, to include, but not the following:**

https://aspe.hhs.gov/sites/default/files/documents/248275672affa2035cccfbcdaa3670d2/aspe-working-paper-data-terms.pdf

- Personal Identifiable Information (PII)
- Personal Health Information (PHI)
- Business Identifiable Information (BII)
  - Trade secrets, commercial or financial information that is privileged or confidential.
- Confidential Information (CI) to include Mergers & Acquisitions

**Electronic Communications Privacy Act of 1986 (ECPA) & 18 U.S. Code § 2511**

https://bja.ojp.gov/program/it/privacy-civil-liberties/authorities/statutes/1285

**Background**

Per the Bureau of Justice, the United States Department of Justice, "The Electronic Communications Privacy Act and the Stored Wire Electronic Communications Act are commonly referred together as the Electronic Communications Privacy Act (ECPA) of 1986. The ECPA updated the Federal Wiretap Act of 1968, which addressed interception of conversations using "hard" telephone lines, but did not apply to interception of computer and other digital and electronic communications. Several subsequent pieces of legislation, including The USA PATRIOT Act, clarify and update the ECPA to keep pace with the evolution of new communications technologies and methods, including easing restrictions on law enforcement access to stored communications in some cases.

**General Provisions**

The ECPA, as amended, protects wire, oral, and electronic communications while those communications are being made, are in transit, and when they are stored on computers. The Act applies to email, telephone conversations, and data stored electronically. The ECPA has three titles:

- Title I(link is external) of the ECPA, which is often referred to as the Wiretap Act, prohibits the intentional actual or attempted interception, use, disclosure, or "procure[ment] [of] any other person to intercept or endeavor to intercept any wire, oral, or electronic communication." Title I also prohibits the use of illegally obtained communications as evidence. 18 U.S.C. § 2515(link is external).
- Title II(link is external) of the ECPA, which is called the Stored Communications Act (SCA), protects the privacy of the contents of files stored by service providers and of records held about the subscriber by service providers, such as subscriber name, billing records, or IP addresses. 18 U.S.C. §§ 2701-12.(link is external)

- ▪ <u>Title III(link is external)</u> of the ECPA, which addresses pen register and trap and trace devices, requires government entities to obtain a court order authorizing the installation and use of a pen register (a device that captures the dialed numbers and related information to which outgoing calls or communications are made by the subject) and/or a trap and trace (a device that captures the numbers and related information from which incoming calls and communications coming to the subject have originated). <u>18 U.S.C. §§ 3121 – 3127(link is external).</u>"

**Health Insurance Portability and Accountability Act (HIPAA)**
https://aspe.hhs.gov/reports/health-insurance-portability-accountability-act-1996

Per the Department of Health and Human Services, " The Health Insurance Portability and Accountability Act of 1996 (HIPAA) Rules contain privacy, security, and breach notification requirements that apply to individually identifiable health information created, received, maintained, or transmitted by healthcare providers who engage in certain electronic transactions, health transactions, health plans, health care clearinghouses, and their business associates.  The Office for Civil Rights (OCR) is the Departmental component responsible for implementing and enforcing the HIPAA Rules."

**HIPAA Privacy Rule**
https://www.hhs.gov/hipaa/for-professionals/privacy/index.html

Per the Department of Health and Human Services, "The HIPAA Privacy Rule establishes national standards to protect individuals' medical records and other individually identifiable health information (collectively defined as "protected health information") and applies to health plans, health care clearinghouses, and those health care providers that conduct certain health care transactions electronically. The Rule requires appropriate safeguards to protect the privacy of protected health information and sets limits and conditions on the uses and disclosures that may be made of such information without an individual's authorization. The Rule also gives individuals rights over their protected health information, including rights to examine and obtain a copy of their health records, to direct a covered entity to transmit to a third party an electronic copy of their protected health information in an electronic health record, and to request corrections."

**Summary of the HIPAA Privacy Rule**
Per the Department of Health and Human Services, "This is a summary of key elements of the Privacy Rule including who is covered, what information is protected, and how protected health information can be used and disclosed. Because it is an overview of the Privacy Rule, it does not address every detail of each provision.

- Summary of the Privacy Rule - The Standards for Privacy of Individually Identifiable Health Information ("Privacy Rule") establishes, for the first time, a set of national standards for the protection of certain health information. The U.S. Department of Health and Human Services ("HHS") issued the Privacy Rule to implement the requirement of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA").[1] The Privacy Rule standards address the use and disclosure of individuals' health information—called "protected health information" by organizations subject to the Privacy Rule — called "covered entities," as well as standards for individuals' privacy rights to understand and control how their health information is used. Within HHS, the Office for Civil Rights ("OCR") has responsibility for implementing and enforcing the Privacy Rule with respect to voluntary compliance activities and civil money penalties.
    - Summary of the Privacy Rule - PDF

**HIPAA - Breach Notification Rule**
https://www.hhs.gov/hipaa/for-professionals/breach-notification/index.html

Per the Department of Health and Human Services, "The HIPAA Breach Notification Rule, 45 CFR §§ 164.400-414, requires HIPAA covered entities and their business associates to provide notification

following a breach of unsecured protected health information. Similar breach notification provisions implemented and enforced by the <u>Federal Trade Commission (FTC)</u>, apply to vendors of personal health records and their third party service providers, pursuant to section 13407 of the HITECH Act."

