FROM THE DESK OF

# Charisse Samantha Moore

August 27, 2024

United States District Court, the Southern District of New York

Honorable Associate Judge J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Honorable Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

RE: Request of the United States District Court, the Southern District of New York | Case Name: Moore v. Stripe, Inc., Case Number: 1:24-cv-02799-JPO

Dear Honorable Associate Judge J. Paul Oetken and Honorable Magistrate Judge Sarah L. Cave,

My name is Charisse S. Moore and I am the Plaintiff in the Moore v. Stripe, Inc. case and am writing to the Judges Chambers in response to the Employment Discrimination Complaint and lack of housing due to stalking related to my former role as Payroll Program Manager at Stripe.  I am requesting immediate Federal Victim Witness Protection, to include housing due to the following:

- Primary stalkers involvement in the Technology hacking of my personal technology, such as my phone, email, laptop and former home Wi-Fi during my time at Stripe, continue to stalk me and I believe prevent this case from moving forward via profound technology hacking, as documented to the Federal Bureau of Investigation (FBI) Internet Crime (IV3) Form, the United States Securities Exchange Commission (SEC) documentation, the United States Department of Justice, Civil Rights Division Complaint, the United States Department of Labor Complaint, the State of New York Complaint, amongst additional Federal, State and/or Local agencies.

- Primary stalkers who live in and/or work in the New York City metropolitan area and continually deploy a "Homeless Play" in the Unauthorized Non-Consented

Psychology, Business and Technology Social Media Experiment, to be highlighted in the following cases:

- Case Name: Moore v. The State of Georgia, Case Number: 1:24-cv-05545-LTS
- Case Name: Moore v. Scenic Cable Network & Productions, Case Number: 1:24-cv-05413-LTS
- Case Name: Moore v. Vanderbilt University, Case Number: 1:24-cv-05533-UA
- Case Name: Moore v. KPMG, Case Number: 1:24-cv-05471-UA
- Case Name: Moore v. Fox News, Case Number: 1:24-cv-05470-UA

- On Tuesday, August 27, 2024, I found an article that noted that my former employer Stripe, Inc. has acquired new headquarters in Dublin, Ireland, as of June 30, 2024. Please see the following article -

  - Collison brothers sign deal as Stripe chooses new Dublin headquarters
  - https://www.thetimes.com/world/ireland-world/article/collison-brothers-sign-deal-stripe-dublin-headquarters-mqxjc7xwv

As a stalking victim, following under the jurisdiction of the United States Department of Justice, Interstate Stalking law and the State of New York Anti-Stalking law, I am a member of a protected class and am subject to to addition protections due to **Retaliation** identified in document name Charisse S. Moore | SDNY - Employment Discrimination Complaint Supporting Documentation_vFAmended_2024.04.27 attached, to include but not limited to my direct manager's participation in swarming events and/or an unauthorized non-consented tv show.

Per the New York State Attorney General's website, "The New York City Human Rights Law and Westchester Human Rights Law prohibit employers from firing or discriminating against a person because the individual is or is perceived to be a victim of domestic violence, sex offenses, or stalking. These laws also require employers to make reasonable accommodations to actual or perceived victims of domestic violence, sex offenses, or stalking, as long as such accommodations do not cause undue hardship for the employer."

It is my understanding that in this case my termination resulted in Constructive Discharge,  "which is when a worker's resignation or retirement may be found not to be voluntary because the employer has created a hostile or intolerable work environment or has applied other forms of pressure or coercion which forced the employee to quit or resign" per the United States Department of Labor, WARN Advisor Compliance Assistance Resource website.

Per the City of New York Commission on Human Rights - Anti-Discrimination Protections for Survivors of Domestic Violence, Sex Offenses, or Stalking, I would like to assert that Stripe, Inc. has not lived to the full standing of the laws.

Per the City of New York Commission on Human Rights, "It is a violation of the New York City Human Rights Law when:

- Employers fail to provide a reasonable accommodation to individuals who have experienced domestic violence, sex offenses, or stalking.
- Employers must engage in a cooperative dialogue and provide a reasonable accommodation unless doing so would create an undue hardship."

This is a direct violation of the following Federal Hate Crime - Criminal Interference with Right to Fair Housing, 42 U.S.C. § 363

If it pleases the Judges Chambers, United States District Court, Federal Bureau of Investigation (FBI), the State of New York, the New York Police Department (to include the Counterterrorism Department) and the Citizens of New York and abroad, I would like to live at 111 Worth Street, across the street from the Federal Bureau Of Investigation at 26 Federal Plaza, New York, New York.

If possible, I would like to use monies from the outcome of Case Name: Moore v. Stripe, Inc. Case Number: 1:23-cv-02799-JPO toward the apartment rent, if required.   I would like to rent 111 Worth Street, New York, New York 10007 - Apartment PHL and have viewed the apartment and am ready to move in immediately.

Fatim and Nigel at 111 Worth Street, New York, New York have been gracious are able to partner with me to secure an apartment as soon as possible.  Please let me know if you will be able to assist, as I was previously under the belief that Fani Willis, Fulton County District Attorney was going to bring me into Witness Protection on Friday, March 1, 2024.

As previously stated, the Unauthorized Non-Consented Psychology, Business and Technology Social Media experiment, includes an Unauthorized Medical Experiment "brain hijacking." The "brain hijacking" of this Unauthorized Medical Experiment, results in a pseudo- Dissociative Identify Disorder (DID), also known as Multiple Personality Disorder.  This is a direct result of hacked documents from my personal laptop and/or email, to include Freud Beyond the Pleasure Principle, Self-Develomenr articles, Growth_2022.04 and/or Growth Plan_2022.05.

Please note that while awaiting the outcome of Case Name: Moore v. Stripe, Inc., Case Number: 1:24-cv-02799-JPO, I have requested payment from the State of Georgia Victim's Crime Compensation Portal and have found the process to be unresponsive and/or compromised.  I have submitted a Department of Justice, Civil Rights Complaint in response to the lack of action from the State of Georgia Victim's Crime Compensation Portal.  Below is the record tracking information for the United States Department of Justice and the State of Georgia:

- United States, Department of Justice, Civil Rights Division - 473772-DFF
- State of Georgia, Victims Crime Compensation Portal - 24-1664

**Below is the status of the State of Georgia Victim's Crime Compensation Portal request:**

- ◦ July 29, 2024 | Received State of Georgia Victim's Crime Portal 403 Forbidden Error Message again. Pending payment of $25,000 Georgia Victims Crime Portal payment; until payment is received, the stalkers have facilitated actual homelessness for <u>Charisse Samantha Moore</u>
- ◦ July 26, 2024 | Pending payment of $24,000 Georgia Victims Crime Portal payment; until payment is received, the stalkers have facilitated actual homelessness for <u>Charisse Samantha Moore</u>
- ✓ July 16, 2024 | Ikeya Hazard processed the documentation for the within the State of Georgia Victim's Crime Portal. Thank you!
- ✓ July 13, 2024 | I was able to submit updated information within the State of Georgia Victim's Crime Portal.
- ✓ Removed | State of Georgia Victim's Crime Portal 403 Forbidden Error Message received since Mid-May 2024.
- ✓ May 4, 2024 | Signed up for the State of Georgia Victim's Crime Portal - Claim #: 24-16642
- ✓ April 2024 | Fani Willis called for a "Homeless Play". Charisse Samantha Moore was homeless on her birthday

REPORTING REQUIREMENTS AND FILING DEADLINES
- The victim/witness must have reported the crime to the proper authorities within 72 hours of the crime, (unless good cause is shown).
- For crimes occurring prior to July 1, 2014, an application must be filed within 1 year of the crime, unless good cause is shown (a claim submitted 3 years after the victimization cannot be considered).
- For crimes occurring on or after July 1, 2014, the victim/witness must file a claim within 3 years of the crime or the death of the victim. However, if the victim is a minor at the time of the victimization, he or she can file an application until 3 years after his or her eighteenth birthday. If good cause is shown, the Board may extend the time for filing a claim.

I am still being stalked and <u>Stripe, Inc.</u> and/or <u>Y Combinator</u> is in full breach of basic common decency of making sure that your employee and/or alumni has Level One (1) of Maslow's Hierarchy of Needs - housing and affordability for housing in a safe area, thus the request for Cost of Living Adjustment (COLA) for the City of New York from Charlotte, North Carolina.
- This on principle, is a key part of the State of New York Equal Pay Act being paid the same as your peers for the same location, role and experience and may be a part of the City if New York Human Rights Commission, as well.

As a direct result of the Interstate Stalking and International Stalking scheme, I do not have a home, apartment and/or permanent residence. I am still being stalked, I need help. I am a single woman, with limited to no familial support.

If it is helpful to the Judge and the Judges Chambers, when I am housed and the television is on, I am able to communicate with the News Anchor on ABC, CBS, NBS, FOX, MSNBC and CNBC by the networks using Picture-in-a-Picture technology.  I initially noticed this in October 2023 in Boca Raton, Florida at my Mother's house.

I humbly request the Judge's Chambers, the Court and the Federal Bureau of Investigation's (FBI) continued assistance with this approach.  The guidance approach works best, as the Whisper approach over music can make things a bit difficult.

This scenario is quite strange, however, I believe that I will be able to provide information in person and from a distance through the use of 111 Worth Street, Apartment PHL, New York, New York 10007 at this time.

Thank you again for your time.

 Best,

*Charisse Samantha Moore*

Charisse S. Moore

cc: The Honorable Chief Judge Laura Taylor Swain

**NEW YORK, NEW YORK 10007   (917)244-8153   CHARISSESAMANTHA@PROTON.ME**

**CHARISSE S. MOORE**
140 East 56th Street, Apt 4A
New York, New York, 10022
CharisseSM8@proton.me

**UNITED STATES, SOUTHERN DISTRICT OF NEW YORK**
**EMPLOYMENT DISCRIMINATION COMPLAINT**

**SUPPORTING DOCUMENTATION**

My name is **Charisse S. Moore, MS** and I am the victim of a multi-year stalking scheme. The multi-year stalking scheme ranges in timelines from 2021 - Present, possibly earlier than the provided timeline, as I met the suspected stalkers in 2011 in the State of Mississippi, 2013 in the State of Florida, 2021 in the State of Georgia and additional timelines are unknown as of Sunday, April 21, 2024.

This document is supplied to support the original United States Southern District of New York, Employment Discrimination Complaint – **Moore** v. **Stripe, Inc.**

Due to the long-term nature of the multi-year **Interstate Stalking** scheme, the following Federal Complaints have been filed to support each business:

- As of April 11, 2024, an Employment Discrimination Complaint was filed with the United States, Southern District of New York against **Stripe, Inc.**
- As of April 13, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of **Ant Financial Group**.
- As of April 13, 2024, an **updated** United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of **Stripe, Inc.**
- As of April 14, 2024, an US Securities Exchange Commission (SEC) Whistleblower Complaint was filed on behalf of **Snap, Inc. / Snapchat.**
- As of April 15, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of **Deloitte Consulting, LLP**.
- As of April 15, 2023, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form was filed on behalf of **Ernst & Young, LLP**.
- As of April 19, 2024, an United States Federal Bureau of Investigation (FBI) Internet Crimes Compliant IC3 Form

was filed on behalf of **RedHat, an IBM Company**.

**About Me**

Between May 2022 – July 2023, I, **Charisse S. Moore** was a Payroll Program Manager at **Stripe, Inc.** where, I served as an internal Business Partner and cultivated strong relationships across the Finance Operations, Corporate Tax, State and Local Tax (SALT), Employment Legal, HR and HR Technology teams. **Stripe, Inc.** is a multi-national organization (MNC) with dual headquarters in San Francisco, California, and Dublin, Ireland. **Stripe, Inc.** has offices located globally with key market hubs in Dublin, San Francisco, Seattle, Chicago, New York, London, Bangalore and Singapore.

Prior to **Stripe, Inc.**, I was a HR Strategy and Transformation Consultant at Deloitte Consulting, LLP and Ernst & Young, LLP with eight (8) years of experience across HR and Payroll Strategy, Operations, Technology and Mergers & Acquisitions (M&As) for Fortune 500 clients.

Prior to consulting, I worked in the Public Sector – Government on end-to-end Grants Management at Texas Tech University (TTU) and the Mississippi Development Authority (MDA).

At Texas Tech University (TTU), I served as a Senior Project Manager in the Office of the Vice President for Research (OVPR), where I was part of the Senior Leadership Team, led and managed multiple (10+) federal grant proposal submissions, to include submissions to the Department of Energy (DOE), Environmental Protection Agency (EPA), National Science Foundation (NSF), National Institutes of Health (NIH), United States Department of Agriculture (USDA) and the Department of Education (DOEd).

At the Mississippi Development Authority (MDA), as a Program Manager, I served at the "will and pleasure" of Governor Haley Barbour and Governor Phil Bryant and key members of the agency's leadership team with direct responsibility for policies and strategies to enhance fiscal management, energy efficiency improvements, and regulatory compliance within the Energy and Natural Resources Division and on behalf of the State of Mississippi.

The Energy Efficiency Conservation Block Grant (EECBG) program efforts were in coordination with federally funded grant programs, under the United States Department of Energy (DOE), as part of the American Recovery and Reinvestment Act (ARRA) of 2009, under the President Barack H. Obama administration.

Due to my background in the Public Sector, to include State Government and Higher Education and relatives who are aligned to the British Monarchy and a multi-year stalking scheme that has spanned the United States, Ireland and the United Kingdom, I have identified the following guidance from World Intelligence Agencies.

**World Intelligence Agencies**
- Federal Bureau of Investigation
  - FBI Guidance to Victims of Cyber Incidents on SEC Reporting Requirements
- United Kingdom – Secret Intelligence Service Guidance
  - Secret Intelligence Service (SIS)
  - C's
- United States Department of Justice - Interstate Stalking Guidance
  - Northern District of Georgia
  - Central District of California

## WORLD INTELLIGENCE AGENCIES

**December 18, 2023 | FBI Guidance to Victims of Cyber Incidents on SEC Reporting Requirements**
https://www.fbi.gov/investigate/cyber/fbi-guidance-to-victims-of-cyber-incidents-on-sec-reporting-requirements

- "The Securities and Exchange Commission's new requirements for companies to disclose material cybersecurity incidents take effect on December 18, 2023. The FBI, in coordination with the Department of Justice, is providing guidance on how victims can request disclosure delays for national security or public safety reasons. The FBI recommends all publicly traded companies establish a relationship with the cyber squad at their local FBI field office.

**July 19, 2023 | Speech by Sir Richard Moore, head of SIS, United Kingdom**
**Sir Richard Moore, head of the Secret Intelligence Service, spoke about the current focus of the Service and the value of the "human factor" in the age of AI.**
https://www.gov.uk/government/speeches/speech-by-sir-richard-moore-head-of-sis-19-july-2023

- **July 18, 2023 |** This Speech was posted the day after my **Constructive Discharge** from Stripe, Inc. on Tuesday, July

18, 2023.
- **AS A MATTER OF INTERNATIONAL SECURITY:** As a matter of International Security my Grand Uncle is Sir Patrick Allen, Governor-General of Jamaica, Vice Regal of the British Royal Monarchy reporting to King Charles III.

**April 4, 2023 | US Department of Justice, Central District of California, Interstate Stalking**
https://www.justice.gov/usao-cdca/interstate-stalking

- Per the US Department of Justice, Central District of California, Interstate Stalking website, "In 1996 Congress passed an anti-stalking law as part of the Violence Against Women Act (VAWA). Under this law it is a federal felony to cross state lines to stalk or harass an individual if the conduct causes fear of serious bodily injury or death to the stalking victim or to the victim's immediate family members. It is a federal felony to stalk or harass on military or U.S. territorial lands, including Indian country (18 U.S.C. § 2261A). It is also a federal crime to cross state lines or enter or leave Indian country in violation of a qualifying Protection Order (18 U.S.C. § 2262).

  A state law has been enacted in California to deal with the crime of stalking (Penal Code § 646.9).This law specifically prohibits a person from willfully, maliciously and repeatedly following or harassing another person and who makes a credible threat with the intent to place a person or his or her immediate family, in reasonable fear for his or her safety."
  - **October 4, 2022 – October 7, 2022** | Attended 2022 Global Payroll Offsite in South San Francisco, California.
  - **April 4, 2023:** Had a meeting with Dan Johnson, Stripe, Inc. Corporate Security to discuss at a super high-level stalking in Charlotte, North Carolina and hidden cameras within my apartment at Lincoln at Dilworth.
    - **OF SIGNIFICANT IMPORTANCE**: As Payroll Program Manager, I, **Charisse S. Moore,** was aware and initially involved in the Stripe, Inc. Tender Offer process scheduled for March 2023.
    - **My initial understanding was that the Tender Offer scheduled for March 2023, was moved to May 2023**. As of Thursday, April 18, 2024, after reviewing the United States Securities Exchange Commission (SEC) EDGAR Database, the Global Payroll team process the following Tender Offers in 2023:

- **March 29, 2023 –** Form D (Notice of Sales of Unregistered Securities)
- **May 24, 2023 -** Form D/A (Notice of Sales of Unregistered Securities)

**December 23, 2021 | US Department of Justice, Northern District of Georgia, Interstate Stalking**
https://www.justice.gov/usao-ndga/victim-witness-assistance/interstate-stalking

- **Per the US Department of Justice, Northern District of Georgia, Interstate Stalking website, "**In 1996 Congress passed an anti-stalking law as part of the Violence Against Women Act (VAWA). Under this law it is a federal felony to cross state lines to stalk or harass an individual if the conduct causes fear of serious bodily injury or death to the stalking victim or to the victim's immediate family members. It is a federal felony to stalk or harass on military or U.S. territorial lands, including Indian country (18 U.S.C. § 2261A). It is also a federal crime to cross state lines or enter or leave Indian country in violation of a qualifying Protection Order (18 U.S.C. § 2262)."
  - **December 25, 2021 |** I, **Charisse S. Moore,** spent the holidays with Dan Saucier, Ryanne Duffie Saucier, Terry Duffie, Sharon Duffie and (Dan Saucier and Ryanne Duffie Saucier's child) and their dog Belle.

**November 30, 2021 | C's speech to the International Institute for Strategic Studies**
The Chief of the Secret Intelligence Service (MI6) Richard Moore spoke about human intelligence in the digital age.
https://www.gov.uk/government/speeches/cs-speech-to-the-international-institute-for-strategic-studies

- **November 27, 2021 – December 3, 2021 |** This was posted at the same time that I, **Charisse S. Moore** housesat for Ryanne Duffie Saucier, Dan Saucier and (Dan Saucier and Ryanne Duffie Saucier's child) as they headed to Walt Disney World on a surprise vacation for their child to see the Walt Disney Christmas World Tree Lighting.

Below I have identified the suspected stalkers and provided a high-level background of each individual:

**Potential Stalkers of Charisse S. Moore Multi-Year STALKING SCHEME**
- 2014 - Present | Dan Saucier, Ryanne Duffie Saucier, Terry Duffie, Tara Duffie and Skip Duffie

- 2020 - Present  | Dan Saucier, Ryanne Duffie Saucier, Terry Duffie, Tara Duffie, Skip Duffie, Laura Norton, Derek Norton, Mayor of Smyrna, GA, Brenda Cecelia Duenas Hill, Michael Hill, Alessandro Giagodi, Jen Zale, Maralou Billig and additional unknown co-conspirators

**Background of Potential Stalkers of Charisse S. Moore Multi-Year STALKING SCHEME**

**Ryanne Duffie Saucier, Fox News**
- Ryanne Duffie Saucier is the Vice President of Legal Affairs at Fox News Stations at Fox News Atlanta, in charge of the following regional markets:
  - Orlando, Florida
  - Tampa, Florida
  - Gainesville, Florida
- Ryanne Duffie Saucier reported to Margaret McPhillips at Mississippi Public Broadcasting (MPB)
  - **NOTE:** I blocked Ryanne Duffie Saucier's phone and email, as of January / February 2022

**Daniel (Dan) Saucier, Real Estate Agent at Keller Knapp Realty**
- Dan Saucier holds a Juris Doctorate (J.D.) from Mississippi College School of Law
- Dan Saucier reported to me, Charisse S. Moore at the Mississippi Development Authority (MDA)
  - **NOTE:** I blocked Dan Saucier's phone and email, as of January / February 2022

**Terry Duffie, Founder of WKMX Radio Station**
- Terry Duffie is a member of Alabama Broadcasters Association
- Terry Duffie is also the Founder of Scenic Cable Network & Productions, Founder of WKMX, Executive Director of Trinity Bank, Dothan AL and sits on the Governor's Advisory Board of Educational TV of Alabama (appointed by Governor Forrest "Fob" James)
- Ryanne Duffie Saucier' father

**Tara Duffie, MA, DNP, PMHNP-BC**
- Tara Duffie is a Psychiatric Mental Health Nurse Practitioner at Vanderbilt University
- Professional website - https://www.vanderbilt.edu/ucc/person/2356/

**Skip Duffie (Terry Jr.)**
- Senior Officer in charge at Pardon & Parole, Alabama Department of Corrections
- LinkedIn profile - https://www.linkedin.com/in/skip-duffie-

476173a0

**Laura Norton, Peachtree Relations**
- Per the Peachtree Government Relations website (as seen in the screenshot below), "Laura Norton began her political career in 2002 when she worked as the fundraising assistant on Governor Sonny Perdue's first gubernatorial campaign. After a victorious campaign in 2002, Norton took a position in fundraising at the Georgia Republican Party. She served two years as the fundraising assistant for the Party and two years as the finance director. During this time, the fundraising team at the Georgia Republican Party posted record numbers. Following her time at the Georgia Republican Party, Norton formed her own company focused on fundraising consulting."