## HIPAA - Definition of Breach

Per the Department of Health and Human Services, "A breach is, generally, an impermissible use or disclosure under the Privacy Rule that compromises the security or privacy of the protected health information.  An impermissible use or disclosure of protected health information is presumed to be a breach unless the covered entity or business associate, as applicable, demonstrates that there is a low probability that the protected health information has been compromised based on a risk assessment of at least the following factors:

- The nature and extent of the protected health information involved, including the types of identifiers and the likelihood of re-identification;
- The unauthorized person who used the protected health information or to whom the disclosure was made;
- Whether the protected health information was actually acquired or viewed; and
- The extent to which the risk to the protected health information has been mitigated.

Covered entities and business associates, where applicable, have discretion to provide the required breach notifications following an impermissible use or disclosure without performing a risk assessment to determine the probability that the protected health information has been compromised.

**Family Medical Leave Act (FMLA)**
https://www.dol.gov/agencies/whd/fmla

The Family Medical Leave Act (FMLA) entitles eligible employees of covered employers to take unpaid, job-protected leave for specified family and medical reasons with continuation of group health insurance coverage under the same terms and conditions as if the employee had not taken leave. Eligible employees are entitled to:

- Twelve workweeks of leave in a 12-month period for:
  - the birth of a child and to care for the newborn child within one year of birth;
  - the placement with the employee of a child for adoption or foster care and to care for the newly placed child within one year of placement;
  - to care for the employee's spouse, child, or parent who has a serious health condition;
  - a serious health condition that makes the employee unable to perform the essential functions of his or her job;
  - any qualifying exigency arising out of the fact that the employee's spouse, son, daughter, or parent is a covered military member on "covered active duty;" or
- Twenty-six work weeks of leave during a single 12-month period to care for a covered servicemember with a serious injury or illness if the eligible employee is the servicemember's spouse, son, daughter, parent, or next of kin (military caregiver leave).

**Mental Health and the FMLA**
**Fact Sheet**
- Fact Sheet #28O: Mental Health and the FMLA

**Frequently Asked Questions**
**(Q) May I use FMLA leave when I am unable to work because of severe anxiety? I see a physician monthly for this condition to manage my symptoms.**

**Yes.** Assuming that you work for a covered employer and are eligible for FMLA leave, you may take leave if you are unable to work due to a serious health condition under the FMLA. A chronic condition whether physical or mental (e.g., rheumatoid arthritis, anxiety, dissociative disorders) that may cause occasional periods when an individual is unable to work is a qualifying serious health condition if it requires treatment by a health care provider at least twice a year and recurs over an extended period of time.

**(Q) I use FMLA leave once a month for appointments with a mental health therapist. Is my employer required to keep my mental health condition confidential?**

**Yes.** The FMLA requires your employer to keep your medical records confidential and maintain them in separate files from more routine personnel files. Your employer must also maintain your records with confidentiality as required under other laws, such as the Americans with Disabilities Act (ADA) or the Genetic Information Nondiscrimination Act (GINA), where those laws also apply.

However, your supervisor and managers may be informed that you need to be away from work, or if you have work duty restrictions or need accommodations.

The FMLA prohibits your employer from interfering with or restraining your right to take FMLA leave. Your employer is prohibited, for example, from sharing or threatening to share information about your health to discourage you or your coworkers from using FMLA leave.

**Paid Safe Leave: New York City Expands Paid Leave to Domestic Violence, Sexual Assault, Stalking and Trafficking Survivors**
https://www.nyc.gov/office-of-the-mayor/news/716-17/paid-safe-leave-new-york-city-expands-paid-leave-domestic-violence-sexual-assault-stalking

"Intro. 1313-A, which takes effect 180 days after signing, expands New York City's Paid Sick Leave law to allow workers to use paid leave to address safety and access critical services related to specified criminal offenses.  This bill does not add to the total amount of leave, no less than 40 hours per year, that workers can take – instead it adds reasons for using the leave to allow a survivor of domestic violence, sexual assault, trafficking or stalking to take time off of work in order to plan their immediate next steps and focus on safety, without fearing a loss of income.

NYC is the first city to pass paid safe leave legislation that includes survivors of human trafficking in addition to domestic violence, sexual abuse, and stalking.  Workers who have been the victims of these offenses – or family members who need to assist them – can use Paid Sick or Safe Leave to care for their needs, whether physical, psychological, financial or otherwise. Examples of uses that will be allowed under this bill include: meeting with and safety planning with a social worker/advocate, meeting with a civil legal attorney, filing a police report, meeting with the District Attorney's Office, attending a court appearance, an appointment with a financial counselor, moving into safe housing, and others. The bill also expands the definition of family member for all uses of paid time, Sick or Safe, under the law to recognize chosen families, not just biological ones.

The Department of Consumer Affairs has enforced the Paid Sick Leave Law since it took effect in 2014; now DCA's Office of Labor Policy & Standards will continue its enforcement work of the amended law that includes the new SAFE leave uses, and the expanded definition of family member. If employers violate the Paid Sick or Safe Leave law, DCA-OLPS can require them to provide restitution to workers and pay civil penalties. DCA-OLPS will collaborate with the Mayor's Office to Combat Domestic Violence, as well as community partners, to conduct outreach and education to inform the public of these amendments. Understanding the complexity of the challenges domestic violence survivors already face, we want to ensure that survivors know their rights under this new law, and are able fully to take advantage of them."