**Derek Norton, Mayor of Smyrna, Georgia**
- Derek Norton, is a graduate from the University of Georgia, Derek went to work as a congressional staffer in Washington, D.C. as a legislative aide, where he spent six years working to help Georgians in Cobb County and across the state. He has worked in the government relations space for over 20 years, most recently as the Director of Government Relations for the Medical Association of Georgia, where he represented Georgia physicians and patients. In 2021, Derek formed and currently serves as the CEO of Topspin Strategies, Inc., a governmental affairs firm representing multiple clients at the State Capitol."
  - **NOTE: *Ryanne Duffie Saucier and Dan Saucier were adamant about building a relationship with Laura Norton and Mayor Derek Norton, for unknown reasons.***

**Ingrid Jones, Licensed Mental Health Counselor (LMHC)**
- Ingrid Jones, Licensed Mental Health Counselor (LMHC) is a Licensed Psychotherapist and Founder of Change to Grow
  - Per the Change to Grow website, "Ingrid takes therapy to a whole new level. She is skilled at sensing what other people are thinking and feeling. Her main approach to therapy is known as "Reality Therapy", which focuses on problem solving, the here and now and on creating a new future, where you are the author of your life. She is very involved during sessions and has the ability to confront her clients when their behaviors don't seem to match their goals in life. She is good at establishing boundaries and connecting with people in an open, caring and empowering way."

**Brenda Cecilia Duenas Hill, KPMG**
- Brenda Cecelia Duenas Hill is a Sector Executive in the Technology, Media, and Telecom (TMT) practice at KPMG
- I blocked Brenda's phone, as of November 2023
- I blocked Brenda's LinkedIn as of February 2024

**Michael Hill, Head of Portfolio Trading at Santander**
- Michael Hill is the Head of Portfolio Trading at Santander, focused on Latin America (LATAM), including Argentina, Brazil, Chile, and other countries within LATAM
- I blocked Michael's LinkedIn as of February 2024

**Alessandro Giagodi, Global Payroll Lead**
- Alessandro Giagodi is the Global Payroll Lead and my direct reporting manager

**Jen Zale, US Payroll Manager**
- Jen Zale US Payroll Manager who reported directly to Alessandro Giagodi

**Maralou Billig, Senior Manager at Deloitte Consulting, LLP**
- Maralou Billig is a certified Project Management Professional, has a Senior in Professional Human Resources certification
- Maralou Billig is also certified in Workday HCM and Workday US Payroll
- Maralou Billig is also highly skilled in Recruiting and Global Payroll configuration

### EMPLOYMENT DISCRIMINATION COMPLAINT REQUEST

Plaintiff Charisse Samantha Moore herein after known as **Charisse S. Moore** appears before this court seeking damages in excess of $10,000,000 from Defendant Stripe, Inc. as part of Constructive Discharge from her role as Payroll Program Manager from May 2022 through July 2023.

**Stripe, Inc.** is a multi-national organization (MNC) with dual headquarters in San Francisco, California, and Dublin, Ireland. Stripe, Inc. has offices located globally with key market hubs in Dublin, Ireland; San Francisco, California; Seattle, Washington; Chicago, Illinois; New York, New York, London, United Kingdom, Bangalore, India, and Singapore, Singapore.

As Payroll Program Manager at Stripe, Inc., I served as an internal Business Partner and cultivated strong relationships across the Finance Operations, Corporate Tax, State and Local Tax, Employment Legal, HR and HR Technology teams. My direct reporting manager was Alessandro Giagodi, Global Payroll Lead. The Payroll organization fell under the Finance

Operations business unit and reported to Dave Auckland, Finance Operations Leader.

This request is made due to Alessandro Giagodi's participation in the Unauthorized Recording, Publication and Distribution of Interviews at Stripe, Inc., Therapy Sessions and/or TV or Radio shows. Alessandro Giagodi participation in the Unauthorized Recording, Publication and Distribution of Interviews, Therapy Sessions and/or TV or Radio shows was clearly identified by his reaction to my personal therapy session held of Wednesday, July 5, 2023.

My **Constructive Discharge** from **Stripe, Inc.** took place on July 18, 2023.

Below I have identified the framework and activities leading to my **Constructive Discharge** and damages arising out of Alessandro Giagodi's Participation in the following:
- ▪ Unauthorized Recording and Publication of Therapy Sessions
- ▪ Unauthorized Recording and Publication of Interviews
- ▪ Military Tactical Hold in Charlotte, North Carolina
- ▪ Global Payroll Offsite in Dublin, Ireland
- ▪ Unauthorized Recording and Publication of Therapy Sessions
- ▪ Retaliation and Constructive Discharge


### EMPLOYMENT DISCRIMINATION COMPLAINT BACKGROUND

In February 2022, I originally reporting the initial instance to stalking or following to Officer Glenn Meyer, Cobb County Police Department in the Atlanta, Georgia metropolitan area. At the time of speaking to Officer Glenn Meyer, I noted that the potential stalkers were the same people that called the Cobb County Police Department to perform a wellness check on me Ryanne Duffie Saucier and Dan Saucier.

I previously shared the holidays with Ryanne Duffie Saucier and Dan Saucier from 2011, 2016-2021, including Thanksgiving, Christmas, and/or New Year's. In December 2021, I spent my last holiday with Ryanne Duffie Saucier, Dan Saucier, Terry Duffie and Sharon Duffie due to challenging language used within the Duffie and Saucier family discussed on Christmas

Day (December 25, 2021).

As a result of stalking by Dan Saucier, Ryanne Duffie Saucier, Terry Duffie, Tara Duffie, Skip Duffie, Laura Norton, Derek Norton, Mayor of Smyrna, GA and additional unknown co-conspirators between 2020 - Present, the following activities have taken place - Moves in state and/or out of state, direct contact with police departments, changes to technology hardware and software, published (and potentially distributed) therapy sessions with Ingrid Jones, Licensed Mental Health Counselor, my former therapist.

I have moved and/or traveled across multiple countries and state lines, whether as a direct result of stalking or traveling for work (domestically and internationally), as noted below:
- Orlando, Florida
- Smyrna, Atlanta, Georgia
- Charlotte, North Carolina
- San Francisco, California (to include Stripe United States Headquarters)
- Seattle, Washington (to include the Stripe Seattle office and Airbnb stay)
- New York City, New York (to include the Stripe New York office, Airbnb stay and my apartment)

In June 2023, I move from Charlotte, North Carolina to New York, New York as part of Relocation Strategy due to Stalking. This Relocation Strategy was documented as part of the Stripe US Leave of Absence process and administered by The Larkin Company of Atlanta, Georgia, in which stalking cases, which are closely aligned to domestic violence cases and are covered under the Family Medical Leave Act (FMLA), the State of New York Paid Sick Leave Program and the City of New York Paid Sick (and Safe) Leave Act.


**Unauthorized Recording and Publication of Therapy Sessions**

I believe that my therapy sessions have been published and distributed, without my expressed authorization as noted below:
- **In July 2021** | I believe that my therapy sessions have been published and distributed, without my expressed authorization as noted below: Ryanne Duffie Saucier and Dan Saucier asked to me housesit for them while their lot a trip to Alabama and Mississippi. During their time away, I watched their dog, Belle. I took a therapy session at Ryanne and Dan's house in July 2021, in which I discussed with Ingrid that time was running out to have children, and if I

had children, their names would be Asher Sterling and Victoria Grace and talked about the song "Scar Tissue" by the Red Hot Chili Peppers.
- o Asher: One of the Twelve tribes; Blessed, Child of God
- o Sterling: I wanted my son to be of excellent quality
- o Victoria: I wanted my daughter to be victorious
- o Grace: To have her would be by God's grace
- ▪ **In Fall 2021** | I believe that my therapy sessions have been published and distributed, without my expressed authorization as noted below: Ryanne Duffie Saucier and I were talking and Ryanne looked at towers within the West Village, Smyrna, GA, area and discussed showing her son, that these are "communication towers."
  - o Channel Master - Broadcast Tower Map and Technical Info
- ▪ Smyrna, GA 30082 - TV Antenna Map
  - o Ryanne Duffie Saucier is the Vice President of Legal Affairs at Fox News Stations at **Fox News Atlanta**, in charge of the following regional markets:
    - ▪ Orlando, Florida
    - ▪ Tampa, Florida
    - ▪ Gainesville, Florida
  - o Ryanne Duffie Saucier previously worked for the following organizations:
- ▪ Cumulus Media
- ▪ Mississippi Public Broadcasting (MPB)
- ▪ **December 1, 2021** | While housesitting for Dan Saucier and Ryanne Duffie Saucier, I received a text message from Ryanne on Wednesday, December 1, 2021 – "***Are you up? Wanted to hear your voice. But just realized it is late***" provides a bit of clarity.
  - o Ryanne and I did not talk on the phone a lot, primary mode of communication was via text and/or in person. Perhaps subtle projection of what Ryanne was up to – recording me without permission while I watched her home.
- ▪ **Summer 2022 - Summer 2023** | Further, my former personal therapist Ingrid Jones, Licensed Mental Health Counselor from Summer 2022 - Summer 2023 (possibly earlier), were broadcasted over the internet without permission, and details from those sessions were used to build various business and/or business empires.

**Unauthorized Recording and Publication of Interviews and**

**Consulting Work**

**There was a series of fake interviews and/or real Interviews that were recorded without my permission and/or the permission of the organizations that I interviewed with during June 2021 through April 2022 at the Elevate West Village apartment complex in Smyrna, Georgia**

**2021**
**2021 | Acuity Brands**
- **June 2021 |** As a Deloitte Consulting, LLP Senior Consultant, I, **Charisse S. Moore,** was on the Acuity Brands project focused on Process Design Optimization across the HR Taxonomy. **Dan Saucier** and (Ryanne and Dan's child) came to my apartment in Elevate West Village in Smyrna, Georgia, to help me with the movers in late June 2021.
    - **Location:** Smyrna, Georgia / Atlanta metro area (working remotely)
    - **Deloitte team members:** Martin Blinn, Charisse S. Moore

**June 2021 | RedHat, an IBM Company, Global Employment Program Manager - Time Resume**
- This role was focused on Global Time Management as RedHat had just completed a Global HR Transformation journey that included Workday HCM and ADP GlobalView.
    - Point of Contact: Elle Ackerman, Talent Acquisition Manager

**August 2021 | UPS, Vice President, Finance**
- This role was for a new multi-million dollar Workforce Management and Payroll project.
- I think that Ryanne Duffie Saucier blocked the role after we met up at Starbucks by Elevate West Village in Smyrna, GA, and discussed payroll responsibilities for 500k employees.
    - Point of Contact: Sherri Sullivan, Ernst & Young, LLP
- Staffing Firm: Korn Ferry Futurestep
    - Point of Contact: john.mcandrews@kornferry.com

**August 2021 | Amazon Senior Program Manager**
- One thing that I missed during the interview process was when the Payroll Compliance Leader said "*that I could use my notes*" during the interview process.
    - **OF INTEREST:** I believe that this confirms that I was either videotaped in my apartment at Elevate West

Village, Smyrna, Georgia and/or my phone was
hacked without my expressed authorization and/or
consent.
- o Point of Contact: Jeff Bezos

**October 2021 | Nike, Inc. Team Dinner – Deloitte Consulting,
LLP**
- ▪ As a Deloitte Consulting, LLP Senior Consultant, I,
  **Charisse S. Moore,** was on the Nike, Inc. multi-year HR
  Transformation project as the Workday US Payroll Process
  Design Lead.
- ▪ I, **Charisse S. Moore,** Ryanne attended a Deloitte-hosted
  team dinner for the Nike project with me in Atlanta, GA.
  Deloitte team leaders in attendance - Kelly Taylor, Derrick
  Jenkins
- ▪ Ryanne seems to get into a bit of a conflict with Derrick
  Jenkins wife at the dinner, which was embarrassing. For
  some reason Ryanne started to talk about getting married at
  Disney and comparing beauty products, cleaning and
  washing clothes schedule with Derrick Jenkins' wife.
- ▪ From Ryanne's LinkedIn profile, she proudly proclaims that
  she is a second-generation Media attorney.  She has never
  stated that she does not like her work.  In fact, during the
  Deloitte dinner that I took her to in October 2021, she
  proudly proclaimed to the table that she loves her work and
  that she is a "gunloader" (Attorney Strategist).
  - o **Nike, Inc. team members:** Geoff Hammond,
    Director of HR Transformation at Nike and Racquel
    Hudson King, Sr. Director Global People Services
  - o **Deloitte Nike team members:** Derrick Jenkins,
    Kelly Taylor, Charisse S. Moore
- ▪ Ryanne Duffie Saucier noted that she was a lawyer for **The
  Masked Singer**
  - o **OF SIGNIFICANT IMPORTANCE:**
    - ▪ **February 2023 |** Elon Musk is one of the
      potential singers as Jack in The Box, on **The
      Masked Singer**, on February 22, 2023. See
      YouTube video -
      **https://www.youtube.com/watch?
      v=WQEUFZbIb2g**

**November 2021 | RedHat, an IBM Company, Global Payroll
Manager**
- ▪ **OF INTEREST:** I accepted the role of Global Payroll
  Manager starting in November 2021 and left the role after
  eight (8) days. This information was shared with Ryanne
  Duffie Saucier and Dan Saucier at this home in Smyrna,
  Georgia. Note that Smyrna, Georgia is the same city that
  Derek Norton is the mayor of.

    o  Point of Contact: Cleo Tunnell, Global Payroll
        Program Director

**2022**
**February 2022 | Thought Logic**
    - I interviewed there because a former Deloitte Consulting,
      LLP and Ernst & Young, LLP colleague, Amy Bugyis, who
      previously worked at Thought Logic.
        - Point of Contact: Katie Van Ewyk, Talent Acquisition
          Manager (Katie is now at Zillow)

**February 2022 | Bell Oaks Executive Search, Recruiting for
Scott Madden**
    ▪ Maggie Fitzsimmons, Recruiter reached out to me for a
      Payroll Transformation Consultant role at ScottMadden
      Consulting.

**February 2022 - March 2022 | Honeywell, HR
Transformation Lead**
    ▪ **March 2022** - I was in the final round and at the cusp of
      receiving the final job offer when the HR Transformation
      role was cancelled.  Received notice of the role cancellation
      after a week of waiting and reviewing the benefits package
      o  Point of Contact: Shani McPherson
      o  Point of Contact: Amy Bugyis noted above is the
        Honeywell - Sr. Director, M&A Global Integration
        Leader

**February 2022 - March 2022| TikTok, Global Recruiting
Enablement Manager**
    ▪ Point of Contact: Lewis Guo

**February 2022 - March 2022 | Cognizant**
    ▪ Point of Contact: Fernando Sixco

**February 2022 - March 2022 | Arthur Gallagher**
    ▪ I received the job offer and declined the job offer after there
      was a request for an intelligence and/or personality
      assessment.
      o  Point of Contact: Edward Zaretsky

**March 2022 | Deloitte Consulting, LLP**
    ▪ Angelina Willis, Recruiter, reached out with a LinkedIn
      invite that state that expressed interested a potential return
      back to Deloitte, aligned to Dave Smith's group.
      o  Dave Smith, Partner at Deloitte Consulting, LLP

**March 2022 | Russell Reynolds Associates, Executive Search**
    ▪ I interviewed at this company because a former Deloitte

Partner within the Human Capital, **Anthony Abbatiello** was working at Russell Reynolds at the time.

- o LinkedIn Profile: Rachel (Fratt) Vargas, Georgia Institute of Technology (In partnership with Ryanne Duffie Saucier, Terry Duffie, Tara Duffie, Laura Norton, Derek Norton using either Fox News Atlanta and/or the University of Georgia
- o I distinctly remember Rachel (Fratt) Vargas telling me that she flew down from up north to Atlanta and was taking the interview from the Atlanta area. There was a week gap between the scheduling the interview and the actual interview taking place.
- o **OF SIGNIFICANT IMPORTANCE:** Note that the interview with Rachel (Fratt) Vargas was held at the same time of the **Snap, Inc.** / **Snapchat** and Stripe, Inc. interviews.

## March 2022 - April 2022 | Snap Inc. / Snapchat Interview

- ▪ Interviewed with **Snap, Inc.** / **Snapchat** in March 2022 - April 2022
  - o Emily Vanidestine, Sr. Director, Financial Operations
  - o Clive Kinsella, International Payroll Manager - based in Ireland
    - ▪ Previously worked with Alessandro Giagodi Global Payroll Lead at Stripe, Inc.
  - o Lauren Feinstein, HR Technology Manager
- ▪ **Snap, Inc.** / **Snapchat** Point(s) of Contact: Jaime John
  - o **OF INTEREST:** Followed and traded Snap / Snapchat stock during the pandemic, within TD Ameritrade account.
  - o **OF INTEREST:** The interview process was held remotely (via Zoom) and may have been filmed while I was a resident at Elevate West Village in Smyrna, Georgia.
  - o **OF INTEREST:** I traded and heavily followed the Snap, Inc. / Snapchat stock within my TD Ameritrade account during the pandemic.
  - o **OF INTEREST:** I have known Dan Saucier (since late 2010) and Ryanne Duffie Saucier (since 2011). Ryanne Duffie Saucier grew up in the Broadcasting industry, as her father Terry Duffie is the Founder of WKMX and Founder of Scenic Cable Network & Productions.

## March 2022 - April 2022 | Stripe, Inc.

- ▪ Interviewed with **Stripe, Inc.** in March 2022 - April 2022
  - o Alessandro Giagodi, Global Payroll Lead at Stripe, Inc. | February 2021 – Present

- o Maggie Gallardo, Finance Program Manager at Stripe, Inc. | February 2021 – November 2022
- o Jen Zale, US Payroll Manager at Stripe, Inc.
- o Meredith Kertzman, People Ops Enablement Manager at Stripe, Inc. | November 2016 – Present
- o Shannon Herline, People Planning & Strategy at Stripe, Inc. | May 2019 - Present
- o Dave Auckland, Finance Operations Leader at Stripe, Inc. | January 2020 – Present
- ▪ Point of Contact: Alessandro Giagodi
  - o **OF INTEREST:** April 11, 2022: I was offered the role of Payroll Program Manager
  - o **OF INTEREST:** April 14, 2022: I received the offer letter for the role of Payroll Program Manager at Stripe, Inc.