**New York Paid Sick (and Safe) Leave**

https://www.ny.gov/new-york-paid-sick-leave/new-york-paid-sick-leave#amount-of-leave

**Eligibility**

All private-sector employees in New York State are covered, regardless of industry, occupation, part-time status, and overtime exempt status. Federal, state, and local government employees are NOT covered, but employees of charter schools, private schools, and not-for-profit corporations are covered.

**Permitted Uses**

After January 1, 2021, employees may use accrued leave following a verbal or written request to their employer for the following reasons impacting the employee or a member of their family for whom they are providing care or assistance with care:

**SAFE LEAVE**

- For an absence from work when the employee or employee's family member has been the victim of domestic violence as defined by the State Human Rights Law, a family offense, sexual offense, stalking, or human trafficking due to any of the following as it relates to the domestic violence, family offense, sexual offense, stalking, or human trafficking:
  - To obtain services from a domestic violence shelter, rape crisis center, or other services program;
  - To participate in safety planning, temporarily or permanently relocate, or take other actions to increase the safety of the employee or employee's family members;
  - To meet with an attorney or other social services provider to obtain information and advice on, and prepare for or participate in any criminal or civil proceeding;
  - To file a complaint or domestic incident report with law enforcement;
  - To meet with a district attorney's office;
  - To enroll children in a new school; or
  - To take any other actions necessary to ensure the health or safety of the employee or the employee's family member or to protect those who associate or work with the employee.

**RATE OF PAY**

Employees must be paid their normal rate of pay for any paid leave time under this law, or the applicable minimum wage rate, whichever is greater. No allowances or credits (e.g., tip credits) may be claimed for paid leave hours, and employers are prohibited from reducing an employee's rate of pay for sick leave hours only.

**RETALIATION**

An employer cannot retaliate against an employee in any way for exercising their rights to use sick leave. Furthermore, employees must be restored to their position of employment as it had been prior to any sick leave taken.

Employees who believe that they have been retaliated against for exercising their sick leave rights should contact the Department of Labor's Anti-Retaliation Unit at 888-52-LABOR or LSAsk@labor.ny.gov.

Employers must keep payroll records for six years which must include the amount of sick leave accrued and used by each employee on a weekly basis.

**State of California Department of Industrial Relations**

Laws that Prohibit Retaliation and Discrimination

The following is a list of laws enforced by the Labor Commissioner that specifically prohibit discrimination and retaliation against employees and job applicants.

**OF SIGNIFICANT IMPORTANCE:**
- **Complaints must be filed within one year of the retaliatory act, unless stated otherwise.**
- **Laws related to STALKING**

**Labor Code section 230(a)**
Labor Code section 230(a) prohibits an employer from retaliating against an employee for taking time off to serve on a jury, provided that the employee has given the employer reasonable notice.

**Labor Code section 230(b)**
Labor Code section 230(b) prohibits an employer from retaliating against an employee who is a victim of a crime for taking time off to appear in court to comply with a subpoena or court order as a witness in a judicial proceeding.

**Labor Code section 230(c)**
Labor Code section 230(c) prohibits an employer from discharging or in any manner discriminating or retaliating against an employee who is a victim of domestic violence, sexual assault, and/or stalking, who is a victim of a crime that caused physical injury or that caused mental injury and a threat of physical injury, or who is a person whose immediate family member is deceased as the direct result of a crime (regardless of whether there is an arrest, prosecution, or conviction for committing the crime), for taking time off from work to obtain or attempt to obtain relief to help ensure his or her health, safety, or welfare, or that of his or her child or children.

**Labor Code section 230(e)**
Labor Code section 230(e) prohibits an employer from discharging or retaliating against an employee because of his or her status as a victim of crime or abuse, provided that the victim provides notice to employer of the status or the employer has actual knowledge of the status.

**Labor Code section 230(f)**
An employer shall provide reasonable accommodations for a victim of domestic violence, sexual assault, and/or stalking, a victim of a crime that caused physical injury or that caused mental injury and a threat of physical injury, or a person whose immediate family member is deceased as the direct result of a crime (regardless of whether there is an arrest, prosecution, or conviction for committing the crime), who requests an accommodation for the victim's safety while at work. Reasonable accommodations may also include assistance in documenting domestic violence, sexual assault, stalking, or "other crime" that occurs at work, or another work adjustment in response to domestic violence, sexual assault, stalking, or "other crime." The employer shall engage in a timely, good faith, and reasonable process with the employee to determine effective reasonable accommodations.

**Labor Code section 230.1**
An employer with 25 or more employees is prohibited from retaliating against an employee who is a victim of domestic violence, sexual assault, and/or stalking, who is a victim of a crime that caused physical injury or that caused mental injury and a threat of physical injury, or who is a person whose immediate family member is deceased as a direct result of a crime (regardless of whether there is an arrest, prosecution, or conviction for committing the crime), and who takes time off to seek medical attention, to obtain services from a domestic violence program or psychological counseling, or to participate in safety planning. The worker must provide reasonable advance notice if feasible.

**DIVISION 2. EMPLOYMENT REGULATION AND SUPERVISION [200 - 2699.8]**

*( Division 2 enacted by Stats. 1937, Ch. 90. )*

**PART 1. COMPENSATION [200 - 452]**

*( Part 1 enacted by Stats. 1937, Ch. 90. )*

**CHAPTER 1. Payment of Wages [200 - 273]**

*( Chapter 1 enacted by Stats. 1937, Ch. 90. )*

**ARTICLE 1. General Occupations [200 - 244]**

*( Article 1 enacted by Stats. 1937, Ch. 90. )*

**230.**

(a) An employer shall not discharge or in any manner discriminate against an employee for taking time off to serve as required by law on an inquest jury or trial jury, if the employee, prior to taking the time off, gives reasonable notice to the employer that the employee is required to serve.