## OF SIGNIFICANT IMPORTANCE - INTERVIEW SCHEDULE – MARCH 31, 2022

- ▪ 9:00am – **Snap, Inc.** / **Snapchat** | Clive Kinsella | Kind / Instills Trust / Collaborates
- ▪ 12:00pm – **Stripe, Inc.** | Maggy Gallardo | Functional Expertise
- ▪ 12:45pm – **Stripe, Inc.** | Jen Zale | Resilience
- ▪ 1:30pm – **Stripe, Inc.** | Meredith Kertzman | Collaboration / Cross-Functional Partnerships
- ▪ 4:00pm – **Snap, Inc.** / **Snapchat** | Emily Vanidestine | Smart / Strategic Mindset / Plans and Aligns
- ▪ 5:30pm – **Snap, Inc.** / **Snapchat** | Lauren Feinstein | Creative / Manages Ambiguity / Optimizes Work Processes

## OF SIGNIFICANT IMPORTANCE
## State of Georgia / University System of Georgia

- ▪ **Governor Sonny Perdue (George Ervin Perdue III)** is an American politician who served as the 31st United States Secretary of Agriculture from 2017 to 2021. A member of the Republican Party, he previously served as the 81st Governor of Georgia from 2003 to 2011 and as a member of the Georgia State Senate from 1991 to 2002. Sonny Perdue now serves as Chancellor of the University System of Georgia.
  - o **OF SIGNIFICANT IMPORTANCE:**
    - ▪ **April 1, 2022** | "On April 1, 2022, former Georgia Governor and United States Secretary of Agriculture Sonny Perdue became the 14th Chancellor of the University System of Georgia."
    - ▪ **April 11, 2022** | My last interview was with Stripe, Inc. on Monday, April 11, 2022.
    - ▪ **April 14, 2022** | I received my job offer on Thursday, April 14, 2022. I have a picture that

confirms my happiness accepting the job at
Stripe, Inc.
- o **OF SIGNIFICANT IMPORTANCE:** Per the
  Peachtree Government Relations website, "Laura
  Norton began her political career in 2002 when she
  worked as the fundraising assistant on Governor
  Sonny Perdue's first gubernatorial campaign. After a
  victorious campaign in 2002, Norton took a position in
  fundraising at the Georgia Republican Party. Laura
  Norton's husband Derek Norton is the Mayor of
  Smyrna, Georgia, where I was a resident at Elevate
  West Village, Smyrna, Georgia.
  - ▪ I believe that the interviews that I conducted from my
    apartment in Elevate West Village, Smyrna, Georgia may
    be aligned to the University System of Georgia. Note that
    the potentially recorded interviews occurred **prior to**
    Former Governor Sonny Perdue becoming Chancellor of
    the University System of Georgia, in April 2022.

**April 2022 | Removed Myself from Social Media due to
Stalking**
  - ▪ **Wednesday, April 27, 2022:** As a result of the voicemail
    received below, I immediately drove from my apartment at
    Elevate West Village in Smyrna, Georgia to Cobb County
    Precinct 3.
    - o **NOTE:** The voicemail was received on Sunday, April
      17, 2022, but noticed and listened to on April 27,
      2022.
  - ▪ **Wednesday, April 27, 2022:** I, **Charisse S. Moore** removed
    myself from social media websites due to stalking, to
    include:
    - o LinkedIn
    - o Instagram
    - o Pinterest
    - o Quora
  - ▪ **May 10, 2022: I** took pictures of the path that I took to my
    apartment at Elevate West Village in Smyrna, Georgia and
    sent them to Ingrid Jones as I was afraid due to initial
    swarming events.
  - ▪ **Week of Monday, May 9, 2022:** An initial swarming event
    took place at the Elevate West Village apartments in
    Smyrna, Georgia, after a therapy session with Ingrid Jones,
    Licensed Mental Health Counselor in which I mentioned
    the names Ryanne Duffie Saucier and Laura Norton, wife
    of Derek Norton, Mayor of Smyrna, Georgia.
    - o **Thursday, May 12, 2022:** Had a therapy session with
      Ingrid Jones, Licensed Mental Health Counselor.
    - o **Saturday, May 14, 2022:** The Tops Friendly Markets
      shooting occurred in Buffalo, New York. This mass

shooting occurred after my personal therapy session
with Ingrid Jones which took place on Thursday, May
12, 2022.
- **OF HIGH INTEREST:** My Mother, Leslie-Anne
Haffenden Moore was born in Buffalo, New
York.

**2022 - 2023 | Stripe, Inc.**
**May 2022 | Stripe, Inc. Onboarding**
▪ **Monday, May 8, 2022:** Alessandro Giagodi, Global Payroll
Lead and my direct reporting manager did not take the time
to introduce me to colleagues at Stripe, Inc.; however,
Alessandro Giagodi strongly encouraged me to meet with
Maggie Gallardo within the first week of me joining Stripe,
Inc.
▪ **NOTE:** My first day of onboarding at Stripe, Inc. was not
smooth, as I received conflicting emails from the
Onboarding team as to whether I would join Stripe, Inc. on
Monday, May 8, 2022, on Monday, May 22, 2022.
▪ Additionally, there were problems with logging into the
Stripe, Inc. systems and there was a rush to meet with
Global Payroll team members that conflicted with the
Onboarding schedule.

**May 2022 - June 2022 | One-on-One's with Key Stakeholders
at Stripe, Inc.**
▪ Met with each member of the Global Payroll team and key
stakeholders across the Stripe, Inc. organization, to include:
  o Finance Operations
  o HR / People
  o HR Technology
  o Corporate Tax
  o State and Local Tax (SALT)
▪ **OF INTEREST:** Upon joining Stripe in May 2022, I
partnered with a member of the Stripe, Inc. US Payroll
team to perform an assessment of the end-to-end US Leave
of Absence process. We identified multiple inefficiencies
with The Larkin Company US Leave of Absence (LOA)
process and disclosed the findings to Alessandro Giagodi,
Global Payroll Lead and Finance Operations
Transformation Team.
▪ **OF INTEREST:** Some Stripe employees were standoffish
to me upon joining Stripe, Inc., while others were not.
Again, Alessandro Giagodi, Global Payroll Lead and my
direct reporting manager did not take the time to introduce
me to key stakeholders across the Stripe, Inc. organization.

**May 2022 | Temporary Move to Charlotte, North Carolina**
▪ **Week of Monday, May 9, 2022:** An initial swarming event

took place at the Elevate West Village apartments in
Smyrna, Georgia, after a therapy session with Ingrid Jones
in which I mentioned the names Ryanne Duffie Saucier and
Laura Norton.
- o Thursday, May 12, 2022: Had a therapy session with
  Ingrid Jones of Change to Grow, Coral Springs,
  Florida.
- o Saturday, May 14, 2022: The Tops Friendly Markets
  shooting occurred in Buffalo, New York. This mass
  shooting occurred after my personal therapy session
  with Ingrid Jones which took place on Thursday, May
  12, 2022.
    - **OF HIGH INTEREST:** My Mother, Leslie-Anne
      Haffenden Moore was born in Buffalo, New
      York.
- **Week of Monday, May 16, 2022:** Temporarily moved to
  Charlotte, North Carolina where my cousin Andre Gilgeous
  lived due to swarming and stalking as noted above by
  Ryanne Duffie Saucier, Dan Saucier, Laura Norton and
  additional unknown co-conspirators.

**May 2022 - August 2022 |** My cousin Andre Gilgeous and his
wife Felicia Gilgeous, Wells Fargo, made multiple comments
related to Elon Musk, Elon Musk's personality type and/or Elon
Musk's business, in addition to discussions related to Bitcoin.
- **OF SIGNIFICANT IMPORTANCE:** I specifically made
  comments related to Elon Musk's takeover of Twitter and
  referenced an article which stated that half of Twitter's
  Payroll department quit and that the entire Accounting
  Department quit. I stated something to the effect that, "get
  consultants in Twitter to manage vendor payments,
  severance payments and possibly Leave of Absence
  payments, as failure to make these payments could
  drastically impact Twitter and their employees."
- **OF SIGNIFICANT IMPORTANCE:** At the time, I did not
  know of Elon Musk's investment stake in Stripe, Inc. The
  only thing that I knew at the time about Elon Musk was
  Tesla and per 16personalities.com assessment Elon Musk is
  an INTJ (my flex personality type, under stress).

**July 2022 | Project Solis** (Fair Labor Standards Act - FLSA)
- **OF SIGNIFICANT IMPORTANCE:**
  - o In partnership with Employment Legal, HR Technology,
    People (HR), Ashley Palmer, Jen Zale, and Ashley
    Palmer, we initiated Project Solis. In late July 2022, I
    had several one-on-one conversations with Alessandro
    Giagodi, Jen Zale, Ashley Palmer, Roisin Daly and the
    Employment Legal team due to the critical nature of this
    project. Alessandro Giagodi continuous tried to remove

himself from the processes of Project Solis and stated, "that he (Alessandro Giagodi) does not know the US labor laws and was not interested in them."

**2022 – 2023 | While a resident at the Lincoln at Dilworth apartment complex in Charlotte, North Carolina, I strongly believe that there were HIDDEN CAMERAS installed in my apartment and the following activities took place:**

**August 2022 | Permanent Move to Charlotte, North Carolina**
- **Sunday, August 14, 2022:** Moved from Elevate West Village in Smyrna, Georgia to Lincoln at Dilworth, in Charlotte, North Carolina, due to ongoing stalking by Ryanne Duffie Saucier, Dan Saucier, Terry Duffie, Tara Duffie, Laura Norton, Derek Norton, Mayor of Smyrna, Georgia and additional known / unknown co-conspirators.

**August 2022 | Stripe US Leave of Absence review (The Larkin Company)**
- Upon joining Stripe in May 2022, I partnered with a member of the Stripe, Inc. US Payroll team to perform an assessment of the end-to-end US Leave of Absence (LOA) process, as part of the US Department of Labor, Family Medical Leave Act (FMLA). We identified multiple inefficiencies with The Larkin Company, Leave of Absence (LOA) process and disclosed the findings to Alessandro Giagodi, Global Payroll Lead.
  - The Larkin Company, based in Atlanta, Georgia

**September 2023 | Traveled from Charlotte, North Carolina to Atlanta, Georgia**
- Final Invisalign appointment with Cohen Orthodontics, Dr. Cohen and Dr. Cohen. I drove from Charlotte, North Carolina to Atlanta, Georgia Perimeter Mall area to get my final pair of Invisalign retainers. I was abruptly stopped by a Black Jeep Wrangler with black tinted windows in front of McDonald's near the Perimeter Mall. I went Sephora to the Perimeter Mall to purchase Keratase Curl Manifesto Shampoo and Conditioner and Youth to The People 15% Vitamin C + Caffeine Energy Serum.

**October 2022 | Payroll Program Activities and Global Payroll Offsite**
- **Monday, October 4 - Thursday, October 7, 2022:** Attended the Global Payroll Offsite at the Stripe, Inc. United States Headquarters in South San Francisco, California.  Global Payroll Team activities included, team

dinners, walking around the San Francisco Piers and a trip to Alcatraz Island.

**October 2022 | Use of Personal Phone for Stripe, Inc. Business**
- **As Payroll Program Manager, my personal phone was used to conduct business on behalf of Stripe, Inc. to include, but not limited to, calls to the following organizations:**
  - Ultimate Kronos Group (UKG) - United States Payroll, Stripe Inc. subsidiaries
    - **OF INTEREST:** I asked Alessandro Giagodi, Global Payroll Lead, to reach out to Pat Wadors, former Chief Human Resource Officer (CHRO) at LinkedIn now Chief People Officer UKG - Board Member for assistance with UKG and Stripe, Inc. matters. Note that Alessandro Giagodi, Global Payroll Lead previously worked at LinkedIn where Pat Wadors was CHRO.
  - Gusto – United States Payroll, Stripe Inc. subsidiaries
    - **OF INTEREST:** Partnered with leadership across Finance Operations, Dave Auckland, Corporate Tax, Kristen Bauer, State and Local Taxes (SALT), Paul Klopping and Mindy Mayo, KPMG, to resolve the State of Maryland Payroll Employer Quarterly taxes, Baltimore County and City of Baltimore taxes for Helm Services.

**November and December 2022 | Upcoming Holidays**
- **November 10, 2022** - Brenda Cecelia Duenas Hill sent me a text message that discussed the FBI. I was stunned and did not know how to reply. I attempted to state that I was watching the FBI shows - FBI franchise shows on CBS. Brenda and I talked on the phone, while I watched the Law & Order show - Organized Crime for about an hour.
- **November 11, 2022:** Two Hispanic men exited my neighbor's apartment (Apartment 477) at Lincoln at Dilworth. I instantly knew that something was not right. These individuals then followed me down the elevator and studied me.
- **November 12, 2022:** I used a new release called **Apple Lockdown Mode**.. I decided to use Lockdown Mode to protect myself from Ryanne Duffie Saucier, as a swarming incident happened at my former apartment, Elevate West Village.
- **November 24, 2022**: I participated in the Thanksgiving Day - CPI Charlotte Turkey Trot near South Park Mall. When I returned to my apartment at Lincoln at Dilworth from the Thanksgiving Day - Charlotte Turkey Trot, Jax had a bloody eye.

- **November 28, 2022**: On Cyber Monday, On November 28, 2022, I placed an order on Oliver Gal for the AdoreMe Geo artwork.
  - **OF INTEREST:** In November 2021, I shared with Ryanne Duffie Saucier that I was going to or bought the Oliver Gal Fashion Galore Diamond Dust artwork

**December 3, 2022 | Moore County substation attack | Moore County, North Carolina**
- "Less than two weeks prior to the Moore County substation incident, the FBI had sent a report to private industry in which they stated that there had been an increase in reported threats to electric infrastructure from people who espouse "racially or ethnically motivated violent extremist ideology", with an aim of creating civil disorder and inspiring further violence.
- In addition to the Moore County Sheriff's Department, the North Carolina State Bureau of Investigation, the Federal Bureau of Investigation, and police departments from all eleven municipalities in Moore County are participating in the investigation.[1] The Office of Cybersecurity, Energy Security, and Emergency Response (CESER) of the Department of Energy is also reported to be assisting."
  - **OF SIGNIFICANT IMPORTANCE:** This occurred approximately 1.5 hours from Charlotte, North Carolina, possibly near where I got my North Carolina driver's license.
  - **OF SIGNIFICANT IMPORTANCE**: I, **Charisse S. Moore** am a descendant of the Jamaica Maroons from Moore Town, Jamaica. Note that my last name is Moore.
- **AS A MATTER OF UNITED STATES SECURITY:** As Program Manager, I served at the "will and pleasure" of Governor Haley Barbour and Governor Phil Bryant and key members of the agency's leadership team with direct responsibility for policies and strategies to enhance fiscal management, energy efficiency improvements, and regulatory compliance within the Energy and Natural Resources Division and on behalf of the State of Mississippi.
- These efforts were in coordination with federally funded grant programs, under the United States Department of Energy (DOE), as part of the American Recovery and Reinvestment Act (ARRA) of 2009, under the President Barack H. Obama administration.
- **NOTE:** As Program Manager of the Energy Efficiency and Conservation Block Grant, **Dan Saucier** reported directly to me, **Charisse S. Moore.**
- **AS A MATTER OF INTERNATIONAL SECURITY:** As

a matter of International Security my Grand Uncle is **Sir Patrick Allen,** Governor-General of Jamaica, Vice Regal of the British Royal Monarchy reporting to **King Charles III.**

**Continued Stalking Activities**
- **December 7, 2022** | I received my Oliver Gal | AdoreMe Geo artwork with the frame cracked upon opening the box.

- **December 2022:** I read the book Betrayal Trauma: The Logic of Forgetting Childhood Abuse, as a way to understand why Ryanne Duffie Saucier, Dan Saucier, Laura Norton and additional unknown co-conspirators targeted me in Smyrna, Georgia.
- **Mid-December 2022:** Vanessa Lowe-Garcia texted me asked me for my address in Charlotte, North Carolina to send me a Christmas card.
  - **OF SIGNIFICANT IMPORTANCE:** I have the Christmas card from Vanessa Lowe-Garcia postmarked December 15, 2022 from Jackson, Mississippi.
- **December 19, 2022:** Brenda Cecelia Duenas Hill invited me to her house in Larchmont, New York for the holidays (Christmas and New Year's) and her sons birthdays. I declined the invitation to go to Brenda's house, as I wanted to be alone after being swarmed / attacked in Smyrna, Georgia by Ryanne Duffie Saucier, Dan Saucier, Laura Norton and additional unknown co-conspirators..

**Military Tactical Hold within the Lincoln at Dilworth apartment complex**

For months and months (December 21, 2022 through March 31, 2023), every time that I took Jax out for a walk, people lined their cars up in the driveway at Lincoln at Dilworth, stood in the garage at Lincoln at Dilworth, lined up on the walking path for Jax and/or followed down the elevator. There was an unknown social media frenzy to me.

The elevator episodes were of particular interest as, each time that I pushed the button for the elevator, the elevator went up to the fifth (5th) floor prior to coming to the fourth (4th) floor. I sensed that the men that were in the elevator were following me and/or watched me take a shower and watched the video of me showering.

- **December 25, 2022:** I had an hour long conversation with Felicia Gilgeous and talked about the weather, watching tv and reading over an Internal Revenue Service (IRS)

Publication - **Publication 15, (Circular E), Employer's Tax Guide**.

▪ **December 26, 2022:** The water mains at Lincoln at Dilworth broke due to the Hard Freeze that occurred, the City of Charlotte, Fire Department was called to the apartment complex, and I stood outside with other residents for hours.

  o **OF INTEREST:** There was a Black guy that made constant eye contact with me as we (all residents at the complex during the holidays) stood outside. The Black gentleman and I walked by each other in the mailroom and two or three (2-3) times. This Black gentleman did not pose a threat, he had the "opportunity to inflict physical violence" and did not take advantage of the "opportunity to inflict physical violence".  I think that he was in Apartment 483 in early January, but I never saw him again after December 26, 2022.

▪ **December 27, 2022:** There were four (4) vehicles that surrounded the exit of Lincoln at Dilworth, when I went to walk Jax.   VEHICLES OF INTEREST: Black Ferrari (this vehicle was in the Lincoln at Dilworth parking garage in December 2022)

  o NOTE: A resident, white woman with blonde hair and a little Poodle stared at me in the elevator and did not say a word.

▪ **December 28, 2022:**  Ulta Beauty at 7314 Waverly Walk Ave, Charlotte, NC 28277

  o **Doxxed,** my phone number and/or email address distributed without permission, while paying for Dolce & Gabbana - Light Blue. The cashier asked for my phone number and screamed my phone number across the entire store.

**As Payroll Program Manager at Stripe, Inc. I had full access to HR master data, Payroll master data, Financial data and Benefits data for all of Stripe, Inc. and its subsidiaries, to include, but not the following:**

https://aspe.hhs.gov/sites/default/files/documents/248275672affa 2035cccfbcdaa3670d2/aspe-working-paper-data-terms.pdf

▪ Personal Identifiable Information (PII)
▪ Personal Health Information (PHI)
▪ Business Identifiable Information (BII)
  o Trade secrets, commercial or financial information that is privileged or confidential.
▪ Confidential Information (CI) to include Mergers & Acquisitions

**January 13, 2023 | Received Notice from Lincoln at Dilworth Property Management**

- "We have noticed there is a significant number of vehicles parked without a parking sticker or a temporary pass. Parking Permits are required if you are parked behind the gates.
- Any vehicle parked in Lincoln at Dilworth gated parking lot THAT DOES NOT PROPERLY DISPLAY a parking sticker or temporary tag WILL BE BOOTED or TOWED with no further notice. A properly displayed Parking Permit means that the Permit (sticker) is either attached to the windshield.
- MODIFICATIONS OF PERMITS ARE NOT ACCEPTABLE. Any vehicle that does not properly display a parking permit will be booted or towed. Parking permits are not valid if parked on P2; parking on P2 with a permit will result in being booted or towed."

**January 15, 2023 | Called Charlotte-Mecklenburg Police Department for Help**
- Contacted the **Charlotte-Mecklenburg Police Department** to perform a search of my apartment due to possible hidden cameras located within the fire alarms in the apartment. There was a noted uptick of visitors to the Lincoln at Dilworth apartment complex at multiple points of the days to coincide with my walks with Jax (7:30am, 12:30pm, 4:30pm, 7:30pm and sometimes 9:30pm)

**January 2023 | Stripe, Inc. tells employees it will decide on an IPO within the next year**
https://www.cnbc.com/2023/01/26/stripe-tells-employees-it-will-decide-on-an-ipo-within-the-next-year-.html
- Co-founders and brothers John Collison and Patrick Collison told employees Thursday that they will set a goal of taking the company public or letting them sell shares via a secondary transaction.
- Stripe, Inc. is considering a direct listing or private market transaction and has hired Goldman Sachs and JP Morgan to advise on the deal.
- As Payroll Program Manager, during this time I also started to utilize the PwC - Roadmap for an IPO: A guide to going public to understand the initial public offering (IPO) process for Stripe, Inc.