(b) An employer shall not discharge or in any manner discriminate or retaliate against an employee, including, but not limited to, an employee who is a victim of a crime, for taking time off to appear in court to comply with a subpoena or other court order as a witness in any judicial proceeding.

(c) An employer shall not discharge or in any manner discriminate or retaliate against an employee who is a victim for taking time off from work to obtain or attempt to obtain any relief. Relief includes, but is not limited to, a temporary restraining order, restraining order, or other injunctive relief, to help ensure the health, safety, or welfare of the victim or their child.

(d) (1) As a condition of taking time off for a purpose set forth in subdivision (c), the employee shall give the employer reasonable advance notice of the employee's intention to take time off, unless the advance notice is not feasible.

(2) When an unscheduled absence occurs, the employer shall not take any action against the employee if the employee, within a reasonable time after the absence, provides a certification to the employer. Certification shall be sufficient in the form of any of the following:

(A) A police report indicating that the employee was a victim.

(B) A court order protecting or separating the employee from the perpetrator of the crime or abuse, or other evidence from the court or prosecuting attorney that the employee has appeared in court.

(C) Documentation from a licensed medical professional, domestic violence counselor, as defined in Section 1037.1 of the Evidence Code, a sexual assault counselor, as defined in Section 1035.2 of the Evidence Code, victim advocate, licensed health care provider, or counselor that the employee was undergoing treatment or receiving services for physical or mental injuries or abuse resulting in victimization from the crime or abuse.

(D) Any other form of documentation that reasonably verifies that the crime or abuse occurred, including but not limited to, a written statement signed by the employee, or an individual acting on the employee's behalf, certifying that the absence is for a purpose authorized under this section or under Section 230.1.

(3) To the extent allowed by law and consistent with subparagraph (D) of paragraph (7) of subdivision (f), the employer shall maintain the confidentiality of any employee requesting leave under subdivision (c).

(e) An employer shall not discharge or in any manner discriminate or retaliate against an employee because of the employee's status as a victim of crime or abuse, if the employee provides notice to the employer of the status or the employer has actual knowledge of the status.

(f) (1) An employer shall provide reasonable accommodations for a victim of domestic violence, sexual assault, or stalking, who requests an accommodation for the safety of the victim while at work.

(2) For purposes of this subdivision, reasonable accommodations may include the implementation of safety measures, including a transfer, reassignment, modified schedule, changed work telephone, changed work station, installed lock, assistance in documenting domestic violence, sexual assault, stalking, or other crime that occurs in the workplace, an implemented safety procedure, or another adjustment to a job structure, workplace facility, or work requirement in response to domestic violence, sexual assault, stalking, or other crime, or referral to a victim assistance organization.

(3) An employer is not required to provide a reasonable accommodation to an employee who has not disclosed the employee's status as a victim of domestic violence, sexual assault, or stalking.

(4) The employer shall engage in a timely, good faith, and interactive process with the employee to determine effective reasonable accommodations.

(5) In determining whether the accommodation is reasonable, the employer shall consider an exigent circumstance or danger facing the employee.

(6) This subdivision does not require the employer to undertake an action that constitutes an undue hardship on the employer's business operations, as defined by Section 12926 of the Government Code. For the purposes of this subdivision, an undue hardship also includes an action that would violate an employer's duty to furnish and maintain a place of employment that is safe and healthful for all employees as required by Section 6400 of the Labor Code.

(7) (A) Upon the request of an employer, an employee requesting a reasonable accommodation pursuant to this subdivision shall provide the employer a written statement signed by the employee or an individual acting on the employee's behalf, certifying that the accommodation is for a purpose authorized under this subdivision.

(B) The employer may also request certification from an employee requesting an accommodation pursuant to this subdivision demonstrating the employee's status as a victim of domestic violence, sexual assault, or stalking. Certification shall be sufficient in the form of any of the categories described in paragraph (3) of subdivision (d).

(C) An employer who requests certification pursuant to subparagraph (B) may request recertification of an employee's status as a victim of domestic violence, sexual assault, or stalking, or ongoing circumstances related to the crime or abuse, every six months after the date of the previous certification.

(D) Any verbal or written statement, police or court record, or other documentation provided to an employer identifying an employee as a victim shall be maintained as confidential by the employer and shall not be disclosed by the employer except as required by federal or state law or as necessary to protect the employee's safety in the workplace. The employee shall be given notice before any authorized disclosure.

(E) (i) If circumstances change and an employee needs a new accommodation, the employee shall request a new accommodation from the employer.

(ii) Upon receiving the request, the employer shall engage in a timely, good faith, and interactive process with the employee to determine effective reasonable accommodations.

(F) If an employee no longer needs an accommodation, the employee shall notify the employer that the accommodation is no longer needed.

(8) An employer shall not retaliate against a victim for requesting a reasonable accommodation, regardless of whether the request was granted.

(g) (1) An employee who is discharged, threatened with discharge, demoted, suspended, or in any other manner discriminated or retaliated against in the terms and conditions of employment by their employer because the employee has taken time off for a purpose set forth in subdivision (a) or (b) shall be entitled to reinstatement and reimbursement for lost wages and work benefits caused by the acts of the employer.