**January 25, 2023 | Visit to the Apple Store**
- I, Charisse S. Moore, took my MacBook Air to the Apple store (in Charlotte South Park) to get wiped and protected and purchased a Google Drive external hard drive to copy the files from the laptop to an external hard drive for backup.

**January 31, 2023 | Received Notice from Lincoln at Dilworth**

**Property Management**
- "Good Evening Neighbors!  We hope you are doing well! As the mailroom door is consistently being broken, and it is now beyond repair of our maintenance staff, the one door will be closed off until our third party vendor can replace the door entirely. There are still two doors for entry and exit. Deliveries can come through the leasing office during office hours. We appreciate your understanding as we find a permanent solution to the door being intentionally broken."

**March 2023 | Mergers & Acquisitions (M&A) Payroll Wind-down Operations**
As Payroll Program Manager, I made calls to the State of California Employment Development Division (CA EDD) for Payroll Employer Quarterly Tax purposes, this occurred during the same time of the Silicon Valley Bank (SVB) crash.
- **Silicon Valley Bank's Abrupt Closure Leaves Venture Capitalists And Founders Scrambling**
  https://www.forbes.com/sites/alexkonrad/2023/03/10/silicon-valley-bank-closure-vc-startups-reaction/
- "On Friday, Silicon Valley Bank's rich 40-year history came to an abrupt, ignominious end as regulators closed the bank and appointed the Federal Deposit Insurance Corporation as its receiver. And for the startups and investors that SVB has financed and served as a bank – spanning the entire venture capital-backed ecosystem – it's raised new questions about when deposits and financing will be returned, if at all."
  - **March 10, 2023:** Federal Deposit Insurance Corporation (FDIC) | Failed Bank Information for Silicon Valley Bank, Santa Clara, CA
- **What Happened to Signature Bank?**
  https://www.investopedia.com/what-happened-to-signature-bank-7370710
- "Signature Bank was shut down on March 12, 2023, after depositors withdrew large sums of money on the heels of the collapse of Silicon Valley Bank (SVB). Regulators feared continued contagion in the banking sector and closed Signature Bank to try to contain the panic."
  - **March 12, 2023:** Federal Deposit Insurance Corporation (FDIC) | Failed Bank Information for Signature Bank, New York, NY
- **SVB, now First Republic: How it all started**
  https://www.npr.org/2023/05/01/1173175098/svb-now-first-republic-how-it-all-started
- "The turmoil in the banking industry isn't over yet. Today, First Republic Bank was seized, following the failures of Signature Bank and Silicon Valley Bank back in March.

How did we get here? And how do we prevent banks from failing in the future? A show-stopping mea culpa from the Federal Reserve provides some answers."

- o **May 1, 2023:** Federal Deposit Insurance Corporation (FDIC) | Failed Bank Information for First Republic Bank, San Francisco, CA
- ▪ **March 1 – March 10, 2023:** During this time I also made calls to the United States Department of Treasury and/or the Internal Revenue Service (IRS), to recover and/or seek a refund on behalf of Stripe, Inc. with the Bureau of the Fiscal Service, Treasury Offset Program (TOP) and could audibly hear a call drop in the background, this occurred in March 2023 (on my phone 917-386-5745).
  - o The call was dropped after the recorded statement of "*This is a recorded line of the United States Department of Treasury and/or the Internal Revenue Service."*
- ▪ During this time, I also made calls to the State of Maryland, Baltimore County and/or City of Baltimore related to Helm Services and/or Patrick Mahoney, President of Helm Services, a subsidiary of Stripe, Inc.

**March 2023 | Stripe, Inc.: Navigating a Tender Offer in 2023 | Stripe, Inc.** https://www.harnesswealth.com/articles/stripe-ipo-tender-offer-what-to-know-for-2023/

- ▪ Current reports from insiders suggest that Stripe, Inc. tender offers will begin in April 2023 before settling one month later in May.
- ▪ **OF INTEREST:** As Payroll Program Manager, this coincided with the Stripe Tender Offer scheduled for March 2023. Additionally, I made calls with the State of California attempting to recovering ~$500K on behalf of Stripe, Inc., the State of Maryland in partnership with Kristen Bauer, Corporate Tax, Paul Klopping, State and Local Tax (SALT) and Dave Auckland, Finance Operations and Jeremy Gordon, Real Estate ~$3.0M and the City of Baltimore.
- ▪ **OF INTEREST:** I reviewed the US Department of Treasury - Electronic Federal Tax Payment System® tax payment webpage or the Internal Revenue Service (IRS) - EFTPS: The Electronic Federal Tax Payment System, as part of the Tender Offer next day payment requirements to the Internal Revenue Service (IRS).

**March 2023 | X / Twitter - Cory Weinberg at The Information, Email to current & former Stripe employees from John and Patrick Collison, on the firm's 47% down round from 2021:**
https://twitter.com/coryweinberg/status/1637985669447335940

- "We raised money at a $20 billion valuation at the end of 2019. If you told us then that, four years later, interest rates would be surging, the economy would be teetering, and high-growth tech companies would be suffering declines last seen in the dot-come crash…and yet Stripe would be valued at $50 billion, we would have been delighted."

**March 2023 | Amazon simplifies cross-border payments with Stripe, Inc.** https://stripe.com/customers/amazon
- As a Stripe employee, I had access to this ***Privileged and Confidential*** information. Note that there were multiple hidden cameras within my apartment, and I called the police to ask for help on January 15, 2023. See above.
- Whenever I left the apartment to walk Jax, go to the grocery store or run errands in Charlotte, North Carolina, the apartment was left alone. Whenever I went shopping at Target, Trader Joes, Nordstrom Rack, Bed Bath and Beyond and possibly Publix, people were following me and/or watching me. I am a single woman and with hidden cameras watching everything that I did, I could only control so much. If people entered the apartment without my authorization, there is nothing that I could do.
  - **April 11, 2024 | Amazon Pay on Stripe**
    **https://pay.amazon.com/integration/stripe**
    - "Amazon Pay and Stripe help businesses of all sizes grow internet commerce through frictionless customer checkout experiences and innovative payment options. Easy to set up - grow your business through expansive customer reach, optimized checkout with improved conversions, and more payment options."

**March 21, 2023 | Called Charlotte-Mecklenburg Police Department for Help**
- Again, contacted the **Charlotte-Mecklenburg Police Department** to perform a search of my apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment complex.
  - **NOTE:** Tuesday, March 21st - Case Number 20230321155300

**March 23, 2023 | Called Charlotte-Mecklenburg Police Department for Help**
- Again, contacted the **Charlotte-Mecklenburg Police Department** to perform a search of my apartment due to possible hidden cameras, break-ins and to discuss mischievous behavior within my side of the apartment complex. The Responding Officer was Officer Jackson, and

it took Officer Jackson two (2) hours to come to my apartment after the initial call to the Charlotte-Mecklenburg Police Department.
  - **NOTE:** Thursday, March 23rd - Case Number 20230323101700

**March 25, 2023, | Team Leaders of the Three Groups**
  ▪ **Saturday, March 25, 2023:** The leaders of each group made their presence known, as I started to pack my apartment. I was able to see them clearly in the Lincoln at Dilworth - East Morehead Street Parking Garage drive through.
    - Driven by a Hispanic Man - White Pickup Truck without tint, I think that Jose of the Lincoln at Dilworth Maintenance team drove this truck with Texas tags.
    - Driven by a White Man - Olive Green Pickup Truck, I think that this vehicle was a four door Truck with tinted windows.
    - Driven by a Black man - Grey Jeep Wrangler with tinted windows (same vehicle that followed me to church).
      - ▪ **NOTE:** This guy let me see his face multiple times. He seemed to clean cut for whatever was happening.  He did not pose a threat.

**March 28, 2023** | **What we know about the deadly shooting at a Nashville elementary school**
  ▪ "Six people — including three children — were killed in the shooting, and the suspected attacker was killed by police within minutes of the first call of an active shooter.
  ▪ Audrey Hale, whom police identified as the shooter, had bought seven firearms — including the three guns used in the attack — legally and had been in treatment for an emotional disorder, Nashville Police Chief John Drake said Tuesday."
    - **NOTE:** I watched this happen, as it was happening as I was packing my stuff in Charlotte, North Carolina.

Technology Abuse - Ryanne Duffie Saucier and Laura Norton
Seattle · April 6, 2023 at 5:51:04 PM · 4,988 of 7,323



**March 30, 2023** | **Pearl Park Interaction**
- • There was a White gentleman in a Black Chevy Suburban, that followed me from Lincoln at Dilworth to Pearl Street Park - 1200 Baxter St, Charlotte, NC 28202 with North Carolina vehicle tag - **SOLD**.
- ▪ He walked into <u>Canopy REALTOR Association</u> - 1120 Pearl Park Way, Charlotte, NC 28204. The guy was wearing a golden yellow t-shirt, black sleeveless vest with quilted diamonds, black pants and was bald-headed and his face was bright red after looking at me.  He made his presence known.
    - o **OF INTEREST:** This White gentleman made his presence known, he had the "opportunity to inflict physical violence" and did not take advantage of the "opportunity to inflict physical violence". He was not a threat, from the expression on his face he was pissed off and may know a lot more about what was happening and/or what was supposed to happen to me.
    - o This guy watched me for more than 30 minutes. He was not a threat.

**April 2023** | **Temporary Transition to Seattle, Washington**
- ▪ **March 31, 2023:** Upon arrival at Seattle-Tacoma

Washington (SEATAC) airport, a teenage girl with blonde hair video recorded Jax and I while riding the airport tram to get my luggage. I made a hotel reservation at the Hotel Pineapple and then a reservation at **Sentral South Lake Union (SLU)** through the Airbnb application.

- **April 1, 2023**:  After Charlotte, I went to Seattle for the month as there was a **Finance Operations Leadership Conference** scheduled the week of Monday, April 17th. When I opened by Google Maps on April 1, 2023, there was a map of Tulsa, Oklahoma.  At the time, I had no clue what to think of the map, as I knew that I was doxxed and hacked in Charlotte. Reflecting on this map now, is it a reference to the Tulsa Riots on Black Wall Street?

  - **NOTE:** At the time, I was working for Stripe, Inc. a multi-national company (MNC) that was in the pre-initial public offering (Pre-IPO) prior to heading to Wall Street publicly traded stock.

- **April 4, 2023:** Had a meeting with Dan Johnson, Stripe, Inc. Corporate Security to discuss at a super high-level stalking in Charlotte, North Carolina and hidden cameras within my apartment at Lincoln at Dilworth.

  - **OF SIGNIFICANT IMPORTANCE**: As Payroll Program Manager, I was aware and initially involved in the Stripe, Inc. Tender Offer process scheduled for March 2023.



Technology Abuse – Opened Google Maps and see Tulsa, OK (is this to highlight Black Wall Street)?
Seattle · April 1, 2023 at 11:24:53 PM · 4,977 of 7,395

**April 4, 2023 | Purchased new Apple iPhone from Verizon**
  - **April 4, 2023:** Apple iPhone 14 ProductRed from Verizon

near Nordstrom in Seattle, Washington. My first call to
Ingrid Jones, Licensed Mental Health Counselor was
hacked as in the middle of the call when Ingrid said that I
could come to the Country of Colombia the call was
dropped and went into SOS Mode.

- o **OF SIGNIFICANT IMPORTANCE:** In April 2024,
  I, **Charisse S. Moore** became aware of Verizon as a
  client of Peachtree Relations, where Laura Norton is
  employed.
- o **OF SIGNIFICANT IMPORTANCE:** Cassandra
  Holt of The Larkin Company as previously employed
  by Verizon in Alpharetta as a Human Resource
  Specialist. See Leave of Absence due to stalking in
  May 2023.

**April 8, 2023 | Continued Stalking, Targeting**
- ▪ **April 8, 2023:** While walking my sweet little dog, Jax
  directly outside of the Airbnb rental at Sentral SLU, there
  was two white men in the park. One man was sitting on a
  park bench with a navy blue hat, eyeglasses, short sleeve
  navy blue shirt, and a black bookbag. There was another
  man in the park, closer to the Community Garden at
  7:30am on Saturday, April 8, 2023, while walking Jax.
  - o **NOTE:** One of the men may have had binoculars,
    while the other watched me from afar.
  - o Cascade Playground: 333 Pontius Ave N, Seattle, WA
    98109
  - o Cascade P-Patch Community Gardens: 310 Minor
    Ave N, Seattle, WA 98109
- ▪ **April 9, 2023 - April 11, 2023:** Due to the men at the park
  directly outside of the Airbnb rental at Sentral SLU, I made
  a reservation and stayed at a Kimpton hotel - near the
  Stripe, Inc. Seattle office.
  - o **Kimpton Hotel Vintage Seattle, 1100 5th Ave,
    Seattle, WA 98101**
  - o **Stripe, Inc. 920 5th Ave #1900, Seattle, WA 98104**

**April 20, 2023 | Finance Operations Leadership Offsite**
- ▪ **April 20, 2023:** During the Finance Operations Leadership
  offsite, Alessandro Giagodi, Global Payroll Lead has a
  meeting with me (one-on-one meeting) and asked me to
  start to work with Jen Zale, US Payroll Manager in the
  Workday tenant. I did not understand why Alessandro
  Giagodi, Global Payroll Lead asked me to work in the
  Workday tenant as Ashley Palmer is the Payroll
  Transformation Manager and leads the Workday updates on
  behalf or in conjunction with the US Payroll team and
  partners with the HR Technology team.

- o **OF SIGNIFICANT IMPORTANCE:** Did Alessandro Giagodi, Global Payroll Lead asked me to work in the Workday tenant. Alessandro Giagodi, Global Payroll Lead did not provide an explanation as to why he wanted me to work in the Workday tenant versus Ashley Palmer, Payroll Transformation Manager. This did not align with roles and responsibilities of the Stripe, Inc. Global Payroll organization.
    - **NOTE:** Ashley Palmer, Payroll Transformation Manager and I, Charisse S. Moore, Payroll Program Manager both reported to Alessandro Giagodi, Global Payroll Lead. Additionally, Ashley Palmer, Payroll Transformation Manager and I, **Charisse S. Moore** former Payroll Program Manager, both informed Jen Zale, US Payroll Manager of updates required in the Workday Tenant. Jen Zale, US Payroll Manager is/was responsible for final signoff on Workday US Payroll updates.
    - **NOTE:** Alessandro Giagodi, Global Payroll Lead was removed from the Workday US Payroll process.
    - **NOTE:** Jen Zale, US Payroll Manager may have a lot on her plate. However, I did not work with Jen Zale directly often. We met a couple of times per week during our one-on-one meetings, US Payroll Transformation meeting and Global Payroll Leadership meeting.
    - **NOTE:** Leading up to my **Constructive Discharge** in Jul 2023, something was off with Jen Zale, US Payroll Manager and her work relationship with Ashley Palmer, Payroll Transformation Manager.

**Unauthorized Publication of Personal Therapy Sessions**

The continued stalking by Ryanne Duffie Saucier, Dan Saucier, Terry Duffie, Tara Duffie, Laura Norton, Derek Norton, Mayor of Smyrna, Georgia and additional known / unknown co-conspirator has severely impacted my life, to include but not limited to:

**May 2023 | Leave of Absence (Relocation Strategy)**
- As a result of continued stalking by Ryanne Duffie Saucier, Dan Saucier, Terry Duffie, Tara Duffie, Laura Norton, Derek Norton, Mayor of Smyrna, Georgia and additional known / unknown co-conspirators, I partnered with my

former therapist to implement a Relocation Strategy from Charlotte, North Carolina, to New York, New York, in May 2023.

- **May 4, 2023** | While meeting Ingrid Jones, Licensed Mental Health Counselor, in person at the Sawgrass Mills Mall, on May 4, 2023, my birthday, Ingrid Jones noted that I was **"*helping people***".**

- Ingrid Jones, Licensed Mental Health Counselor did not clearly state that your personal therapy sessions are being published and distributed without my authorization or that my phone was "hacked". I was stressed out, hence taking the Leave of Absence process.
  - **Phone Hacking** – Per Kaspersky, "Phone hacking involves any method where someone forces access into your phone or its communications. This can range from advanced security breaches to simply listening in on unsecured internet connections. It can also involve physical theft of your phone and forcibly hacking into it via methods like brute force. Phone hacking can happen to all kinds of phones, including Androids and iPhones. Since anyone can be vulnerable to phone hacking, we recommend that all users learn how to identify a compromised device."
  - https://usa.kaspersky.com/resource-center/threats/how-to-stop-phone-hacking

- This Relocation Strategy was documented as part of the Stripe US Leave of Absence process, in which stalking cases, which are closely aligned to domestic violence cases and are covered under the Family Medical Leave Act (FMLA), the State of New York Paid Sick Leave Program and the City of New York Paid Sick (and Safe) Leave Act.

- The Stripe US Leave of Absence process was administered by Cassandra Holt, of The Larkin Company (211 Perimeter Center Pkwy NE, Atlanta, GA 30346)
  - **OF SIGNIFICANT IMPORTANCE:** Atlanta, Georgia connection between Ryanne Duffie Saucier, Dan Saucier, Laura Norton, Derek Norton, Mayor of Smyrna, Georgia and Cassandra Holt of The Larkin Company based in Atlanta, Georgia.

**May 2023 | Jen Zale, US Payroll Manager Reaches Out**
- Jen Zale, US Payroll Manager reached out regarding the upcoming Global Payroll Offsite in Ireland, Dublin while I was out of the office on Leave of Absence due to stalking.
- **NOTE:** See ***Ba. Charisse S. Moore | SDNY Employment Discrimination Complaint, Supporting Documentation_Screenshots***

**Denied Cost of Living Adjustment (COLA) resulting in an Equal Pay issue, as I moved from Charlotte, North Carolina to New York, New York due Interstate Stalking**

*Please see the United States Department of Justice, Interstate Stalking guidance from the Northern District of Georgia and Central District of California, noted in the World Intelligence Agencies section on Page 2.*

**Equal Pay Act** – Stripe pays by geographical location with variations in pay differentials based on Remote-based work and Office-based work in four key United States office, to include San Francisco (headquarters), Seattle, Chicago and New York.

- Per the **Society of Human Resources (SHRM),** "Geographic Pay Differential Practices article dated December 2009 by Culpepper & Associates, Methods to Assign Locations to Geographic Pay Differentials section, Sixty percent of companies with geographic pay differentials use individual city data to assign locations to geographic pay differentials. Market pricing jobs by city is widely considered a best practice for assigning locations to geographic pay differentials. However, it is not always practical or possible to do so. As an alternative, 24 percent of companies create geographic pay differentials by grouping locations with similar market rates (geographic pay zones)."
- Types of Data Used as Basis to Determine Geographic Pay Differentials, Eighty-nine percent of companies with geographic pay differentials use salary surveys gauging cost of labor to determine geographic pay differentials, may include the following:
  - o Cost of labor (e.g., salary surveys)
  - o Cost of living differentials
  - o Inflation data (e.g., consumer price index)
  - o Employment and unemployment data"
- The difference in cost per location may be due to the Consumer Price Index and inflation data related to each market. This is reflected most notably in San Francisco, New York and Atlanta markets, per the Bureau of Labor Statistics.
- Per the Bureau of Labor Statistics, "Each year, soon after the publication of the September Consumer Price Index (CPI) data in October, the Social Security Administration (SSA) announces the amount of any annual increases in its benefit payments for the coming year. This can mean increases in payments received from Social Security's Old-Age, Survivors, and Disability Insurance (OASDI) and Supplemental Security Income (SSI) programs."

**OF SIGNIFICANT IMPORTANCE:**
- I was denied a salary adjustment and/or cost of living adjustment (COLA) as I moved from Charlotte, North Carolina to the State of New York and City of New York as part of my Relocation Strategy due to due to ongoing stalking by Ryanne Duffie Saucier, Dan Saucier, Terry Duffie, Tara Duffie, Laura Norton, Derek Norton, Mayor of Smyrna, Georgia and additional known / unknown co-conspirators.
    - **NOTE:** See this example from NerdWallet – Cost of Living Calculator – Charlotte, North Carolina to New York, New York.