(2) An employee who is discharged, threatened with discharge, demoted, suspended, or in any other manner discriminated or retaliated against in the terms and conditions of employment by their employer for reasons prohibited in subdivision (c) or (e), or because the employee has requested or received a reasonable accommodation as set forth in subdivision (f), shall be entitled to reinstatement and reimbursement for lost wages and work benefits caused by the acts of the employer, as well as appropriate equitable relief.

(3) An employer who willfully refuses to rehire, promote, or otherwise restore an employee or former employee who has been determined to be eligible for rehiring or promotion by a grievance procedure or hearing authorized by law is guilty of a misdemeanor.

(h) (1) An employee who is discharged, threatened with discharge, demoted, suspended, or in any other manner discriminated or retaliated against in the terms and conditions of employment by their employer because the employee has exercised their rights as set forth in subdivision (a), (b), (c), (e), or (f) may file a complaint with the Division of Labor Standards Enforcement of the Department of Industrial Relations pursuant to Section 98.7.

(2) Notwithstanding any time limitation in Section 98.7, an employee may file a complaint with the division based upon a violation of subdivision (c), (e), or (f) within one year from the date of occurrence of the violation.

(i) An employee may use vacation, personal leave, or compensatory time off that is otherwise available to the employee under the applicable terms of employment, unless otherwise provided by a collective bargaining agreement, for time taken off for a purpose specified in subdivision (a), (b), or (c). The entitlement of any employee under this section shall not be diminished by any collective bargaining agreement term or condition.

(j) For purposes of this section:

(1) "Crime" means a crime or public offense as set forth in Section 13951 of the Government Code, and regardless of whether any person is arrested for, prosecuted for, or convicted of, committing the crime.

(2) "Domestic violence" means any of the types of abuse set forth in Section 6211 of the Family Code, as amended.

(3) "Immediate family member" means a person who is any of the following:

(A) Regardless of age, a biological, adopted, or foster child, stepchild, or legal ward, a child of a domestic partner, a child to whom the employee stands in loco parentis, or a person to whom the employee stood in loco parentis when the person was a minor.

(B) A biological, adoptive, or foster parent, stepparent, or legal guardian of an employee or an employee's spouse or domestic partner, or a person who stood in loco parentis when the employee or the employee's spouse or domestic partner was a minor child.

(C) A person to whom the employee is legally married under the laws of any state, or a domestic partner of an employee as registered under the laws of any state or political subdivision.

(D) A biological, foster, or adoptive sibling, a stepsibling, or a half-sibling.

(E) Any other individual whose close association with the employee is the equivalent of a family relationship described in subparagraph (A), (B), (C), or (D).

(4) "Sexual assault" means any of the crimes set forth in Section 261, 261.5, 262, 265, 266, 266a, 266b, 266c, 266g, 266j, 267, 269, 273.4, 285, 286, 287, 288, 288.5, 289, or 311.4 of, or former Section 288a of, the Penal Code, as amended.

(5) "Stalking" means a crime set forth in Section 646.9 of the Penal Code or Section 1708.7 of the Civil Code.

(6) "Victim" includes any of the following:

(A) A victim of stalking, domestic violence, or sexual assault.

(B) A victim of a crime that caused physical injury or that caused mental injury and a threat of physical injury.

(C) A person whose immediate family member is deceased as the direct result of a crime.

(D) For the purposes of subdivision (b) only, any person against whom any crime has been committed.

(7) "Victim advocate" means an individual, whether paid or serving as a volunteer, who provides services to victims under the auspices or supervision of an agency or organization that has a documented record of providing services to victims, or under the auspices or supervision of a court or a law enforcement or prosecution agency.

**RESEARCH MATERIALS**
**Location, Location, Location: The State of Geographic Pay Differentials**
World at Work | June 2, 2022
By  Mark McGraw
https://worldatwork.org/resources/publications/workspan-daily/location-location-location-the-state-of-geographic-pay-differentials

"The coronavirus pandemic has proven that, by and large, remote work works.
As a result, the workforce is more dispersed than everOpen in a new tab, and it's likely to stay that way. And, with employees' newfound ability to work from anywhere, geographic pay differentials have been thrust into the spotlight during the past two-plus years of the COVID era.

Facebook might be the most high-profile example of the tricky nature of setting compensation for workers performing similar jobs in different locations. In a May 2020 videoconference, Facebook CEO Mark Zuckerberg told employees that the social media giant was going to "aggressively" ramp up the hiring of remote workers, and that he anticipated about half of the company's workforce would be remote five to 10 years down the road.

He also informed his employees that those who opted to stay with Facebook but leave Silicon Valley to live and work in less costly locales should expect a pay cut if they go that route.

"That means, if you live in a location where the cost of living is dramatically lower, or the cost of labor is lower, then salaries do tend to be somewhat lower in those places," Zuckerberg told employees.

Facebook is not the first company to approach compensation this way. But it's fair to say that geographic pay differentials have become a bigger concern for many employers since the arrival of the coronavirus. In response, many organizations are rethinking their pay philosophy and policy surrounding geographic pay strategies.