**June 5, 2023 | Return from Leave of Absence**
- Unable to gain access to Stripe, Inc. New York. When I reached out to Alessandro Giagodi, Global Payroll Lead for assistance with IT requests and/or requests to access 199 Water Street, New York, Alessandro was not available to assistance. Although Alessandro Giagodi, Global Payroll Lead. is based in Dublin, Ireland, he normally took calls, returned emails and/or Slack messages until 4pm EST.
- Alessandro Giagodi, Global Payroll Lead my direct reporting manager made it a point to continuously invite me to Global Payroll Offsite in Dublin Offsite. Jen Zale, US Payroll Manager share a Stripe, Inc. internal Google Document which contained the Stripe, Inc. Global Payroll team's personal identifiable information (PII), Stripe, Inc. Dublin, Ireland headquarters location, hotel reservations and flight information.
- The Global Payroll team stayed at one of the hotels below:
    - The Mont - 1-4 Merrion Street Lower, Dublin 2, DO2, H525, Ireland
    - The Alex Hotel Dublin– 41-47 Fenian St, Dublin, DO2 H678, Ireland
    - The Davenport – 8-10 Merrion Street Lower, Dublin, Ireland
- While I stayed at the following hotel:
    - The Hilton Dublin - Charlemont Place, Dublin, Ireland DO2 A893 35314029988
- Stripe, Inc. Dublin headquarters
    - The One Building- Grand Canal Street Lower, Grand Canal Dock, Dublin, 2, Ireland

**June 22, 2023 | Therapy Session with Ingrid Jones, Licensed Mental Health Counselor**
- Held recurring therapy session with Ingrid Jones, Licensed Mental Health Counselor to discuss my transition to (back)

New York, New York and discussed my new apartment in Midtown East – 140 East 56ᵗʰ Street, New York, New York, 10022.

**June 2023 | Global Payroll Offsite (Dublin, Ireland)**
*Sunday, June 26, 2023 – Saturday, July 1, 2023*

- **In early June 2023** - In preparation for the 2023 Global Payroll Offsite in Dublin, Ireland, I shared with Alessandro Giagodi, Global Payroll Lead and my direct reporting manager, that at Deloitte Consulting, LLP, we utilized a tool called Business Chemistry.
- Per Deloitte Consulting, LLP website, Business Chemistry, "Expressly designed for use in a business context, Business Chemistry can help you grasp where others are coming from, appreciate the value they bring, and determine what they need in order to excel. It is used by hundreds of thousands of professionals around the world to build stronger relationships, increase team performance, and create exceptional organizations."
    - My Deloitte Consulting, LLP Business Chemistry, personality type is Driver with a sub-type of Scientist. Per Deloitte Consulting, LLP, "Drivers are quantitative, logical, with the sub-type of Scientist being experimental and deeply curious.
- Additionally, I shared that personally, I utilized an individual personality assessment called 16personalities.com. Per the 16personalities.com website, "In our free type descriptions you'll learn what really drives, inspires, and worries different personality types, helping you build more meaningful relationships."
    - My 16personalities.com. Personality Assessment is an the Advocate Personality, INFJ – A. Per the 16personalities.com. website, "the INFJ (Advocate) is a personality type with the Introverted, Intuitive, Feeling, and Judging traits.
- Alessandro Giagodi opted to use the 16personalities assessment during the Global Payroll Offsite in Dublin, Ireland - June 2023.
    - See Ryanne Duffie Saucier text message with Charisse S. Moore referencing a personality assessment from January 2020.

**OF IMPORTANCE:**
The shift in the timeline and location for the Global Payroll Offsite, to include team members from APAC, EMEA, LATAM and NA

- **2022:** Global Payroll Offsite held in November 2022 at the Stripe, Inc. United States headquarters in San Francisco, California.

- o  I, Charisse S. Moore planned the 2022 Global Payroll Offsite in San Francisco, California.
- **2023:** Global Payroll Offsite held in June 2023 at the Stripe, Inc. Ireland headquarters in Dublin, Ireland.
  - o  The 2023 Global Payroll Offsite was planned by Alessandro Giagodi, in partnership with Bruno Giannella, as I was on Leave of Absence due to stalking by Ryanne Duffie Saucier, Dan Saucier, Terry Duffie, Tara Duffie, Laura Norton and possibly Derek Norton, Mayor of Smyrna, Georgia.

**OF SIGNIFICANT IMPORTANCE:**
- The key point of differentiation when comparing the two (2) personality assessments above is that one is focused on how an individual shows up in the workplace versus how an individual shows up in a personal relationship.
- Previously, I was a Business Chemistry certified practitioner at Deloitte Consulting, LLP and utilized this tool with clients as a way to understand individuals and how they show up in the workplace (which can be completely different than how they show up in real-life).

**OF SIGNIFICANT IMPORTANCE:**
- While on at the Global Payroll Offsite in Dublin, Ireland, on Thursday, June 29, 2023, there was a team dinner and we took a trip to Howth, Ireland. Howth, Ireland was absolutely beautiful, we walked along the Howth Cliff Trail took pictures and then took the train back into the City of Dublin. Alessandro took a bicycle ride home, while I took a taxi drive back to my hotel – Hilton Dublin.
- I reflected on the past couple of days in Dublin, Ireland and the walk that I took from the Hilton Dublin to The Mont hotel to meet Ashley Palmer for breakfast and remember a couple of men following.

**July 2023 | Unauthorized Publication of Personal Therapy Sessions**
- **Wednesday, July 5, 2023**: I, **Charisse S. Moore** met with Ingrid Jones, Licensed Mental Health Counselor and I mentioned that after our session on Thursday, June 22, 2023, that people were laughing at me as I walked around my neighborhood in Midtown East.
- I, **Charisse S. Moore** , also noted that during the Global Payroll Offsite in Dublin, Ireland, that we, the Stripe, Inc. Global Payroll team utilized the 16personalities.com Personality Assessment and that each member of the team from APAC, EMEA, LATAM and NA equally shared their personality type and discussed parts of our personality traits.

- As each member of the Global Payroll team highlighted their personality type and discussed their key trait descriptions, I recorded each team members answers in my team notes. When Alessandro Giagodi, Global Payroll Lead and team leader discussed his personality type, he noted that his personality trait has low empathy.
- During my session with Ingrid Jones, Licensed Mental Health Counselor, I noted one of the Global Payroll team members had a personality type which noted that they had low empathy.
  - *NOTE: I did not state the Global Payroll team member's name.* However, I was talking about Alessandro Giagodi, Global Payroll Lead and my direct reporting manager as our relationship was initially distant and beginning in January 2023, Alessandro cancelled the majority of one-on-one meetings. This was a cause of concern, as my role as Payroll Program Manager was aligned to Alessandro Giagodi's role as Global Payroll Lead.
  - To work around the distanced relationship, I continued to partner with Ashley Palmer, Payroll Transformation Manager, Global Payroll leaders across APAC, EMEA, LATAM and NA, in addition to key stakeholders across Stripe, Inc. to include Alessandro's boss Dave Auckland, Finance Operations Leader, Kristen Bauer, Corporate Tax, Paul Klopping, State and Local Tax, Jeremy Gordon, Real Estate and Transactions, Angelos Christoforou, M&A Integration and the Finance Operations Transformation team – Matt Tougas, Emmanuel Aoudad and Hannah Tedore.
- To conclude this session, I ended the call by mentioning the Health Insurance Portability and Accountability Act or specifically, the term **HIPAA** to Ingrid Jones, Licensed Mental Health Counselor on Wednesday, July 5, 2023.

**RETALIATION and CONSTRUCTIVE DISCHARGE**

**July 2023 | Performance Evaluation by Alessandro Giagodi**
- **Thursday, July 13, 2023:** Ask the Global Payroll team about Alessandro Giagodi, Global Payroll Lead, changing his 16personalities.com assessment after my therapy session on Thursday, July 5, 2023. I believe that low empathy or anything related to narcissism was a trigger word for the Alessandro Giagodi and the following set of activities that occurred, resulting in Constructive Discharge.
  - I believe strongly believe that there is video footage of the Wednesday, July 5, 2023 - Therapy Session

(noted above), as Alessandro tried to act like I was not doing a good job and wrote this in my 2023 Performance Evaluation in the Stripe, Inc. – Workday HCM platform.

o  Alessandro Giagodi, Global Payroll Lead and my direct reporting manager, used the 2023 Performance Evaluation process, to include but not limited to the performance evaluation submitted in Workday (HR technology platform) and the 2023 Performance Review meeting to record his opinion of my work via Zoom (web-based meeting platform) to *ursup* himself, his role and the responsibilities for completing Mergers & Acquisitions (M&A) projects in which Alessandro Giagodi, Global Payroll Lead previously did not take responsibility for his participation in the unauthorized recording, publication and/or distribution of my therapy sessions and/or performance evaluation.

▪ **Friday, July 14, 2023**: Sent Lea Stern, People Partner and Brad Dalton, People Partner a letter regarding my experience with Alessandro Giagodi, the 2023 Performance Evaluation process and my experience at Stripe, Inc. as a direct reportee to Alessandro Giagodi, Global Payroll Lead.

o  Received request from Stripe HR / People team to discuss the Stripe Discussion Points_2023.07.14_vF document and potential next steps with the organization.

▪ **REQUEST FROM STRIPE:** Please provide Stripe Discussion Points_2023.07.14_vF email

▪ **Monday, July 17, 2023:** Swarming event near my apartment at 140 East 56ht Street, Apt 4A, New York, New York, between East 56th Street, Lexington Avenue and Third Avenue that initially started at 6:45am with a Hispanic man approximately 6'2" or 6'3", 250lbs+ that wore a tan Dickies outfit, black beanie, had shoulder length hair with a slight curl at the end with a tear tattoo below his left eye.

▪ **Monday, July 17, 2023:** Due to swarming event, that was a result of the Unauthorized Publication and Distribution of Therapy sessions which I strongly believe included discussion points regarding and not naming Alessandro Giagodi (re: 16personalities.com Assessment) I chose to leave Stripe, Inc. rather than work in a hostile environment under Alessandro Giagodi.

o  **REQUEST:** Please review the Stripe Discussion Points_2023.07.14_vF email to HR regarding Alessandro Giagodi's 2023 Performance Evaluation for **Charisse S. Moore**.

▪ **Monday, July 17, 2023:** Received notification from Stripe, Inc. HR / People Team that "we'll kick off offboarding

today ET, making today your last working day at Stripe. You'll remain on payroll, paid as usual, through this Friday, July 21st, making your last day as an employee.

- o **OF INTEREST:** This approach from the Stripe, Inc. HR / People Team differ vastly from the traditional two weeks that is customary in the termination process.
- ▪ **Tuesday, July 18, 2023:** Received Separation Details from Stripe, Inc. HR / People Team.

**Additional Information related to Constructive Discharge**

- ▪ While meeting Ingrid Jones, Licensed Mental Health Counselor, in person at the Sawgrass Mills Mall, on May 4, 2023, Ingrid Jones noted that I was "***helping people***", Ingrid Jones, Licensed Mental Health Counselor, **DID NOT** clearly state that your personal therapy sessions are being published and distributed without my authorization.
- ▪ Ingrid Jones, Licensed Mental Health Counselor, lack of directness in stating that "your phone, laptop and other technology platforms are compromised" put **Charisse S. Moore** on a path to Alessandro Giagodi's poor reaction for mentioning (without saying Alessandro's name) that Alessandro has low empathy during my therapy session on Wednesday, July 5, 2023 and the swarming event that took place on Monday, July 17, 2023.
- ▪ This set the stage for the following events: resulted in **Charisse S. Moore** - Constructive Discharge from Stripe, Inc. on July 18, 2023.
  - o **OF SIGNIFICANT IMPORTANCE:** Stripe, Inc. is a multi-national organization (MNC) with dual headquarters in San Francisco, California, and Dublin, Ireland. For each of the countries that Stripe, Inc. operates in, 50+ countries, there are Employer Payroll Taxes that accrue on a Quarterly bases, in addition to Annual taxes.
  - o **OF SIGNIFICANT IMPORTANCE:** The Unintended Consequences of **Charisse S. Moore** leaving Stripe, Inc. are still being calculated as a Payroll Program Manager, who was working on Employer Quarterly Payroll Taxes that are accrued on a Country, Federal, State and Local levels in accordance to rules and regulations.
- ▪ **Wednesday, July 19, 2023:** My last session with Ingrid Jones, Licensed Mental Health Counselor, I mentioned upcoming movies Barbie and Oppenheimer. To conclude this session, I ended the call by mentioning the Health Insurance Portability and Accountability Act or specifically, the term **HIPAA** to Ingrid Jones, Licensed

Mental Health Counselor on Wednesday, July 19, 2023.

**Documents of Significant Importance which have impacted my life as of late Summer 2023 – Present, include, but are not limited to:**
- All Photos on my iPhone 6, iPhone 12, iPhone 14, iPad, 2014 MacBook Air and/or 2023 MacBook Pro
- All Notes on my iPhone 6, iPhone 12, iPhone 14, iPad, 2014 MacBook Air and/or 2023 MacBook Pro
- All Documents within the **Growth Plan (my Hidden Stalking Folder),** As these documents were used to continue the multi-year **Interstate Stalking** scheme and/or to use my curiosity and high interest in psychology to label me with issues that I do not have and then get people to stalk and/or target me between the May 2022 - Present.
  - Growth_2022.04
  - Growth Plan_2022.05
- Florida International University (FIU) – Master of Science in Human Resource Management (MSHRM) Graduate School folder
- Finances folder
- Professional folder containing my job history for the past ten (10) years
  - **LinkedIn Learning** | Artificial Intelligence class notes
  - The Muse | Coach Jen | Stuck in a Rut notes
- Thought Blog folder

  ▪

**RETALIATION - STRIPE, INC. NON-COMPLIANCE**
Level of Non-Compliance identified at Stripe, Inc. in notes from May 2022 – July 2023 and distributed to Stripe, Inc. Global Payroll Leaders, to include but not limited to: Alessandro Giagodi, Global Payroll Lead, Jen Zale, US Payroll Manager.

**NOTE:** The issues identified below are being noted as they may be captured while hidden cameras were installed during the Military Tactical Hold within the Lincoln at Dilworth apartment complex from December 2022 – March 2023.

- Internal Revenue Service (IRS)
- Department of Labor (DOL)
  - California Employment Development Department (CA EDD)
  - **City of San Francisco, Administrative Tax -** On December 15, 2022, Charisse S. Moore, Payroll Program Manager informed Jen Zale, US Payroll Manager.
    - The City of San Francisco, Administrative Tax (ATO) was not implemented in Workday at Stripe, Inc. and this

results in a net loss to Stripe, Inc., Stripe, Inc. investors, Stripe, Inc. employees, Stripe alumni and the City of San Francisco.

- City of Chicago, Department of Labor
- State of Georgia, Department of Labor
    - **OF SIGNIFICANT INTEREST:** I, Charisse S. Moore, was blocked from entering the system for the State of Georgia, Department of Labor system, which may be aligned to the multi-year stalking scheme by Dan Saucier, Ryanne Duffie Saucier, Laura Norton and additional unknown co-conspirators and was not able to complete the process for multiple Stripe, Inc. subsidiaries.
- State of New York, Department of Labor
- State of Maryland
- Baltimore County
- City of Baltimore
- **OF SIGNIFICANT INTEREST:**
    - Partnered with leadership, to include Dave Auckland, Finance Operations, Kristen Bauer, Corporate Tax, Paul Klopping, State and Local Taxes (SALT), Jeremy Gordon, Real Estate and Mindy Mayo, KPMG, to resolve the State of Maryland Payroll Employer Quarterly taxes, Baltimore County and City of Baltimore taxes for Helm Services.
    - Submitted State of Maryland, Form 548 Power of Attorney to include Drivers Licenses for - Dave Auckland, Finance Operations, Kristen Bauer, Corporate Tax and Charisse S. Moore, Payroll.
    - I also made calls to the State of Maryland, Baltimore County and/or City of Baltimore related to Helm Services and/or Patrick Mahoney, President of Helm Services, a subsidiary of Stripe, Inc.
    - Prior to my **Constructive Discharge** from Stripe, Inc. in July 2023, Alessandro Giagodi, Global Payroll Lead held my 2023 Performance Evaluation and stated that I needed to complete all Merger & Acquisition activities prior to his return on August 22, 2023, to include but not limited to:
        - State of Maryland, Employer Quarterly Taxes
        - **February 14, 2023 | Case Number -** 24L21001738, in the amount of $14,259.00
        - **March 2, 2023 | Case Number -** 24L22008468, in the amount of $350,254.00

Additional M&A Payroll wind-down operations (noted in Asana) with unknown status due to non-communication from Alessandro Giagodi, Global Payroll Lead, include, but are not limited to:
- BBPOS

- Okay
- Paystack – Alessandro Giagodi, Global Payroll Lead
  specifically wanted to personally handle the Paystack
  subsidiary of Stripe, Inc.

Finally, a Stripe, Inc. Financial spreadsheet was shared with me
that I briefly looked at, which may have been captured by the
hidden cameras in my apartment at Lincoln at Dilworth.

**OF SIGNIFICANT IMPORTANCE:**
- I am not sure that Alessandro Giagodi, Global Payroll Lead
  understood the full gravity of the Merger & Acquisition
  activities that I was working on, as Alessandro Giagodi
  continuously cancelled one-on-one meetings with me.
  Alessandro Giagodi was present for the weekly Global
  Payroll Leadership meeting held on Thursdays. In this
  meeting, I compiled and presented the key projects
  impacting Payroll, Finance Operations, HR and the
  Business – Stripe, Inc.
- Additionally, Annie Briody and I discussed the potential
  non-compliance issue of lack of Timeclocks in Ireland. I
  addressed this issue with Alessandro Giagodi, Global
  Payroll Lead our direct reporting manager, who is based in
  Dublin, Ireland. Alessandro Giagodi casually dismissed this
  issue multiple times, for unknown reasons.
  - **NOTE:** Ashley Palmer and Annie Briody are
    seasoned Payroll veterans who I turned to for review
    and guidance on the issues that I identified. Ashley
    Palmer and Annie Briody always provided direct
    feedback and provided an opportunity for correction to
    help move Stripe, Inc. forward. The lesson learned
    here is that I wish that I could have worked with
    Ashley Palmer and Annie Briody in an office versus
    remote work.

**December 15, 2023 | Request for Chief Technology Officer
email**
- **December 15, 2023: Charisse S. Moore** sent email to Jen
  Zale, US Payroll Manager requesting email address of
  Dave Singleton, Chief Technology Officer to report
  potential compromise of Wi-Fi at Lincoln at Dilworth
  apartment in Charlotte, North Carolina.  Within the body
  of the text message, I noted that I was being stalked, to
  include the following:
  - If my Wi-Fi was compromised then there may be
    downstream impacts to my Stripe laptop. There were
    additional incidences that occurred in which I called
    the Charlotte-Mecklenburg police department in
    regard(s) to hidden cameras within my apartment. This

occurred around the time to the tender offer in January - March 2023.

**Charisse S. Moore** sent text message to **Jen Zale,** US Payroll Manager on December 15, 2023



**December 18, 2023 | FBI Guidance to Victims of Cyber Incidents on SEC Reporting Requirements**

https://www.fbi.gov/investigate/cyber/fbi-guidance-to-victims-of-cyber-incidents-on-sec-reporting-requirements

Per the Federal Bureau of Investigation, Cyber Crime, FBI Guidance to Victims of Cyber Incidents on SEC Reporting Requirements, "The Securities and Exchange Commission's new requirements for companies to disclose material cybersecurity incidents take effect on December 18, 2023. The FBI, in coordination with the Department of Justice, is providing guidance on how victims can request disclosure delays for national security or public safety reasons. The FBI recommends all publicly traded companies establish a relationship with the cyber squad at their local FBI field office.

You can click on the buttons at the bottom of this page to read guidance on requesting a delay and providing necessary information to the FBI, to view the SEC Rule, to view the Justice Department's material cybersecurity incident delay determinations guidelines, and to read the FBI's Policy Notice about how victim requests are processed.