Consider some of the key findings from WorldatWork's "2022 Geographic Pay Policies" report:
- Among the 858 responses, representing U.S. organizations of various sizes and from numerous industries, 28% said their company plans to modify their geographic pay policies via consolidation of pay differentials.
- In addition, 13% said they are weighing whether to eliminate the differentials by geographic area, and the number of organizations using a single pay structure where pay is not differentiated by geographic areas increased by six percentage points from a similar study WorldatWork conducted in 2021.
- Forty-five percent of companies polled said they are applying pay differentials as a premium or discount to either a baseline/single pay structure or individual pay, and 24% create separate base pay structures for different geographic locations.
- For in-office or hybrid employees, geographic pay locations are most often determined by their nearest work location (45%) or reporting location (31%), while more than half of full-time remote workers are tied to their location of residence. More than half of organizations (56%) use city/metro area as the indicator in which geographic pay differentials are based, and cost of labor is overwhelmingly a greater influence than cost of living for determining the pay policy approach.

Overall, nearly seven in 10 workers say that a pay adjustment would be a very or extremely influential factor in their decision to voluntarily relocate, representing a nearly 20% increase from WorldatWork's 2021 survey on geographic pay policies. Among the 56% of companies saying they provide "moderate" to "extreme" flexibility in terms of allowing full-time remote workers to voluntarily relocate, 70% of relocation requests, on average, are prompted by the employee.

Given this increased emphasis on flexibility, Linda VanDeventer, vice president and senior consultant at HR and employee benefits consulting firm Segal, sees companies simplifying their approach to geographic pay policies.

"I'm finding employers who are making changes tend to eliminate the differentials and use a 100% national average approach, unless employees are connected with a worksite based on a very high cost of labor market such as San Francisco or New York," she said."

**Stripe Is Offering $20,000 Bonus To Employees Who Relocate To Less Expensive Cities, But It Comes With A Pay Reduction**
Forbes, | September 15, 2020
By Elana Lyn Gross, Former Contributor
https://www.forbes.com/sites/elanagross/2020/09/15/stripe-is-offering-20000-bonus-to-employees-who-relocate-to-less-expensive-cities-but-it-comes-with-a-pay-reduction/?sh=2cd0ccff3072

"Stripe, Inc. is offering a $20,000 bonus to employees who move away from San Francisco, New York City or Seattle but it comes with a 10% pay reduction, spokesman Mike Manning told Forbes, making the e-commerce and mobile payment processor the latest tech company to implement pay cuts for workers who chose to relocate to less expensive cities as remote work policies are extended because of the pandemic.

Key Facts
- Stripe has 16 offices globally, including in San Francisco, New York City and Seattle, which were all among the most expensive office rental submarkets in the U.S. last year, according to the real estate data provider PropertyShark.
- Stripe, which has more than 2,800 employees, has relied on remote work for years and in May announced it would hire at least 100 remote engineers, saying remote workers have helped the company stay close to customers so they can tailor Stripe's products accordingly.

FURTHER BACKGROUND
Just as many white-collar Americans are reconsidering the cost of living in expensive cities if remote work policies continue, many companies are also reconsidering expensive office costs. Some companies have had market-based salary policies in place for years, meaning pay is adjusted based on the cost of living or cost of labor in the area.

TANGENT
The job search marketplace Hired surveyed 2,300 tech workers and found that 55% said they would not be willing to accept a reduced salary if their employer made work from home permanent. An overwhelming 90% said the same job should receive the same pay, regardless of if the person works remotely, but 40% said they support location adjustments. More than half, 53%, said they would be "likely" or "very likely" to move to a city with a lower cost of living if allowed to work from home permanently."

**Stalking - Pattern and Practice**
**World Intelligence Agencies**
- US Department of Justice - Interstate Stalking Guidance
  - Northern District of Georgia
  - Central District of California
- United Kingdom – Secret Intelligence Service Guidance
  - Secret Intelligence Service (SIS)
  - C's

**Technology Abuse**
- Phone Hacking
- Doxxing
- Unauthorized Documentation and Publication of Private Therapy Sessions
- Swarming
- How Covert Agents Infiltrate the Internet to Manipulate, Deceive and Destroy Reputations
  - *Found and Partially Reviewed in Seattle, April 2023*

**WORLD INTELLIGENCE AGENCIES**
**19 July 2023 | Speech by Sir Richard Moore, head of SIS, United Kingdom**
**Sir Richard Moore, head of the Secret Intelligence Service, spoke about the current focus of the Service and the value of the "human factor" in the age of AI.**
https://www.gov.uk/government/speeches/speech-by-sir-richard-moore-head-of-sis-19-july-2023

- This Speech was posted the day after my **Constructive Discharge** from Stripe, Inc. on Tuesday, July 18, 2023.
- **AS A MATTER OF INTERNATIONAL SECURITY:** As a matter of International Security my Grand Uncle is Sir Patrick Allen, Governor-General of Jamaica, Vice Regal of the British Royal Monarchy reporting to King Charles III.

**4 April 2023 | US Department of Justice, Central District of California, Interstate Stalking**
https://www.justice.gov/usao-cdca/interstate-stalking

- Per the US Department of Justice, Central District of California, Interstate Stalking website, "In 1996 Congress passed an anti-stalking law as part of the Violence Against Women Act (VAWA). Under this law it is a federal felony to cross state lines to stalk or harass an individual if the conduct causes fear of serious bodily injury or death to the stalking victim or to the victim's immediate family members. It is a federal felony to stalk or harass on military or U.S. territorial lands, including Indian country (18 U.S.C. § 2261A). It is also a federal crime to cross state lines or enter or leave Indian country in violation of a qualifying Protection Order (18 U.S.C. § 2262).