**The FBI strongly encourages companies to contact the FBI directly or through the U.S. Secret Service (USSS), another federal law enforcement agency, the Cybersecurity and Infrastructure Security Agency (CISA), or another sector risk management agency soon after a registrant believes disclosure of a newly-discovered cybersecurity incident may pose a substantial risk to national security or public safety. This early outreach allows the FBI to familiarize itself with the facts and circumstances of an incident before the company makes a materiality determination. If the victim of a cyber intrusion engages with the FBI or another U.S. government agency, this engagement doesn't trigger a determination of materiality. However, it could assist with the FBI's review if the company determines that a cyber incident is material and seeks a disclosure delay. "**

**Please note that delay requests won't be processed <u>unless</u> they are received by the FBI <u>immediately</u> upon a company's determination to disclose a cyber incident via 8k.**

### RESTITITION – CONSTRUCTIVE DISCHARGE

Per the United States Department of Labor, Compliance Assistance Resources – WARN Advisor website, "Constructive Discharge is when a worker's resignation or retirement may be found not to be voluntary because the employer has created a hostile or intolerable work environment or has applied other forms of pressure or coercion which forced the employee to quit or resign."

In the case of my **Constructive Discharge** from Stripe, Inc. the date of termination occurred on Monday, July 17, 2023, and I received notification of Separation details on Tuesday, July 18, 2023.

I am seeking full restitution of my total compensation package to include, but not limited to the amounts below.

Note, that the amounts requested below align to the Stripe, Inc. severance package noted within the following CNBC article - Stripe lays off 14% of workers on Thursday, November 3, 2022.

**Payroll Program Manager**
**Location – Remote (Charlotte, North Carolina)**

| Description | Amounts |
|---|---|
| Annual Salary | $161,500 |
| Sign-on Bonus | $32,000 |
| Bonus | $24,225 (15% of annual salary) |
| Equity | $88,000 |
| Recurring Equity | $55,000 |
| Benefits | $18,000 ($1,500 per month) |
| 401K Contribution | $20,5000 (missing due to stalking) |
| PTO | $28,803<br>Vacation: Stripe provides 21 vacation days per year.<br>Holidays: Stripe observes up to 10 public holidays per year. |
| Career Support | $20,000 |
| Benefits | $9,171,750<br>($305,725 X 30 years for Long Term Disability) |
| Airbnb Seattle, Washington | $2,588,45 (April 1, 2023 – May 1, 2023) |
| Airbnb Hollywood, Florida | $1,604.23 (April 28, 2023 – May 8, 2023) |
| Airbnb New York, New York | $4,425,81 (May 8, 2023 – June 8, 2023) |
| Retaliation 2024 - Tax Advisory Services | Cost of Hiring a Tax Professional to Manage delinquent 2023 Form W-2 for Federal taxes, the State of North Carolina, the State of New York, the City of New York and/or the State of Georgia taxes |
| Retaliation 2024 – Tender Offer | Continued Housing Deplacement |
| Retaliation 2024 – Airbnb New York | $1,099.96 (January 1, 2024 – January 8, 2024) |
| Retaliation 2024 – Airbnb New York | $150.38 (January 8, 2024 – January 9, 2024) |
| Retaliation 2024 – Airbnb New York | $3,805.25 (January 17, 2024 – February 19, 2024) |
| Retaliation 2024 – Airbnb New York | $3,472.13 (February 19, 2024 – March 15, 2024) |
| Retaliation 2024 – March | $8,000 (Average cost of a two-bedroom apartment in New York, New York) |
| Retaliation 2024 – April | $8,000 (Average cost of a two-bedroom apartment in New York, New York) |
| Retaliation 2024 – May | $8,000 (Average cost of a two-bedroom apartment in New York, New York) |
| Retaliation 2024 – June | $8,000 (Average cost of a two-bedroom apartment in New York, New York) |
| Retaliation 2024 – July | $8,000 (Average cost of a two-bedroom apartment in New York, New York) |
| Retaliation 2024 – August | $8,000 (Average cost of a two-bedroom apartment in New York, New York) |
| Retaliation 2024 – September | $8,000 (Average cost of a two-bedroom apartment in New York, New York) |
| Retaliation 2024 – October | $8,000 (Average cost of a two-bedroom apartment in New York, New York) |
| Retaliation 2024 – November | $8,000 (Average cost of a two-bedroom apartment in New York, New York) |
| Retaliation 2024 – December | $8,000 (Average cost of a two-bedroom apartment in New York, New York) |
| **Total** | **$10,000,000+** |

**NOTE:** Stripe, Inc. Asana, Airbnb are a part of Y Combinator, Technology Startup company based in San Francisco, California. Y Combinator works in partnership with Andreessen Horowitz, **Marc Andreessen,** partner and Ben Horowitz, partner for a handful of Technology companies.

**RETALIATION – Incorrect 2023 Form W-2**

**April 22, 2024 | Stripe, Inc. Failure to Submit Correct Form**

**W-2**

As of April 15, 2024, I have not received a corrected 2023 Form W-2 for Federal, the State of North Carolina, the State of New York, the City of New York and/or the State of Georgia. Note that I did not live in the State of Georgia in 2023.

- This is direct violation of the Internal Revenue Service (IRS) guidance, IRS Guidance Topic no. 653, IRS notices and bills, penalties, and interest charges,
- "Generally, April 15 is the deadline for most people to file their individual income tax returns and pay any tax owed. During its processing, the IRS checks your tax return for mathematical accuracy. When processing is complete, if you owe any tax, penalty, or interest, you will receive a bill.
- Generally, **interest** accrues on any unpaid tax from the due date of the return until the date of payment in full. The interest rate is determined quarterly and is the federal short-term rate plus 3 percent. **Interest compounds daily**.
- In addition, if you file a return but don't pay all tax owed on time, you'll generally have to pay a late payment penalty. The **failure-to-pay penalty** is one-half of one percent for each month, or part of a month, up to a maximum of 25%, of the amount of tax that remains unpaid from the due date of the return until the tax is paid in full.
  - **NOTE:** Be aware that the IRS applies payments to the tax first, then any penalty, then to interest. Any penalty amount that appears on your bill is generally the total amount of the penalty up to the date of the notice, not the penalty amount charged each month.
- If you owe tax and don't file on time, there's also a penalty for not filing on time. The **failure-to-file penalty** is usually five percent of the tax owed for each month, or part of a month that your return is late, up to a maximum of 25%. If your return is over 60 days late, there's also a minimum penalty for late filing; it's the lesser of $485 (for tax returns required to be filed in 2024) or 100 percent of the tax owed."

**RETALIATION – Payment Failure Stripe, Inc. Tender Offer**

**April 22, 2024 | Stripe, Inc. Failure to Process Tender Offer transaction**

- As of Monday, **April 1, 2024**, I participated in the Stripe, Inc. 2024 Tender Offer and received an email notification from Morgan Stanley Shareworks that stated Tender Offer Workflow Complete!
- On Thursday, **April 11, 2024**, I received a notification from Morgan Stanley Shareworks that stated the following:

- o "Hello, Congratulations on participating in the 2024 Stripe Tender Offer! You may log into your Shareworks dashboards to see the amount of proceeds credited to your bank account. We anticipate that your proceeds will be credited to the account you designated in Shareworks within a few business days after April 11, 2024."
- ▪ As of Monday, **April 15, 2024**, I received the Morgan Stanley at Work Notification - Payment Failure for the 2024 Stripe, Inc. Tender Offer.
- ▪ As of Tuesday, **April 16, 2024**, I logged into the Morgan Stanley Shareworks site and saw the following:

**Morgan Stanley Shareworks – Stripe, Inc. Tender Offer Process Flow completion**



**Received Morgan Stanley Shareworks – Payment Failure email**



**Email to Jen Zale, Stripe, Inc. US Payroll Manager regarding Morgan Stanley Shareworks – Payment Failure email**



**Former Stripe, Inc. Chief Human Resource Officer takes new role**



**Morgan Stanley – Tender Offer Summary of Cancelled Securities**

> ▪ Note that I did not receive communication from Stripe, Inc.
> prior to seeing the following on Tuesday, April 16, 2024.



## RESTITUTION - EQUAL PAY ACT OF NEW YORK

In addition to full restitution of compensation, benefits, bonus and equity, I am also asking for a review of the New York Equal Pay Act for my role as Payroll Program Manager.

My initial request for a transfer to the State of New York, City of New York, for safety purposes, as noted in the emails due to stalking, was initially denied by my direct manager, Alessandro Giagodi, Global Payroll Lead.  The transfer to the State of New York, City of New York, as part of my Relocation Strategy for safety purpose due to stalking was later approved by my business unit leader Dave Auckland, Finance Operations.

**#1 – Deloitte Consulting, LLP - Employment Tax Manager - Global Employer Services**

Location – New York, New York

| Description | Amounts |
|---|---|
| Annual Salary | $ 223,990 X 2 years = $447,980 |
| Double Pay | $ 223,990 X 2 years = $447,980 |
| Sign-on Bonus | $32,000 |
| Bonus | $33,600 (15% of annual salary) |
| Equity | $88,000 |
| Recurring Equity | $80,000 |
| Benefits | $18,000 ($1,500 per month) |
| 401K Contribution | $20,5000 (missing due to stalking) $28,803.00 |
| PTO | Vacation: Stripe provides 21 vacation days per year Holidays: Stripe observes up to 10 public holidays per year |
| Career Support | $20,000 |
| **Total** | **$1,216,863** |

**#2 – Deloitte Consulting, LLP – Workday HCM Payroll Module Lead**

Location – New York, New York

| Description | Amounts |
|---|---|
| Annual Salary | $229,500 X 2 years = $459,000 |
| Double Pay | $229,500 X 2 years = $459,000 |
| Sign-on Bonus | $32,000 |
| Bonus | $34,425 (15% of annual salary) |
| Equity | $88,000 |
| Recurring Equity | $80,000 |
| Benefits | $18,000 ($1,500 per month) |
| 401K Contribution | $20,500 (missing due to stalking) $28,803.00 |
| PTO | Vacation: Stripe provides 21 vacation days per year Holidays: Stripe observes up to 10 public holidays per year |
| Career Support | $20,000 |
| **Total** | **$1,2139,728** |

**#3 - Stripe | Manager, Program Management**

Location – New York, New York

| Description | Amounts |
|---|---|
| Annual Salary | $269,800 X 2 years = $539,600 |
| Double Pay | $269,800 X 2 years = $539,600 |
| Sign-on Bonus | $32,000 |
| Bonus | $40,470 (15% of annual salary) |
| Equity | $88,000 |
| Recurring Equity | $80,000 |
| Benefits | $18,000 ($1,500 per month) |
| 401K Contribution | $20,5000 (missing due to stalking) $28,803.00 |
| PTO | Vacation: Stripe provides 21 vacation days per year Holidays: Stripe observes up to 10 public holidays per year |
| Career Support | $20,000 |
| **Total** | **$1,406,973** |

## DOCUMENTATION
- A. Charisse S. Moore | SDNY Employment Discrimination Complaint Form_vF
- B. Charisse S. Moore | SDNY Employment Discrimination Complaint, Supporting Documentation_vF
- C. Charisse Moore_Friend Issue 2022_04.24_CCPD copy 2

- D. Charisse S. Moore | Federal Bureau of Investigation (FBI) IC3 Complaint Form_2024.03.14
- E. Charisse S. Moore | Stripe, Inc. - Documentation of Stalking request to HR (Part 1) _2023.05.10
- F. Charisse S. Moore - Stripe Medical Leave Certification Form_Final_2023.06.02
- G. Charisse S. Moore | Stripe, Inc. - Lincoln Financial Group Health Disability Claim_2023.06.08
- H. Charisse S. Moore | Stripe, Inc. - Internal Movement - Transfer Request Denied
- I. Charisse S. Moore | Stripe, Inc. - Transfer Request to NYC area - Approval by Dave Auckland
- J. Charisse S. Moore | Stripe, Inc. - See Follow Up to Thursday's Sync Meeting email_2023.07.17
- K. Charisse S. Moore | Stripe, Inc. - Separation Details - Charisse Moore_2023.07.18

**EQUAL PAY DOCUMENTATION**
- L. Charisse S. Moore - #1 | Equal Pay Act - Deloitte Consulting, LLP – Employment Tax Manager – Global Employer Services
- M. Charisse S. Moore - #2 | Equal Pay Act - Deloitte Consulting, LLP – Workday HCM Payroll Module Lead
- N. Charisse S. Moore - #3 | Equal Pay Act - Stripe – Manager, Program Management

**DOCUMENTATION INCLUDE as of Monday, April 22, 2024**
*Please note that due to continued Technology Abuse, this documentation will be submitted on Thursday, April 25, 2024.*
- B. Charisse S. Moore | SDNY Employment Discrimination Complaint, Supporting Documentation_vFAmended
  - **NOTE:** Please replace original document with this Supporting Documentation Amended document
- Ba. Charisse S. Moore | SDNY Employment Discrimination Complaint, Supporting Documentation_Screenshots
- O. Charisse S. Moore - Stripe, Inc. Security Breach - Global Payroll_2024.04.15
- P. Charisse S. Moore - Stripe, Inc. - Returned 2023 W-2_2024.04.15
- Q. Charisse S. Moore - Stripe, Inc. Morgan Stanley Shareworks - Tender Offer_2024-04-16 at 7.12.28 PM
- R. IC3 Complaint Referral Form - Charisse S. Moore Submitted Report - Stripe, Inc._2024.04.13 - Updated

**POINTS OF CONTACT**
**Claimant**

- Charisse S. Moore, former Payroll Program Manager, Stripe, Inc.
  - o Phone Number - 415-940-6805
  - o Email - CharisseSM8@proton.me
  - o LinkedIn Profile - https://www.linkedin.com/in/charissemoore/

**Stripe, Inc.**
- Patrick Collison, Co-Founder
- John Collison, Co-Founder
- Trish Walsh, General Counsel
- Roisin Daly, Corporate HR Portfolio Leader
- Dave Auckland, Finance Operations Leader
- Ashley Palmer, Payroll Transformation Manager
- Kristen Bauer, Corporate Tax
- Paul Klopping, State and Local Tax (SALT)
- Jeremy Gordon, Real Estate and Transactions
- Jackie Opritza, People Manager (HR)
- Lea Stern, People Partner (HR)
- Brad Dalton, People Partner (HR)
- Patrick Mahoney, President of Helm Services, a subsidiary of Stripe, Inc.
- Mindy Mayo, KPMG – Corporate Tax Advisory
- Marc Andreessen, Andreessen Horowitz and Y Combinator
- Ben Horowitz, Andreessen Horowitz and Y Combinator
- Elon Musk, FRS Tesla, SpaceX, Initial investor in Stripe, Inc., owner of Twitter / X
- Alex Karp, Palantir (Department of Defense), PayPal and Angel Investor in Stripe, Inc.
- Peter Thiel, PayPal, Palantir (Department of Defense), Founders Fund and Angel Investor in Stripe, Inc.
- Jaime Dimon, Chairman and Chief Executive Officer of J.P. Morgan Chase, Inc.
  - o Part of Stripe, Inc. Initial Public Offering (IPO) Strategy - February 2023
- David Solomon, Chairman and Chief Executive Officer (CEO) of Goldman Sachs
  - o Part of Stripe, Inc. Initial Public Offering (IPO) Strategy - February 2023

**Family Medical Leave Act (FMLA) - Leave of Absence vendors**
- The Larkin Company - 211 Perimeter Center Pkwy NE, Atlanta, GA 30346
  - o Tom Larkin, Founder & Chair
  - o Jack Larkin, President & Chief Executive Officer (CEO)
- The Lincoln National Life Insurance Company - Disability and Life Claims, PO Box 2578, Omaha, NE 68172-9688

**State of Mississippi**
- **Governor Haley Reeves Barbour** served as the 63rd Governor of Mississippi from 2004 to 2012.
- **Governor Phil Bryant (Dewey Phillip Bryant)** served as the 64th Governor of Mississippi from 2012 to 2020.
- **Senator Roger Frederick Wicker** serves as the Senior United States Senator from Mississippi, a seat he has held since 2007.
- Joey Deason, Director of the Mississippi Development Authority (MDA)
- Gray Swoope, Director of the Mississippi Development Authority (MDA)
- Manning McPhillips, Chief Administrative Officer at the Mississippi Development Authority (MDA)
- Margaret McPhillips, Director of Public Relations at the Mississippi Public Broadcasting (MPB)
- Karen Bishop Saltzman, Energy and Natural Resources Division Director at the Mississippi Development Authority (MDA)
- Charisse S. Moore, Energy and Natural Resources Division Program Manager

**State of Georgia**
- **Governor Sonny Perdue (George Ervin Perdue III)** served as the 81st Governor of Georgia from 2003 to 2011 and as a member of the Georgia State Senate from 1991 to 2002. Sonny Perdue now serves as Chancellor of the University System of Georgia.
- **Senator David Perdue (David Alfred Perdue Jr.)** is an American politician and business executive who served as a United States Senator from Georgia from 2015 to 2021.
  - **OF SIGNIFICANT IMPORTANCE:**
    - **April 1, 2022** | "On April 1, 2022, former Georgia Governor and United States Secretary of Agriculture Sonny Perdue became the 14th Chancellor of the **University System of Georgia.**"
    - **April 11, 2022** | My last interview was with **Stripe, Inc.** on Monday, April 11, 2022.
    - **April 14, 2022** | I, Charisse S. Moore received my job offer on Thursday, April 14, 2022.

**How the Life of the Individuals Below related to Stalking of Charisse S. Moore**

**State of Mississippi (who now live in Atlanta, Georgia area)**
**Ryanne Duffie Saucier, Fox News**
- Ryanne Duffie Saucier is the Vice President of Legal Affairs

at Fox News Stations at Fox News Atlanta, in charge of the
following regional markets:
- o  Orlando, Florida
- o  Tampa, Florida
- o  Gainesville, Florida
- ▪ Ryanne Duffie Saucier reported to Margaret McPhillips at
  Mississippi Public Broadcasting (MPB)
  - o  **NOTE:** I blocked Ryanne Duffie Saucier's phone and
    email, as of January / February 2022

**Daniel (Dan) Saucier, Real Estate Agent at Keller Knapp
Realty**
- ▪ Dan Saucier holds a Juris Doctorate (J.D.) from Mississippi
  College School of Law
- ▪ Dan Saucier reported to me, Charisse S. Moore at the
  Mississippi Development Authority (MDA)
  - o  **NOTE:** I blocked Dan Saucier's phone and email, as
    of January / February 2022

**Terry Duffie, Founder of WKMX Radio Station**
- ▪ Terry Duffie is a member of Alabama Broadcasters
  Association
- ▪ Terry Duffie is also the Founder of Scenic Cable Network &
  Productions, Founder of WKMX, Executive Director of
  Trinity Bank, Dothan AL and sits on the Governor's
  Advisory Board of Educational TV of Alabama (appointed
  by Governor Forrest "Fob" James).
  - o  **NOTE:** Terry Duffie is Ryanne Duffie Saucier's
    father.

**Tara Roseanne Duffie, MA, DNP, PMHNP-BC**
- ▪ **Tara Duffie is a** Psychiatric Mental Health Nurse
  Practitioner at Vanderbilt University
- ▪ Professional website -
  **https://www.vanderbilt.edu/ucc/person/2356/**

**State of Georgia**
**Laura Norton, Peachtree Relations**
- ▪ Laura Norton, per the Peachtree Government Relations
  website (as seen in the screenshot below), "Laura Norton
  began her political career in 2002 when she worked as the
  fundraising assistant on Governor Sonny Perdue's first
  gubernatorial campaign. After a victorious campaign in
  2002, Norton took a position in fundraising at the Georgia
  Republican Party."

**Derek Norton, Mayor of Smyrna, Georgia**
- ▪ Derek Norton is a graduate from the University of Georgia,

Derek went to work as a congressional staffer in Washington, D.C. as a legislative aide, where he spent six years working to help Georgians in Cobb County and across the state. He has worked in the government relations space for over 20 years, most recently as the Director of Government Relations for the Medical Association of Georgia, where he represented Georgia physicians and patients. In 2021, Derek formed and currently serves as the CEO of Topspin Strategies, Inc., a governmental affairs firm representing multiple clients at the State Capitol."