  A state law has been enacted in California to deal with the crime of stalking (Penal Code § 646.9).This law specifically prohibits a person from willfully, maliciously and repeatedly following or harassing another person and who makes a credible threat with the intent to place a person or his or her immediate family, in reasonable fear for his or her safety."

**23 December 2021 | US Department of Justice, Northern District of Georgia, Interstate Stalking**
https://www.justice.gov/usao-ndga/victim-witness-assistance/interstate-stalking

- **Per the US Department of Justice, Northern District of Georgia, Interstate Stalking website,** "In 1996 Congress passed an anti-stalking law as part of the Violence Against Women Act (VAWA). Under this law it is a federal felony to cross state lines to stalk or harass an individual if the conduct causes fear of serious bodily injury or death to the stalking victim or to the victim's immediate family members. It is a federal felony to stalk or harass on military or U.S. territorial lands, including Indian country (18 U.S.C. § 2261A). It is also a federal crime to cross state lines or enter or leave Indian country in violation of a qualifying Protection Order (18 U.S.C. § 2262)."
  - **I, Charisse S. Moore (soon-to-be Charisse S. Musk) spent the holidays with Dan Saucier, Ryanne Duffie Saucier, Terry Duffie, Sharon Duffie and Elias Beaux Saucier and their dog Belle.**

**30 November 2021 | C's speech to the International Institute for Strategic Studies**
The Chief of the Secret Intelligence Service (MI6) Richard Moore spoke about human intelligence in the digital age.
https://www.gov.uk/government/speeches/cs-speech-to-the-international-institute-for-strategic-studies

- This was posted at the same time that I housesat for Ryanne Duffie Saucier, Dan Saucier and Elias Beaux Saucier as they headed to Walt Disney World on a surprise vacation for Elias to see the Walt Disney Christmas World Tree Lighting.

**Technology Abuse - Phone Hacking**
https://en.wikipedia.org/wiki/Phone_hacking

- Per Wikipedia, "Phone hacking is the practice of exploring a mobile device, often using computer exploits to analyze everything from the lowest memory and CPU levels up to the highest file system and process levels. Modern open source tooling has become fairly sophisticated as to be able to "hook" into individual functions within any running app on an unlocked device and allow deep inspection and modification of its functions."

**What is doxxing and what can you do if you are doxxed?**
https://amp.cnn.com/cnn/2023/02/07/world/what-is-doxxing-explainer-as-equals-intl-cmd/index.html

- "According to the International Encyclopedia of Gender, Media, and Communication, doxxing is the intentional revelation of a person's private information online without their consent, often with malicious intent. This includes the sharing of phone numbers, home addresses, identification numbers and essentially any sensitive and previously private information, such as personal photos that could make the victim identifiable and potentially exposed to further harassment, humiliation and real-life threats including stalking and unwanted encounters in person.
- While anyone can be doxxed, experts believe women are more likely to be targets of mass online attacks, leaks of their sensitive media, such as sexually explicit imagery that was stolen or shared without consent and unsolicited and sexualized messages."

**What is doxxing, and why is it so scary?**
https://theconversation.com/what-is-doxxing-and-why-is-it-so-scary-95848

- "It's almost a given that you have personal information available online. Beyond social media and online discussion boards, there are public records of property ownership and voter registration, as well as massive databases of financial information assembled by credit-rating agencies.
- Taken individually, many of these pieces of information are benign. So you cast a ballot in the 2016 presidential election, have a child enrolled at a particular public elementary school, or once posted a comment on a local newspaper site objecting to institutional racism. A great many people know those things – even strangers. The harm doesn't come until someone figures out how to put these pieces together and then publishes it all online.
- This kind of revelation is called "doxxing," an old internet term that comes from the idea of collecting the documents, or "docs," on a person. The effort to discover and reveal personal information, of course, long predates the internet."

**Swarming and the Social Dynamics of Group Violence**
**National Institutes of Health (NIH) | National Library of Medicine | National Center for Biotechnology Information**
By Rob White
https://www.aic.gov.au/publications/tandi/tandi326

Per the National Institutes of Health (NIH) website, "The phenomenon of swarming - the unexpected gathering of large numbers of people in particular public locales. Swarming may or may not feature violence. It does, however, involve large crowds - crowds that may occasionally transform into 'mobs'. The size of the crowd is what also transforms a private home or private party into a public event via the spilling out of people on to footpaths and surrounding streets and lawns.

The confrontational style of the police - especially if they showed up in numbers, and in riot gear - was seen to be a precipitating cause of the subsequent crowd violence. In other words, understanding of group behaviour and crowd dynamics is also about understanding how the escalation of violence is sometimes linked to the type and intensity of police intervention itself.

Raves: Communication via mobile phone, internet links and friendship networks were essential to the spontaneity of the gathering, since the time and location were usually only shared out at the last moment."

***Dynamics of Group Violence***
In the context of a large crowd, the rules become even less defined. Mob rule is precisely about lack of restraint, the unbridled use of force against an opponent. In small-scale fight situations a ritual mediator may step in to end the potential escalation of conflict (for example a mate who intervenes to cool things down; Moore 1994: 76). In crowd situations, such mediation is much less likely. Rather, the transformation into the mob precludes such mediation and opens the door to unrestrained violence.

One theme of this paper is that not all forms of collective violence are the same, and that analysis of causal reasons and the microdynamics of specific types of violence reveal great variation in the specific nature of the violence.