- o **NOTE:** *Ryanne Duffie Saucier and Dan Saucier were adamant about building a relationship with Laura Norton and Mayor Derek Norton, for unknown reasons.*

## State of Florida
Ingrid Jones, Licensed Mental Health Counselor (LMHC) of Change to Grow

- ▪ Ingrid Jones, Licensed Mental Health Counselor is based in South Florida and is an Adjunct Professor at Nova Southeastern University and/or Broward College
- ▪ Psychology Today - https://www.psychologytoday.com/us/therapists/ingrid-jones-coral-springs-fl/105964
  - o Ingrid used Eye Movement Desensitization and Reprocessing (EMDR) therapy to resolve the issues about her daughter's involvement in the Marjorie Stoneman Douglas shooting, as known as the Parkland shooting.
  - o **May 4, 2023** | While meeting Ingrid Jones, Licensed Mental Health Counselor, in person at the Sawgrass Mills Mall, on May 4, 2023, my birthday, Ingrid Jones noted that I was **"***helping people***"**.
  - o **January 2024** | Ingrid Jones, Licensed Mental Health Counselor never stated that my technology was compromised and/or hacked in 2022, 2023 and she declined to discuss the situation further in January 2024.

## Charisse S. Moore – Private Sector Organizations and Clients
**Deloitte Consulting, LLP - Points of Contact | Orlando & Atlanta 2015 - 2021**
*Partners, Principals and/or Managing Directors*
- ▪ Punit Renjen, Deloitte Global Emeritus
- ▪ Joseph Ucuzoglu, Global Chief Executive Officer (CEO)
- ▪ Dan Helfrich, Chair and Chief Executive Officer (CEO)
- ▪ Janet Foutty, Chair of the Board
- ▪ Cathy Engelbert, Former Chief Executive Officer (CEO)

- Larry Quinlan, Former Chief Information Officer (CIO)
- Erica Volini, Former Global Head of Human Capital
- Douglas Beaudoin, Chief Technology Officer (CTO) at Deloitte Consulting, LLP
- Trevear Thomas, Deloitte Global Board of Director and US Strategic Growth Offerings (SGO) Leader at Deloitte Consulting, LLP
- Jannine Zucker, Chief Commercial Officer
- Art Mazor, Deloitte's Global Human Capital Practice Leader
- Michael Stephan, US Consulting Clients & Industries Leader
- Anthony Stephan, Chief Learning Officer at Deloitte US - Technology
- Brian Proctor, Global Payroll and Workforce Advisory Leader
- Matthew Kraus, Partner at Deloitte Consulting, LLP HR Strategy and Greenhouse
   - Former Coach at Deloitte Consulting, LLP
- Derrick Jenkins, Managing Director at Deloitte Consulting, LLP - Workday Nike
- D. Chip Newton, Managing Director at Deloitte Consulting, LLP - Payroll Workforce Advisory
- Clint Cummings, Federal Reserve Bank (formerly Deloitte Consulting, LLP)
- Marty Marchetti, Managing Director at Deloitte Consulting, LLP - Workday
- Lynnmarie Mann, MBA, Senior Manager at Deloitte Consulting, LLP - Workday
- Tony Heringer, Specialist Leader at Deloitte Consulting, LLP - Workday SME (Deloitte & Workday)
- Charles Williamson, Specialist Leader at Deloitte Consulting, LLP - Workday SME (Deloitte & Workday)
- Jack Kimble, Specialist Leader at Deloitte Consulting, LLP - Workday SME (Deloitte & Workday)
- Scott Cole, Vice President at Deloitte Consulting, LLP
   - Former Coach at Deloitte Consulting, LLLP
- Steve Cardillo, Senior Manager at Deloitte Consulting, LLP - Payroll Workforce Advisory
- Tracy Micciche, Hackett Group (formerly of Deloitte Consulting, LLP - UTC)
- Pete Christaans, Senior Manager at Deloitte Consulting, LLP - Workday
- Rita Taylor, Senior Manager at Deloitte Consulting, LLP - Workday
- Brent Moran, Project Manager at Accenture (former Coach at Deloitte Consulting) - Workday
- Charisse S. Moore, Senior Consultant at Deloitte Consulting, LLP - Payroll Workforce Advisory
- Jason Greene, Senior Consultant at Deloitte Consulting, LLP

- HR Transformation
- Amy Bugyis, Sr. Director, M&A Global Integration Leader at Honeywell
- Lan Phuong Nguyen-Kiley, Talent Specialist at Deloitte Consulting, LLP - M&A Services
- Jeanine Bogrand, Managing Director at Deloitte Consulting, LLP - Ireland
- Krista Zavatta, Consultant at Deloitte Consulting, LLP
- Evette Thomas, Senior Consultant at Deloitte Consulting, LLP
- Aina Dandjouma, Consultant at Deloitte Consulting, LLP
- Jose Lara, Senior Consultant at Deloitte Consulting, LLP
- Michael Gilman, Senior Consultant at Deloitte Consulting, LLP
- Danilda Millani, Senior Consultant at Deloitte Consulting, LLP

**Ernst & Young, LLP - Points of Contact | Houston 2019**
*Partners, Principals and/or Managing Directors*
- Kim Billeter, EY Global and Americas People Consulting Leader
- Jeff Brown, Board Member, Retired EY Partner, COO
- Sherri Sullivan, Global Payroll Operate
- Alexander Miller, Transaction Advisory Services (TAS), Managing Director
- Jeff Kimbell, Americas EY-Parthenon Turnaround & Restructuring Leader
  - Honeywell (Jeff held an Executive position at Honeywell while I was in the interview process)

**RedHat, an IBM company | Smyrna 2021**
- Arvind Krishna, Chairman and Chief Executive Officer (CEO) of IBM
- Matt Hicks, Chief Executive Officer (CEO)
- Chris Wright, Chief Technology Officer (CTO) and Senior Vice President Global Engineering
- Mark Lubas, Vice President and Chief Accounting Officer (CAO)
- Cleo Tunnell, Senior Director, Global Pay Compliance

**Unauthorized Publication of Therapy Sessions – violation of the Electronic Communications Privacy Act of 1986 and Health Insurance Portability and Accountability Act (HIPAA)**
- Ann Mayfield, Licensed Professional Counselor, NCC, CSAT, RRT-P
  - Location – Atlanta, Georgia
  - Psychology Today - https://www.psychologytoday.com/us/therapists/anne-

s-mayfield-marietta-ga/82047
- o Personal Website -
  https://atlantasexaddictionhelp.com/
- o **Fall 2022 | Rapid-Resolution Therapy (RRT)**
  - ▪ Anne is a wonderful Licensed Professional Counselor who created two (2) Meditations for me based on my Generalized Anxiety Disorder (GAD). I used Rapid-Resolution Therapy (RRT) with Anne Mayfield to process unhealed trauma from my brother Winston Alexander Moore, Jr. dying in 2016.
  - ▪ This is in contrast to Eye Movement Desensitization and Reprocessing (EMDR) therapy that Ingrid Jones, Licensed Mental Health Counselor (noted above) used to process her healing from the Marjorie Stoneman Douglas Shooting in 2018.


**TECHNOLOGY ABUSE**

Technology Abuse activities to include, but not limited to, the following:

Wi-Fi hacking | Career Impacts
- ▪ Stripe, Inc.
- ▪ RedHat, an IBM company
- ▪ Deloitte Consulting, LLP
- ▪ Ernst & Young, LLP

Wi-Fi hacking
- ▪ AT&T Password 2022 - SolisMoonDior9!
  - o **OF SIGNIFICANT IMPORTANCE:** The multi-year stalking scheme of me, Charisse S. Moore, to include my home Wi-Fi was highlighted through the partnership of **Elon Musk** and the House of Christian Dior to create the 2023 Dior Carousel of Dreams that sat on top of the Saks Fifth Avenue store during November 2023 - January 2024.

Email hacking
- ▪ Personal Gmail email accounts -- CharisseM9@gmail.com and CydReis9@gmail.com
  - o **April 2022 |** Emailed the Cobb County Police Department the following document regarding Ryanne Duffie Saucier's threatening behavior and Dan Saucier's voicemail threatening me, because I refused to contact them and they (Dan and Ryanne) introduced me to their child, on April 27, 2022.

- April 27, 2022 | Charisse Moore_Friend Issue
  2022_04.24_CCPD
- o **May 2022 |** After contacting / emailing Cobb County
  Police Department, I sent my former therapist, Ingrid
  Jones, Licensed Mental Health Counselor multiple
  emails from my CharisseM9@gmail.com address that
  were deleted and/or removed in May 2022, to include:
  - Charisse Moore_Friend Issue 2022_05.03.
- o **May 2022 |** Emailed the Cobb County Police
  Department the following document:
  - Charisse Moore - Potential Stalking Case
    (addressed to Officer Glenn C. Meyer)
- Purchased New Email Address
  - o **May 2023:** Purchased Proton email to prevent email
    hacking, compromise and deletion from Gmail
    accounts.
  - o **NOTE:** Per the Lookout App my email address was
    included in the following data leaks:
    - June 5, 2023 - Vendor of Major Eyewear
      Company
  - o **OF SIGNIFICANT IMPORTANCE:** I purchased
    my Gucci sunglasses from the Charlotte SouthPark
    mall in late March 2023 - Solstice Sunglass Boutique |
    E0C14, 4400 Sharon Rd, Charlotte, NC 28211

Phone hacking
- Under contract with AT&T, my personal phone number 917-
  386-5745. I cancelled my contract with AT&T in August
  2023.
- AT&T phone would go into SOS Mode at various times
  while in Charlotte, North Carolina in Fall 2022
- **NOTE:** Reviewed in March 2024, per the Lookout App my
  phone number was included in the following data leaks:
  - o **November 5, 2016** - Unknown source
  - o **November 6, 2020** - Minted.com
  - o **November 6, 2020** - Minted.com
  - o **December 14, 2020** - Unknown source
  - o **April 23, 2022** - Unknown source

**I have changed phone carriers, email addresses and Apple
IDs as I opened a second phone line with Verizon in April
2023, as noted below:**
**April 2023 | New iPhone with Verizon in Seattle, Washington**
- New Verizon phone went into SOS mode after making my
  first call to Ingrid Jones, Licensed Mental Health Counselor
  to request help and/or a therapy session after the Military
  Tactical hold in Charlotte, North Carolina.
- See What does SOS mode on iPhone mean? Symbol appears

during AT&T outage Thursday -
https://www.usatoday.com/story/tech/2024/02/22/sos-symbol-iphone/72696239007/

- o **OF SIGNIFICANT IMPORTANCE:** In May 2023, I, Charisse S. Moore became aware that Cassandra Holt of The Larkin Company as previously employed by Verizon in Alpharetta as a Human Resource Specialist.
- o **OF SIGNIFICANT IMPORTANCE:** In April 2024, I, Charisse S. Moore became aware of Verizon as a client of Peachtree Relations, where Laura Norton is employed.

**Wi-Fi hacking**
▪ AT&T Password 2022 - SolisMoonDior9! (Like the picture below)



**Elon Musk**, owner of Twitter / X is helping me process the multi-year Interstate Stalking scheme by Ryanne Duffie Saucier, on January 18, 2024

What is The Muppet Show that Ryanne Duffie Saucier is referencing?
Smyrna · January 18, 2024 at 2:08:06 PM · 127 of 128



## LAWS

**Unauthorized Publication of Interviews, Therapy Sessions and/or as part of my role at Stripe, Inc. as Payroll Program Manager, are subject to, but not limited to, the following:**

- Electronic Communications Privacy Act of 1986 (ECPA) & 18 U.S. Code § 2511
- Health Insurance Portability and Accountability Act (HIPAA)
- Family Medical Leave Act (FMLA)
- Americans with Disability Act (ADA)
- Genetic Information Nondiscrimination Act of 2008 (GINA)

**Electronic Communications Privacy Act of 1986 (ECPA) & 18 U.S. Code § 2511**

https://bja.ojp.gov/program/it/privacy-civil-liberties/authorities/statutes/1285

**Background**

Per the Bureau of Justice, the United States Department of Justice, "The Electronic Communications Privacy Act and the Stored Wire Electronic Communications Act are commonly referred together as the Electronic Communications Privacy Act

(ECPA) of 1986.  The ECPA updated the Federal Wiretap Act of 1968, which addressed interception of conversations using "hard" telephone lines, but did not apply to interception of computer and other digital and electronic communications. Several subsequent pieces of legislation, including The USA PATRIOT Act, clarify and update the ECPA to keep pace with the evolution of new communications technologies and methods, including easing restrictions on law enforcement access to stored communications in some cases.

**General Provisions**

The ECPA, as amended, protects wire, oral, and electronic communications while those communications are being made, are in transit, and when they are stored on computers. The Act applies to email, telephone conversations, and data stored electronically. The ECPA has three titles:

- Title I(link is external) of the ECPA, which is often referred to as the Wiretap Act, prohibits the intentional actual or attempted interception, use, disclosure, or "procure[ment] [of] any other person to intercept or endeavor to intercept any wire, oral, or electronic communication." Title I also prohibits the use of illegally obtained communications as evidence. 18 U.S.C. § 2515(link is external).
- Title II(link is external) of the ECPA, which is called the Stored Communications Act (SCA), protects the privacy of the contents of files stored by service providers and of records held about the subscriber by service providers, such as subscriber name, billing records, or IP addresses. 18 U.S.C. §§ 2701-12.(link is external)
- Title III(link is external) of the ECPA, which addresses pen register and trap and trace devices, requires government entities to obtain a court order authorizing the installation and use of a pen register (a device that captures the dialed numbers and related information to which outgoing calls or communications are made by the subject) and/or a trap and trace (a device that captures the numbers and related information from which incoming calls and communications coming to the subject have originated). 18 U.S.C. §§ 3121 – 3127(link is external)."

**Health Insurance Portability and Accountability Act (HIPAA)**

https://aspe.hhs.gov/reports/health-insurance-portability-accountability-act-1996

Per the Department of Health and Human Services, " The Health Insurance Portability and Accountability Act of 1996 (HIPAA)

Rules contain privacy, security, and breach notification requirements that apply to individually identifiable health information created, received, maintained, or transmitted by healthcare providers who engage in certain electronic transactions, health transactions, health plans, health care clearinghouses, and their business associates. The Office for Civil Rights (OCR) is the Departmental component responsible for implementing and enforcing the HIPAA Rules."

**HIPAA Privacy Rule**
https://www.hhs.gov/hipaa/for-professionals/privacy/index.html

Per the Department of Health and Human Services, "The HIPAA Privacy Rule establishes national standards to protect individuals' medical records and other individually identifiable health information (collectively defined as "protected health information") and applies to health plans, health care clearinghouses, and those health care providers that conduct certain health care transactions electronically. The Rule requires appropriate safeguards to protect the privacy of protected health information and sets limits and conditions on the uses and disclosures that may be made of such information without an individual's authorization. The Rule also gives individuals rights over their protected health information, including rights to examine and obtain a copy of their health records, to direct a covered entity to transmit to a third party an electronic copy of their protected health information in an electronic health record, and to request corrections."

**Summary of the HIPAA Privacy Rule**
Per the Department of Health and Human Services, "This is a summary of key elements of the Privacy Rule including who is covered, what information is protected, and how protected health information can be used and disclosed. Because it is an overview of the Privacy Rule, it does not address every detail of each provision.

- Summary of the Privacy Rule - The Standards for Privacy of Individually Identifiable Health Information ("Privacy Rule") establishes, for the first time, a set of national standards for the protection of certain health information. The U.S. Department of Health and Human Services ("HHS") issued the Privacy Rule to implement the requirement of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA").[1] The Privacy Rule standards address the use and disclosure of individuals' health information—called "protected health information" by organizations subject to the Privacy Rule — called "covered entities," as well as standards for individuals'

privacy rights to understand and control how their health information is used. Within HHS, the Office for Civil Rights ("OCR") has responsibility for implementing and enforcing the Privacy Rule with respect to voluntary compliance activities and civil money penalties.

o  Summary of the Privacy Rule - PDF

**HIPAA - Breach Notification Rule**
https://www.hhs.gov/hipaa/for-professionals/breach-notification/index.html

Per the Department of Health and Human Services, "The HIPAA Breach Notification Rule, 45 CFR §§ 164.400-414, requires HIPAA covered entities and their business associates to provide notification following a breach of unsecured protected health information. Similar breach notification provisions implemented and enforced by the Federal Trade Commission (FTC), apply to vendors of personal health records and their third party service providers, pursuant to section 13407 of the HITECH Act."

**HIPAA - Definition of Breach**
Per the Department of Health and Human Services, "A breach is, generally, an impermissible use or disclosure under the Privacy Rule that compromises the security or privacy of the protected health information.  An impermissible use or disclosure of protected health information is presumed to be a breach unless the covered entity or business associate, as applicable, demonstrates that there is a low probability that the protected health information has been compromised based on a risk assessment of at least the following factors:

- The nature and extent of the protected health information involved, including the types of identifiers and the likelihood of re-identification;
- The unauthorized person who used the protected health information or to whom the disclosure was made;
- Whether the protected health information was actually acquired or viewed; and
- The extent to which the risk to the protected health information has been mitigated.

Covered entities and business associates, where applicable, have discretion to provide the required breach notifications following an impermissible use or disclosure without performing a risk assessment to determine the probability that the protected health information has been compromised."

**Family Medical Leave Act (FMLA)**

https://www.dol.gov/agencies/whd/fmla

Per the United States Department of Labor, "The Family Medical Leave Act (FMLA) entitles eligible employees of covered employers to take unpaid, job-protected leave for specified family and medical reasons with continuation of group health insurance coverage under the same terms and conditions as if the employee had not taken leave. Eligible employees are entitled to:

- Twelve workweeks of leave in a 12-month period for:
  - the birth of a child and to care for the newborn child within one year of birth;
  - the placement with the employee of a child for adoption or foster care and to care for the newly placed child within one year of placement;
  - to care for the employee's spouse, child, or parent who has a serious health condition;
  - a serious health condition that makes the employee unable to perform the essential functions of his or her job;
  - any qualifying exigency arising out of the fact that the employee's spouse, son, daughter, or parent is a covered military member on "covered active duty;" or
- Twenty-six work weeks of leave during a single 12-month period to care for a covered servicemember with a serious injury or illness if the eligible employee is the servicemember's spouse, son, daughter, parent, or next of kin (military caregiver leave).

**Mental Health and the FMLA**
**Fact Sheet**
- **Fact Sheet #28O: Mental Health and the FMLA**

**Frequently Asked Questions**
**(Q) May I use FMLA leave when I am unable to work because of severe anxiety? I see a physician monthly for this condition to manage my symptoms.**

**Yes.** Assuming that you work for a covered employer and are eligible for FMLA leave, you may take leave if you are unable to work due to a serious health condition under the FMLA. A chronic condition whether physical or mental (e.g., rheumatoid arthritis, anxiety, dissociative disorders) that may cause occasional periods when an individual is unable to work is a qualifying serious health condition if it requires treatment by a health care provider at least twice a year and recurs over an extended period of time.

**(Q) I use FMLA leave once a month for appointments with a**

**mental health therapist. Is my employer required to keep my mental health condition confidential?**

**Yes.** The FMLA requires your employer to keep your medical records confidential and maintain them in separate files from more routine personnel files. Your employer must also maintain your records with confidentiality as required under other laws, such as the Americans with Disabilities Act (ADA) or the Genetic Information Nondiscrimination Act (GINA), where those laws also apply.

However, your supervisor and managers may be informed that you need to be away from work, or if you have work duty restrictions or need accommodations.

The FMLA prohibits your employer from interfering with or restraining your right to take FMLA leave. Your employer is prohibited, for example, from sharing or threatening to share information about your health to discourage you or your coworkers from using FMLA leave."

**Paid Safe Leave: New York City Expands Paid Leave to Domestic Violence, Sexual Assault, Stalking and Trafficking Survivors**
https://www.nyc.gov/office-of-the-mayor/news/716-17/paid-safe-leave-new-york-city-expands-paid-leave-domestic-violence-sexual-assault-stalking

"Intro. 1313-A, which takes effect 180 days after signing, expands New York City's Paid Sick Leave law to allow workers to use paid leave to address safety and access critical services related to specified criminal offenses.  This bill does not add to the total amount of leave, no less than 40 hours per year, that workers can take – instead it adds reasons for using the leave to allow a survivor of domestic violence, sexual assault, trafficking or stalking to take time off of work in order to plan their immediate next steps and focus on safety, without fearing a loss of income.