Across the events and groups associated with violence that have been identified, certain commonalities can be noted. These include:

- Active use of new communication technologies such as mobile phones, combined with access to motor vehicles, allowing for quick mobilisation of large groups of people in particular locations - hence the capacity to 'swarm'
- An emphasis on excitement, thrill-seeking, and taking collective control over particular public areas and local territories - hence an assertion of self and social identity via certain types of activities.
- Defiance and resistance in relation to authority figures such as the police, and antagonistic, frequently physical, and verbal abuse of law enforcement officers - hence a disregard for normal conventions and laws
- Events marked by a degree of unpredictability, due to the diversity and anonymity of participants, and the volatile nature of crowd behaviour - hence a general lack of clarity regarding the rules of engagement surrounding the use of violence.
- The media frequently playing a major role in reflexively creating violent events by publicising them in advance, sensationalising them when they occur, and exaggerating the enormity of particular events relative to 'the Australian way of life' - hence the stimulation and provocation to violence is to some extent inspired by the mass media itself."

**Emergence of Swarming Behavior: Foraging Agents Evolve Collective Motion Based on Signaling National Institutes of Health (NIH) | National Library of Medicine | National Center for Biotechnology Information**
By Olaf Witkowski1,2,* and Takashi Ikegami1
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4847771/

Per the National Institutes of Health (NIH) website, "Swarming is the phenomenon in which a large number of individuals organize into a coordinated motion. Using only the information at their disposition in the environment, they are able to aggregate together, move en masse or migrate towards a common direction.

In an effort to test the multiple theories, the past decades counted several experiments involving real animals, either inside an experimental setup [13–15] or observed in their own ecological environment [16]. Those experiments present the inconvenience to be costly to reproduce. Furthermore, the colossal lapse of evolutionary time needed to evolve swarming makes it almost impossible to study the emergence of such behavior experimentally.

Computer modeling has recently provided researchers with new, easier ways to test hypotheses on collective behavior. Simulating individuals on machines offers easy modification of setup conditions and parameters, tremendous data generation, full reproducibility of every experiment, and easier identification of the underlying dynamics of complex phenomena.
Reynolds [17] introduces the boids model simulating 3D swarming of agents called boids controlled only by three simple rules:
- Alignment: move in the same direction as neighbours
- Cohesion: remain close to neighbours
- Separation: avoid collisions with neighbours"

**Predator Confusion is Sufficient to Evolve Swarming Behaviour**
**National Institutes of Health (NIH) | National Library of Medicine | National Center for Biotechnology Information**
By Randal S. Olson,1,4 Arend Hintze,2,4 Fred C. Dyer,3,4 David B. Knoester,2,4 and Christoph Adami,2,4
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4043163/

Per the National Institutes of Health (NIH) website, "To study the effects of predator confusion on the evolution of swarming, we create an agent-based simulation in which predator and prey agents interact in a continuous two-dimensional virtual environment.

Each agent is controlled by a Markov network (MN), which is a stochastic state machine that makes control decisions based on a combination of sensory input (i.e. vision) and internal states (i.e. memory) [40]. We coevolve the MNs of predators and prey with a genetic algorithm (GA), selecting for MNs that exhibit behaviours that are more effective at consuming prey and surviving, respectively. Certain properties of the sensory and motor behaviour of predators and prey are implemented as constraints that model some of the differences between predators and prey observed in nature (e.g. relative movement speed, turning agility, and, for predators, maximum consumption rate). Predator confusion, described in more detail below, is implemented as a constraint on predator perception that can be varied experimentally."

**OF SIGNIFICANT IMPORTANCE | Found and Partially Reviewed in Seattle, April 2023**

**HOW COVERT AGENTS INFILTRATE THE INTERNET TO MANIPULATE, DECEIVE, AND DESTROY REPUTATIONS**
**The Intercept | By Glenn Greenwald**
https://theintercept.com/2014/02/24/jtrig-manipulation/

Per Glenn Greenwald of The Intercept, "One of the many pressing stories that remains to be told from the Snowden archive is how western intelligence agencies are attempting to manipulate and control online discourse with extreme tactics of deception and reputation-destruction.

Today, we at the Intercept are publishing another new JTRIG document, in full, entitled "The Art of Deception: Training for Online Covert Operations."

But, here, I want to focus and elaborate on the overarching point revealed by all of these documents: namely, that these agencies are attempting to control, infiltrate, manipulate, and warp online discourse, and in doing so, are compromising the integrity of the internet itself.
- Among the core self-identified purposes of JTRIG are two tactics:
  - (1) to inject all sorts of false material onto the internet in order to destroy the reputation of its targets; and
  - (2) to use social sciences and other techniques to manipulate online discourse and activism to generate outcomes it considers desirable.

To see how extremist these programs are, just consider the tactics they boast of using to achieve those ends: "false flag operations" (posting material to the internet and falsely attributing it to someone else), fake victim blog posts (pretending to be a victim of the individual whose reputation they want to destroy) and posting "negative information" on various forums.

Other tactics aimed at individuals are listed here, under the revealing title "discredit a target":
- Set up a honey trap
- Change their photos on social networking sites
- Write a blog purporting to be one of their victims
- Email / text their (victims) neighbors, colleagues and/or friends

GCHQ describes the purpose of JTRIG in starkly clear terms: "using online techniques to make something happen in the real or cyber world," including "information ops (influence or disruption)."