NYC is the first city to pass paid safe leave legislation that includes survivors of human trafficking in addition to domestic violence, sexual abuse, and stalking.  Workers who have been the victims of these offenses – or family members who need to assist them – can use Paid Sick or Safe Leave to care for their needs, whether physical, psychological, financial or otherwise. Examples of uses that will be allowed under this bill include: meeting with and safety planning with a social worker/advocate, meeting with a civil legal attorney, filing a police report, meeting with the District Attorney's Office, attending a court appearance, an appointment with a financial counselor, moving into safe housing, and others. The bill also expands the definition of family member for all uses of paid

time, Sick or Safe, under the law to recognize chosen families, not just biological ones.

The Department of Consumer Affairs has enforced the Paid Sick Leave Law since it took effect in 2014; now DCA's Office of Labor Policy & Standards will continue its enforcement work of the amended law that includes the new SAFE leave uses, and the expanded definition of family member. If employers violate the Paid Sick or Safe Leave law, DCA-OLPS can require them to provide restitution to workers and pay civil penalties. DCA-OLPS will collaborate with the Mayor's Office to Combat Domestic Violence, as well as community partners, to conduct outreach and education to inform the public of these amendments. Understanding the complexity of the challenges domestic violence survivors already face, we want to ensure that survivors know their rights under this new law, and are able fully to take advantage of them."

**New York Paid Sick (and Safe) Leave**
https://www.ny.gov/new-york-paid-sick-leave/new-york-paid-sick-leave#amount-of-leave

**Eligibility**
"All private-sector employees in New York State are covered, regardless of industry, occupation, part-time status, and overtime exempt status. Federal, state, and local government employees are NOT covered, but employees of charter schools, private schools, and not-for-profit corporations are covered.

**Permitted Uses**
After January 1, 2021, employees may use accrued leave following a verbal or written request to their employer for the following reasons impacting the employee or a member of their family for whom they are providing care or assistance with care:

**SAFE LEAVE**
▪ For an absence from work when the employee or employee's family member has been the victim of domestic violence as defined by the State Human Rights Law, a family offense, sexual offense, stalking, or human trafficking due to any of the following as it relates to the domestic violence, family offense, sexual offense, stalking, or human trafficking:
   o To obtain services from a domestic violence shelter, rape crisis center, or other services program
   o To participate in safety planning, temporarily or permanently relocate, or take other actions to increase the safety of the employee or employee's family members

- o To meet with an attorney or other social services provider to obtain information and advice on, and prepare for or participate in any criminal or civil proceeding
- o To file a complaint or domestic incident report with law enforcement
- o To meet with a district attorney's office
- o To enroll children in a new school; or
- o To take any other actions necessary to ensure the health or safety of the employee or the employee's family member or to protect those who associate or work with the employee.

**RATE OF PAY**

Employees must be paid their normal rate of pay for any paid leave time under this law, or the applicable minimum wage rate, whichever is greater. No allowances or credits (e.g., tip credits) may be claimed for paid leave hours, and employers are prohibited from reducing an employee's rate of pay for sick leave hours only.

**RETALIATION**

An employer cannot retaliate against an employee in any way for exercising their rights to use sick leave. Furthermore, employees must be restored to their position of employment as it had been prior to any sick leave taken.

Employees who believe that they have been retaliated against for exercising their sick leave rights should contact the Department of Labor's Anti-Retaliation Unit at 888-52-LABOR or LSAsk@labor.ny.gov.

Employers must keep payroll records for six years which must include the amount of sick leave accrued and used by each employee on a weekly basis."
**State of California Department of Industrial Relations**

The following is a list of laws enforced by the Labor Commissioner that specifically prohibit discrimination and retaliation against employees and job applicants.

**OF SIGNIFICANT IMPORTANCE:**
- **Complaints must be filed within one year of the retaliatory act, unless stated otherwise.**
- **Laws related to STALKING**

Labor Code section 230(a)

Labor Code section 230(a) prohibits an employer from retaliating against an employee for taking time off to serve on a

jury, provided that the employee has given the employer reasonable notice.

Labor Code section 230(b)

Labor Code section 230(b) prohibits an employer from retaliating against an employee who is a victim of a crime for taking time off to appear in court to comply with a subpoena or court order as a witness in a judicial proceeding.

Labor Code section 230(c)

Labor Code section 230(c) prohibits an employer from discharging or in any manner discriminating or retaliating against an employee who is a victim of domestic violence, sexual assault, and/or stalking, who is a victim of a crime that caused physical injury or that caused mental injury and a threat of physical injury, or who is a person whose immediate family member is deceased as the direct result of a crime (regardless of whether there is an arrest, prosecution, or conviction for committing the crime), for taking time off from work to obtain or attempt to obtain relief to help ensure his or her health, safety, or welfare, or that of his or her child or children.

Labor Code section 230(e)

Labor Code section 230(e) prohibits an employer from discharging or retaliating against an employee because of his or her status as a victim of crime or abuse, provided that the victim provides notice to employer of the status, or the employer has actual knowledge of the status.

Labor Code section 230(f)

An employer shall provide reasonable accommodations for a victim of domestic violence, sexual assault, and/or stalking, a victim of a crime that caused physical injury or that caused mental injury and a threat of physical injury, or a person whose immediate family member is deceased as the direct result of a crime (regardless of whether there is an arrest, prosecution, or conviction for committing the crime), who requests an accommodation for the victim's safety while at work. Reasonable accommodations may also include assistance in documenting domestic violence, sexual assault, stalking, or "other crime" that occurs at work, or another work adjustment in response to domestic violence, sexual assault, stalking, or "other crime." The employer shall engage in a timely, good faith, and reasonable process with the employee to determine effective reasonable accommodations.

Labor Code section 230.1

An employer with 25 or more employees is prohibited from retaliating against an employee who is a victim of domestic violence, sexual assault, and/or stalking, who is a victim of a crime that caused physical injury or that caused mental injury and a threat of physical injury, or who is a person whose immediate family member is deceased as a direct result of a crime (regardless of whether there is an arrest, prosecution, or conviction for committing the crime), and who takes time off to seek medical attention, to obtain services from a domestic violence program or psychological counseling, or to participate in safety planning. The worker must provide reasonable advance notice if feasible.

**RESEARCH MATERIALS**
**Location, Location, Location: The State of Geographic Pay Differentials**
World at Work | June 2, 2022
By  Mark McGraw
https://worldatwork.org/resources/publications/workspan-daily/location-location-location-the-state-of-geographic-pay-differentials

"The coronavirus pandemic has proven that, by and large, remote work works.
As a result, the workforce is more dispersed than ever Open in a new tab, and it's likely to stay that way. And, with employees' newfound ability to work from anywhere, geographic pay differentials have been thrust into the spotlight during the past two-plus years of the COVID era.

Facebook might be the most high-profile example of the tricky nature of setting compensation for workers performing similar jobs in different locations. In a May 2020 videoconference, Facebook CEO Mark Zuckerberg told employees that the social media giant was going to "aggressively" ramp up the hiring of remote workers, and that he anticipated about half of the company's workforce would be remote five to 10 years down the road.

He also informed his employees that those who opted to stay with Facebook but leave Silicon Valley to live and work in less costly locales should expect a pay cut if they go that route.

"That means, if you live in a location where the cost of living is dramatically lower, or the cost of labor is lower, then salaries do tend to be somewhat lower in those places," Zuckerberg told employees.

Facebook is not the first company to approach compensation this way. But it's fair to say that geographic pay differentials have become a bigger concern for many employers since the arrival of the coronavirus. In response, many organizations are rethinking their pay philosophy and policy surrounding geographic pay strategies.

Consider some of the key findings from **WorldatWork** "2022 Geographic Pay Policies" report:

- Among the 858 responses, representing U.S. organizations of various sizes and from numerous industries, 28% said their company plans to modify their geographic pay policies via consolidation of pay differentials.
- In addition, 13% said they are weighing whether to eliminate the differentials by geographic area, and the number of organizations using a single pay structure where pay is not differentiated by geographic areas increased by six percentage points from a similar study WorldatWork conducted in 2021.
- Forty-five percent of companies polled said they are applying pay differentials as a premium or discount to either a baseline/single pay structure or individual pay, and 24% create separate base pay structures for different geographic locations.
- For in-office or hybrid employees, geographic pay locations are most often determined by their nearest work location (45%) or reporting location (31%), while more than half of full-time remote workers are tied to their location of residence. More than half of organizations (56%) use city/metro area as the indicator in which geographic pay differentials are based, and cost of labor is overwhelmingly a greater influence than cost of living for determining the pay policy approach.

Overall, nearly seven in 10 workers say that a pay adjustment would be a very or extremely influential factor in their decision to voluntarily relocate, representing a nearly 20% increase from WorldatWork's 2021 survey on geographic pay policies. Among the 56% of companies saying they provide "moderate" to "extreme" flexibility in terms of allowing full-time remote workers to voluntarily relocate, 70% of relocation requests, on average, are prompted by the employee.

Given this increased emphasis on flexibility, Linda VanDeventer, vice president and senior consultant at HR and employee benefits consulting firm Segal, sees companies simplifying their approach to geographic pay policies.

"I'm finding employers who are making changes tend to

eliminate the differentials and use a 100% national average approach, unless employees are connected with a worksite based on a very high cost of labor market such as San Francisco or New York," she said."


**Stripe Is Offering $20,000 Bonus to Employees Who Relocate to Less Expensive Cities, But It Comes With A Pay Reduction**
Forbes, | September 15, 2020
By Elana Lyn Gross, Former Contributor
https://www.forbes.com/sites/elanagross/2020/09/15/stripe-is-offering-20000-bonus-to-employees-who-relocate-to-less-expensive-cities-but-it-comes-with-a-pay-reduction/?sh=2cd0ccff3072

"Stripe, Inc.  is offering a $20,000 bonus to employees who move away from San Francisco, New York City or Seattle but it comes with a 10% pay reduction, spokesman Mike Manning told Forbes, making the e-commerce and mobile payment processor the latest tech company to implement pay cuts for workers who chose to relocate to less expensive cities as remote work policies are extended because of the pandemic.

**Key Facts**
  ▪ Stripe has 16 offices globally, including in San Francisco, New York City and Seattle, which were all among the most expensive office rental submarkets in the U.S. last year, according to the real estate data provider Property Shark.
  ▪ Stripe, which has more than 2,800 employees, has relied on remote work for years and in May announced it would hire at least 100 remote engineers, saying remote workers have helped the company stay close to customers so they can tailor Stripe's products accordingly.


**FURTHER BACKGROUND**
Just as many white-collar Americans are reconsidering the cost of living in expensive cities if remote work policies continue, many companies are also reconsidering expensive office costs. Some companies have had market-based salary policies in place for years, meaning pay is adjusted based on the cost of living or cost of labor in the area.


**TANGENT**
The job search marketplace Hired surveyed 2,300 tech workers and found that 55% said they would not be willing to accept a reduced salary if their employer made work from home permanent. An overwhelming 90% said the same job should

receive the same pay, regardless of if the person works remotely, but 40% said they support location adjustments. More than half, 53%, said they would be "likely" or "very likely" to move to a city with a lower cost of living if allowed to work from home permanently."

**STALKING - Pattern and Practice**
**Technology Abuse - Phone Hacking**
https://en.wikipedia.org/wiki/Phone_hacking

- Per Wikipedia, "Phone hacking is the practice of exploring a mobile device, often using computer exploits to analyze everything from the lowest memory and CPU levels up to the highest file system and process levels. Modern open source tooling has become fairly sophisticated as to be able to "hook" into individual functions within any running app on an unlocked device and allow deep inspection and modification of its functions."

**What is doxxing and what can you do if you are doxxed?**
https://amp.cnn.com/cnn/2023/02/07/world/what-is-doxxing-explainer-as-equals-intl-cmd/index.html

- "According to the International Encyclopedia of Gender, Media, and Communication, doxxing is the intentional revelation of a person's private information online without their consent, often with malicious intent. This includes the sharing of phone numbers, home addresses, identification numbers and essentially any sensitive and previously private information, such as personal photos that could make the victim identifiable and potentially exposed to further harassment, humiliation and real-life threats including stalking and unwanted encounters in person.
- While anyone can be doxxed, experts believe women are more likely to be targets of mass online attacks, leaks of their sensitive media, such as sexually explicit imagery that was stolen or shared without consent and unsolicited and sexualized messages."

**What is doxxing, and why is it so scary?**
https://theconversation.com/what-is-doxxing-and-why-is-it-so-scary-95848
- "It's almost a given that you have personal information available online. Beyond social media and online discussion boards, there are public records of property ownership and voter registration, as well as massive databases of financial information assembled by credit-rating agencies.
- Taken individually, many of these pieces of information are

benign. So you cast a ballot in the 2016 presidential election, have a child enrolled at a particular public elementary school, or once posted a comment on a local newspaper site objecting to institutional racism. A great many people know those things – even strangers. The harm doesn't come until someone figures out how to put these pieces together and then publishes it all online.

▪ This kind of revelation is called "doxxing," an old internet term that comes from the idea of collecting the documents, or "docs," on a person. The effort to discover and reveal personal information, of course, long predates the internet."

**Swarming and the Social Dynamics of Group Violence**
**National Institutes of Health (NIH) | National Library of Medicine | National Center for Biotechnology Information**
By Rob White
https://www.aic.gov.au/publications/tandi/tandi326

Per the National Institutes of Health (NIH) website, "The phenomenon of swarming - the unexpected gathering of large numbers of people in particular public locales. Swarming may or may not feature violence. It does, however, involve large crowds - crowds that may occasionally transform into 'mobs'. The size of the crowd is what also transforms a private home or private party into a public event via the spilling out of people on to footpaths and surrounding streets and lawns.

The confrontational style of the police - especially if they showed up in numbers, and in riot gear - was seen to be a precipitating cause of the subsequent crowd violence. In other words, understanding of group behaviour and crowd dynamics is also about understanding how the escalation of violence is sometimes linked to the type and intensity of police intervention itself.

Raves: Communication via mobile phone, internet links and friendship networks were essential to the spontaneity of the gathering since the time and location were usually only shared out at the last moment."

*Dynamics of Group Violence*
In the context of a large crowd, the rules become even less defined. Mob rule is precisely about lack of restraint, the unbridled use of force against an opponent. In small-scale fight situations a ritual mediator may step in to end the potential escalation of conflict (for example a mate who intervenes to cool things down; Moore 1994: 76). In crowd situations, such mediation is much less likely. Rather, the transformation into the mob precludes such mediation and opens the door to

unrestrained violence.

One theme of this paper is that not all forms of collective violence are the same, and that analysis of causal reasons and the microdynamics of specific types of violence reveal great variation in the specific nature of the violence.

Across the events and groups associated with violence that have been identified, certain commonalities can be noted. These include:

- Active use of new communication technologies such as mobile phones, combined with access to motor vehicles, allowing for quick mobilisation of large groups of people in particular locations - hence the capacity to 'swarm'.
- An emphasis on excitement, thrill-seeking, and taking collective control over particular public areas and local territories - hence an assertion of self and social identity via certain types of activities.
- Defiance and resistance in relation to authority figures such as the police, and antagonistic, frequently physical, and verbal abuse of law enforcement officers - hence a disregard for normal conventions and laws
- Events marked by a degree of unpredictability, due to the diversity and anonymity of participants, and the volatile nature of crowd behaviour - hence a general lack of clarity regarding the rules of engagement surrounding the use of violence.
- The media frequently playing a major role in reflexively creating violent events by publicising them in advance, sensationalising them when they occur, and exaggerating the enormity of particular events relative to 'the Australian way of life' - hence the stimulation and provocation to violence is to some extent inspired by the mass media itself."


**Emergence of Swarming Behavior: Foraging Agents Evolve Collective Motion Based on Signaling**
**National Institutes of Health (NIH) | National Library of Medicine | National Center for Biotechnology Information**
By <u>Olaf Witkowski</u>[1,2,*] and <u>Takashi Ikegami</u>[1]
<u>https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4847771/</u>

Per the National Institutes of Health (NIH) website, "Swarming is the phenomenon in which a large number of individuals organize into a coordinated motion. Using only the information at their disposition in the environment, they are able to aggregate together, move en masse or migrate towards a common direction.

In an effort to test the multiple theories, the past decades counted several experiments involving real animals, either inside an experimental setup [13–15] or observed in their own ecological environment [16]. Those experiments present the inconvenience to be costly to reproduce. Furthermore, the colossal lapse of evolutionary time needed to evolve swarming makes it almost impossible to study the emergence of such behavior experimentally.

Computer modeling has recently provided researchers with new, easier ways to test hypotheses on collective behavior. Simulating individuals on machines offers easy modification of setup conditions and parameters, tremendous data generation, full reproducibility of every experiment, and easier identification of the underlying dynamics of complex phenomena.
Reynolds [17] introduces the boids model simulating 3D swarming of agents called boids controlled only by three simple rules:
- Alignment: move in the same direction as neighbours
- Cohesion: remain close to neighbours
- Separation: avoid collisions with neighbours"

**Predator Confusion is Sufficient to Evolve Swarming Behaviour**
**National Institutes of Health (NIH) | National Library of Medicine | National Center for Biotechnology Information**
By Randal S. Olson,1,4 Arend Hintze,2,4 Fred C. Dyer,3,4 David B. Knoester,2,4 and Christoph Adami2,4
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4043163/

Per the National Institutes of Health (NIH) website, "To study the effects of predator confusion on the evolution of swarming, we create an agent-based simulation in which predator and prey agents interact in a continuous two-dimensional virtual environment.

Each agent is controlled by a Markov network (MN), which is a stochastic state machine that makes control decisions based on a combination of sensory input (i.e. vision) and internal states (i.e. memory) [40]. We coevolve the MNs of predators and prey with a genetic algorithm (GA), selecting for MNs that exhibit behaviours that are more effective at consuming prey and surviving, respectively. Certain properties of the sensory and motor behaviour of predators and prey are implemented as constraints that model some of the differences between predators and prey observed in nature (e.g. relative movement speed, turning agility, and, for predators, maximum consumption rate). Predator confusion, described in more detail below, is

implemented as a constraint on predator perception that can be varied experimentally."

**OF SIGNIFICANT IMPORTANCE**
- April 2023 | Found and Partially Reviewed in Seattle, Washington

**HOW COVERT AGENTS INFILTRATE THE INTERNET TO MANIPULATE, DECEIVE, AND DESTROY REPUTATIONS**
**The Intercept | By Glenn Greenwald**
https://theintercept.com/2014/02/24/jtrig-manipulation/

Per Glenn Greenwald of The Intercept, "One of the many pressing stories that remains to be told from the Snowden archive is how western intelligence agencies are attempting to manipulate and control online discourse with extreme tactics of deception and reputation-destruction.

Today, we at the Intercept are publishing another new JTRIG document, in full, entitled "The Art of Deception: Training for Online Covert Operations."

But, here, I want to focus and elaborate on the overarching point revealed by all of these documents: namely, that these agencies are attempting to control, infiltrate, manipulate, and warp online discourse, and in doing so, are compromising the integrity of the internet itself.
- Among the core self-identified purposes of JTRIG are two tactics:
  - (1) to inject all sorts of false material onto the internet in order to destroy the reputation of its targets; and
  - (2) to use social sciences and other techniques to manipulate online discourse and activism to generate outcomes it considers desirable.

To see how extremist these programs are, just consider the tactics they boast of using to achieve those ends: "false flag operations" (posting material to the internet and falsely attributing it to someone else), fake victim blog posts (pretending to be a victim of the individual whose reputation they want to destroy) and posting "negative information" on various forums.

Other tactics aimed at individuals are listed here, under the revealing title "discredit a target":
- Set up a honey trap
- Change their photos on social networking sites

- Write a blog purporting to be one of their victims
- Email / text their (victims) neighbors, colleagues and/or friends

GCHQ describes the purpose of **Joint Threat Research Intelligence Group (JTRIG)** in starkly clear terms: "using online techniques to make something happen in the real or cyber world," including "information ops (influence or disruption)."

Charisse S. Moore | Employment Discrimination Complaint - Southern District of New York (SDNY)
Case Name: Moore v. Stripe, Inc.
Case Number  1:24-cv-02799-JPO: